UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities,<br><br>　　　　　　　Defendants. | **Index No. 22-CV-68, BO**<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record,

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: all Plaintiffs.

Dated:
　　February 23, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Emily Gladden*
　　　　　　　　　　　　　　　　　　Emily D. Gladden (N.C. Bar # 49224)
　　　　　　　　　　　　　　　　　Tin Fulton Walker & Owen, PLLC
　　　　　　　　　　　　　　　　　204 N. Person Street
　　　　　　　　　　　　　　　　　Raleigh, NC 27601
　　　　　　　　　　　　　　　　　Telephone: (919) 720-4201
Served via ECF on:　　　　　　　　Facsimile: (919) 400-4516
All Parties of Record　　　　　　　egladden@tinfulton.com

Case 5:22-cv-00068-BO   Document 6   Filed 02/23/22   Page 1 of 1