AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina ▼

| | |
|---|---|
| Yolanda Irving, et al<br>*Plaintiff*<br>v.<br>The City of Raleigh, et al<br>*Defendant* | )<br>)<br>) Case No. 5:22-cv-00068-BO<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sergeant William Rolfe

Date: 02/25/2022

*Attorney's signature*

Norwood P. Blanchard, III Bar # 26470
*Printed name and bar number*
Crossley, McIntosh, Collier, Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403

*Address*

norwood@cmclawfirm.com
*E-mail address*

(910) 762-9711
*Telephone number*

(910) 256-0310
*FAX number*