UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities,<br><br>Defendants. | CIVIL ACTION NO. 5:22-cv-00068-BO<br><br>NOTICE OF APPEARANCE |

Plaintiffs, YOLANDA IRVING et. al. , by its attorneys and pursuant to LCvR 5.2, hereby provides notice that Micheal L. Littlejohn Jr. of the law firm Littlejohn Law, PLLC, PO Box 16661, mll@littlejohn-law.com, (704) 322-4581, has entered an appearance in this action as counsel for Plaintiffs YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and

guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G.

Respectfully submitted, this the 28th day of February 2022.

**YOLANDA IRVING et. al.**

By: /s/ Micheal L. Littlejohn Jr.

Micheal L. Littlejohn Jr.
N.C. Bar No. 49353
Littlejohn Law PLLC
PO Box 16661
Charlotte, N.C. 28297
Telephone: (704) 322-4581
Fax: (704) 625-9396
Email: mll@littlejohn-law.com
Counsel for Plaintiffs *YOLANDA IRVING et. al.*

# CERTIFICATE OF SERVICE

The undersigned certifies that on February 28, 2022, the foregoing *Notice of Appearance* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system.

This the 28th day of February 2022.

        **YOLANDA IRVING et. al.**

        By:    /s/ Micheal L. Littlejohn Jr.

        Micheal L. Littlejohn Jr.
        N.C. Bar No. 49353
        Littlejohn Law PLLC
        PO Box 16661
        Charlotte, N.C. 28297
        Telephone: (704) 322-4581
        Fax: (704) 625-9396
        Email: mll@littlejohn-law.com
        Counsel for Plaintiffs *YOLANDA IRVING et. al.*