# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Yolanda Irving, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:22-CV-00068-BO |
| The City of Raleigh, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Omar Abdullah                                                                                                         .

Date:  03/21/2022

/s/ Jason R. Benton
*Attorney's signature*

Jason R. Benton (NC State Bar No. 27710)
*Printed name and bar number*

Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, NC  28202
*Address*

jasonbenton@parkerpoe.com
*E-mail address*

(704) 372-9000
*Telephone number*

(704) 334-4706
*FAX number*