IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Omar Abdullah ("Defendant Abdullah"), by and through counsel, hereby moves for an enlargement of time of thirty-nine (39) days, up to and including April 30, 2022, in which to answer or otherwise respond to Plaintiffs' Complaint to coincide with the deadline for other Defendants to respond to Plaintiffs' Complaint. In support of this Motion, Defendant Abdullah shows the Court the following:

1. The Complaint in this action was filed by the Plaintiffs on February 22, 2022.

2. The Summons and Complaint were served upon Defendant Abdullah on or about March 1, 2022.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant must answer or otherwise respond to the Plaintiffs' Complaint within twenty-one (21) days after service.

4. The time for responding to the Plaintiffs' Complaint has not yet expired. Defendant Abdullah's Answer or responsive pleading is currently due on March 22, 2022.

5. Counsel for Abdullah needs additional time to confer with Defendant Abdullah, to fully investigate the allegations in the Complaint, and to collect relevant information in order to

sufficiently formulate an appropriate response.

6. Due to Waivers of Service, the deadline for other Defendants to respond to the Plaintiffs' Complaint is April 30, 2022. Defendant Abdullah requests a thirty-nine (39) day extension of time in which to answer or otherwise respond to the Complaint, up to and including April 30, 2022.

7. Counsel for Plaintiffs, Abraham Rubert-Schewel, consents to the extension requested herein.

8. This Motion is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

9. A proposed Order granting this Motion is submitted contemporaneously herewith.

WHEREFORE, Defendant Omar Abdullah hereby requests that the Court issue an Order granting the relief requested herein and extending the time within which Defendant Abdullah must answer or otherwise respond to the Plaintiffs' Complaint, up to and including **April 30, 2022**.

Respectfully submitted this the 21st day of March, 2022.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
**Parker Poe Adams & Bernstein LLP**
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
jasonbenton@parkerpoe.com

*Attorney for Defendant Omar Abdullah*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this date, the foregoing "*Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint*" was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record via the Court's electronic case filing system.

This the 21st day of March, 2022.

        /s/ Jason R. Benton
        Jason R. Benton
        N.C. State Bar No. 27710
        **Parker Poe Adams & Bernstein LLP**
        Bank of America Tower
        620 South Tryon Street, Suite 800
        Charlotte, NC 28202
        Telephone: (704) 372-9000
        Facsimile: (704) 334-4706
        jasonbenton@parkerpoe.com

        *Attorney for Defendant Omar Abdullah*