IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>    Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

This matter is before the Court on the motion of Defendant Omar Abdullah and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an Order extending the deadline for responding to Plaintiffs' Complaint by an additional thirty-nine (39) days. The Plaintiffs consent to the requested extension. Having carefully considered the motion, the consent of Plaintiffs, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**, that Defendant Omar Abdullah shall have through and including **April 30, 2022** to serve his Answer or other responsive pleading to Plaintiffs' Complaint.

SO ORDERED, this the \_\_\_\_ day of March, 2022.

_____
United States District Court