# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| YOLANDA IRVING, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-CV-00068-BO |
| THE CITY OF RALEIGH, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rishar Pierre Monroe, Julien David Rattelade, and Meghan Caroline Gay.

Date: 3/23/2022

/s/ Samuel G. Thompson, Jr.
*Attorney's signature*

Samuel G. Thompson, Jr., NC State Bar No. 32960
*Printed name and bar number*
Yates, McLamb & Weyher, LLP
P.O. Box 2889
Raleigh, NC 27602-2889

*Address*

bthompson@ymwlaw.com
*E-mail address*

(919) 835-0900
*Telephone number*

(919) 835-0910
*FAX number*