IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of ZIQUIS GRANT, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINA GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities, | ) ) ) ) ) ) ) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2022, I electronically filed the foregoing **Financial Disclosure Statement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main St.
Durham, NC 27701
Email:  schewel@tinfulton.com
*Counsel for plaintiffs*

Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person St.
Raleigh, NC 27601
Email: Egladden@tinfulton.com
*Counsel for plaintiffs*

Michael L. Littlejohn, Jr.
Littlejohn Law PLLC
P.O. Box 16661
Charlotte, NC 28297
Email:  mll@littlejohn-law.com

Ian A. Mance
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email:  ian@emancipatenc.com

Elizabeth G. Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email:  elizabeth@emancipatenc.com


Dorothy Kibler
Deputy City Attorney
P.O. Box 590
Raleigh, NC  27602
Email: Dorothy.Kibler@raleighnc.gov
*Counsel for The City of Raleigh*




THIS SPACE INTENTIONALLY LEFT BLANK

Respectfully submitted,

       By: /s/ Samuel G. Thompson, Jr.
          RODNEY E. PETTEY
          N.C. State Bar No.: 17715
          rpetty@ymwlaw.com
          SAMUEL G. THOMPSON, JR.
          N.C. State Bar No.: 32960
          bthompson@ymwlaw.com
          Yates, McLamb & Weyher, LLP
          Post Office Box 2889
          Raleigh, North Carolina 27602
          Telephone: (919) 835-0900
          Facsimile: (919) 835-0910
          *Counsel for Officer Rishar Pierre Monroe,*
          *Officer Julien David Rattelade and*
          *Officer Meghan Caroline Gay*