IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CASE NO. 5:22-CV-0068-BO

YOLANDA IRVING, INDIVIDUALLY AND AS THE NATURAL PARENT AND GUARDIAN OF JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON INDIVIDUALLY AND AS THE NATURAL PARENT AND GUARDIAN OF ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, AND NANETTA GRANT AS THE NATURAL PARENT AND GUARDIAN OF ZIQUIS GRANT,

     **Plaintiff,**

vs.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities,

     **Defendants.**

## NOTICE OF APPEARANCE

 COMES NOW Attorney Elizabeth Guild Simpson pursuant to Local Rule 5.2(a) and enters her Notice of Appearance as counsel representing all plaintiffs.

 Respectfully submitted this 24th day of March 2022,

          /s/ Elizabeth Guild Simpson
          Elizabeth Guild Simpson
          EMANCIPATE NC
          N.C. State Bar # 41596
          Post Office Box 309
          Durham, NC 27702
          919-682-1149
          elizabeth@emancipatenc.org
          *Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Jason R. Benton**
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, NC 28202
704-372-9000
Fax: 704-334-4706
Email: jasonbenton@parkerpoe.com

**Norwood P. Blanchard, III**
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
910-762-9711
Fax: 910-256-0310
Email: norwood@cmclawfirm.com

**Rodney E. Pettey**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 835-0910
Email: rpettey@ymwlaw.com

**Samuel G. Thompson, Jr.**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 919-835-0910
Email: bthompson@ymwlaw.com

                                                /s/ Elizabeth Guild Simpson
                                                Elizabeth Guild Simpson
                                                EMANCIPATE NC