IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE CITY OF RALEIGH, et al., )<br>)<br>Defendants. ) | **APPEARANCE OF COUNSEL** |

To: The Clerk of Court and all parties of record.

I am admitted to practice in this Court, and I appear in this case as counsel for the Defendant City of Raleigh.

This the 30th day of March, 2022.

        **CITY OF RALEIGH**
        **Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
   Dorothy V. Kibler
   Deputy City Attorney
   N.C. Bar No. 13571
   P.O. Box 1949
   Raleigh, NC 27602
   Tel: (919) 996-6560
   Fax: (919) 996-7021
   Dorothy.Kibler@raleighnc.gov
   ATTORNEYS FOR DEFENDANT CITY OF RALEIGH

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| THE CITY OF RALEIGH, et al., | ) ) ) |
| Defendants. | ) |

I hereby certify that on March 30, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Micheal L. Littlejohn, Jr.
Littlejohn Law, PLLC
227 W. 4th Street, Ste B-113
Charlotte, NC 28202
Email:
mll@littlejohn-law.com
*Attorneys for Plaintiffs*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
Email:
egladden@tinfulton.com
*Attorneys for Plaintiffs*

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 East Main Street
Durham, NC 27701
Email: schewel@tinfulton.com
*Attorneys for Plaintiffs*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email:
norwood@cmclawfirm.com
*Attorneys for Defendant William Rolfe*

Respectfully submitted,

                        **CITY OF RALEIGH**
                        **Robin L. Tatum, City Attorney**

By:   /s/ Dorothy V. Kibler
       Dorothy V. Kibler
       Deputy City Attorney
       N.C. Bar No. 13571
       P.O. Box 1949
       Raleigh, NC 27602
       Tel: (919) 996-6560
       Fax: (919) 996-7021
       Dorothy.Kibler@raleighnc.gov
       ATTORNEYS FOR DEFENDANT CITY OF RALEIGH