IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:22-CV-00068-BO

YOLANDA IRVING, et al.,  )
Plaintiff(s),  )
  )
vs  )
  )
THE CITY OF RALEIGH, et al.,  )
Defendant(s).  )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

<u>City of Raleigh</u> who is <u>Defendant</u>,
(name of party)        (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ○    NO ⦿

2. Does party have any parent corporations?

    YES ○    NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ○    NO ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯   NO ●   Please note that the City of Raleigh has certain excess coverage issued by underwriters at Lloyd's, London with responsibilities recently assumed by RiverStone Managing Agency Limited. To the City's knowledge, neither of these entities are publicly held corporations or entities.

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯   NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/Dorothy V. Kibler

Date: 3/30/2022