IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G., <br><br>  Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, and JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, <br><br>  Defendants. | **CITY OF RALEIGH'S MOTION TO DISMISS** <br> *(Rule 12(b)(6))* |

Defendant City of Raleigh (the "City") moves the Court to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

WHEREFORE, for the reasons set forth in the Memorandum of Law filed contemporaneously with this Motion, the City respectfully moves the Court to dismiss this action as against it.

This the 29th day of April, 2022.

        **CITY OF RALEIGH**
        **Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
    DOROTHY V. KIBLER
    Deputy City Attorney
    N.C. Bar No. 13751
    P.O. Box 590
    Raleigh, NC 27602
    Tel: (919) 996-6560
    Fax: (919) 996-7021
    Dorothy.Kibler@raleighnc.gov
    ATTORNEYS FOR DEFENDANT CITY OF RALEIGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, and JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on April 29, 2022, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
TIN FULTON WALKER & OWEN, PLLC
119 East Main Street
Durham, NC 27701
(919) 451-9216 phone
(718) 709-7612 fax
Email: schewel@tinfulton.com
*Attorneys for Plaintiff*

Emily Gladden
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
(919) 720-4201 phone
(919) 720-4640 fax
Email: egladden@tinfulton.com
*Attorneys for Plaintiff*

| | |
|---|---|
| Micheal Littlejohn, Jr.<br>LITTLEJOHN LAW, PLLC<br>227 W. 4th Street, Ste. B-113<br>Charlotte, NC 28202<br>(704) 322-4581 phone<br>(704) 625-9396 fax<br>Email: mll@littlejohn-law.com<br>*Attorneys for Plaintiff* | Ian Mance<br>Elizabeth Simpson<br>EMANCIPATE NC<br>P.O. Box 309<br>Durham, NC 27702<br>(828) 719-5755 phone<br>Email: ian@emancipatenc.org<br>elizabeth@emancipatenc.org<br>*Attorneys for Plaintiff* |
| Jason R. Benton<br>PARKER POE ADAMS & BERNSTEIN, LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, NC 28202<br>Office: 704.335.9509<br>Fax: 704.335.9747<br>Email: jasonbenton@parkerpoe.com<br>*Attorneys for Mr. Abdullah* | Norwood P. Blanchard, III<br>CROSSLEY McINTOSH COLLIER & EDES, PLLC<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>Tel. (910) 762-9711<br>Fax. (910) 256-0310<br>Email: norwood@cmclawfirm.com<br>*Attorneys for RPD Sergeant Rolfe* |

Rodney E. Pettey
Samuel G. Thompson, Jr.
YATES MCLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, N.C. 27602
Email: rpettey@ymwlaw.com
bthompson@ymwlaw.com
*Attorneys for RPD Detectives Monroe, Rattelade, and Gay*

    Respectfully submitted,

                                        **CITY OF RALEIGH**
                                        **Robin L. Tatum, City Attorney**

By:   <u>/s/ Dorothy V. Kibler</u>
       Dorothy V. Kibler
       Deputy City Attorney
       N.C. Bar No. 13571
       P.O. Box 590
       Raleigh, NC 27602
       Tel: (919) 996-6560
       Fax: (919) 996-7021
       Dorothy.Kibler@raleighnc.gov

ATTORNEYS FOR DEFENDANT CITY
OF RALEIGH