IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, and JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, <br><br> Defendants. | **DECLARATION OF SERGEANT D.L. DAVIS** <br> *(28 U.S.C. § 1746)* |

Sergeant D.L. Davis, under penalty of perjury, declares and states as follows:

1. I am a Sergeant with the City of Raleigh's Police Department ("RPD") and am currently assigned to the Internal Affairs Division. I am over eighteen (18) years of age. The information contained in this declaration is based on my personal knowledge.

2. I was involved in an Internal Affairs investigation and as a part of that investigation, I obtained a case file containing a copy of the search warrant issued May 21, 2020 for 1628 Burgundy Street, Apartment B, Raleigh, North Carolina.

3. Exhibit 1 attached to this declaration is a genuine copy of the search warrant I found in the RPD Drug Case Investigations Case File relating to the May 21, 2020 arrest of Marcus Vanirvin.

I declare under penalty of perjury that the foregoing is true and correct.

This the 27 day of April, 2022.

By: _____
Sergeant D.L. Davis
Raleigh Police Department
Internal Affairs Division

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, and JOHN and JANE DOE OFFICERS 1-10, in their individual capacities,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on April 29, 2022, I electronically filed the foregoing Declaration with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 East Main Street
Durham, NC 27701
(919) 451-9216 phone
(718) 709-7612 fax
Email: schewel@tinfulton.com
*Attorneys for Plaintiff*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
(919) 720-4201 phone
(919) 720-4640 fax
Email: egladden@tinfulton.com
*Attorneys for Plaintiff*

Micheal Littlejohn, Jr.
Littlejohn Law, PLLC
227 W. 4th Street, Ste. B-113
Charlotte, NC 28202
(704) 322-4581 phone
(704) 625-9396 fax
Email: mll@littlejohn-law.com
*Attorneys for Plaintiff*

Ian Mance
Elizabeth Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
(828) 719-5755 phone
Email: ian@emancipatenc.org
elizabeth@emancipatenc.org
*Attorneys for Plaintiff*

Jason Benton
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Office: 704.335.9509
Fax: 704.335.9747
*Attorneys for Mr. Abdullah*

Norwood P. Blanchard, III
CROSSLEY McINTOSH COLLIER &
EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Tel. (910) 762-9711
Fax. (910) 256-0310
norwood@cmclawfirm.com
*Attorneys for RPD Sergeant Rolfe*

Rodney E. Pettey
Samuel G. Thompson, Jr.
YATES MCLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, N.C. 27602
*Attorneys for RPD Detectives Monroe, Rattelade, and Gay*

Respectfully submitted,

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
ATTORNEYS FOR DEFENDANT CITY
OF RALEIGH