IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of ZIQUIS GRANT,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities,<br><br>    Defendants. | **DEFENDANTS RISHAR PIERRE MONROE, JULIEN DAVID RATTELADE AND MEGHAN CAROLINE GAY'S PARTIAL MOTION TO DISMISS**<br><br>**(Fed. R. Civ. P. 12(b)(6))** |

  Defendants Rishar Pierre Monroe, Julien David Rattelade, and Meghan Caroline Gay (hereafter "Defendants"), each in their individual capacity, respectfully move the Court for an order dismissing one of Plaintiffs' claims against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1] More specifically, Plaintiffs' Fifth Claim, alleging a "civil conspiracy" should be dismissed for the following reason, among others:

- Plaintiffs' civil conspiracy claim is barred by the intracorporate conspiracy doctrine. A conspiracy requires a plurality of actors and no such plurality exists when all of the Defendants are officers of the same police department.

---

[1] Filing a partial motion to dismiss suspends the time for filing of the answer for these Defendants. *Johnson v. Pope*, No. 7:13-CV-78-B0, 2013 U.S. Dist. LEXIS 6500752 (E.D.N.C. Dec. 11, 2013) ("filing a partial motion to dismiss will suspend the time to answer those claims that are not subject to the motion.").

Pursuant to Local Civil Rule 7.1, Defendants submit a memorandum of law in support of this partial motion to dismiss. For the sake of judicial economy, Defendants' memorandum incorporates, by reference, the background, allegations, and legal authority set forth in a memorandum supporting a companion (amended) partial motion to dismiss filed by co-defendant, Sgt. William Rolfe (DE 30, DE 31).

Wherefore, based on the legal authority set forth in DE 31, Defendants Rishar Pierre Monroe, Julien David Rattelade, and Meghan Caroline Gay seek an order GRANTING their partial motion to dismiss DISMISSING WITH PREJUDICE Plaintiffs' "civil conspiracy" claim.

This the 29th day of April, 2022.

By: /s/ Samuel G. Thompson, Jr.
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
*Counsel for Rishar Pierre Monroe,*
*Julien David Rattelade and Meghan*
*Caroline Gay each in their Individual Capacity*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of ZIQUIS GRANT,<br><br>                      Plaintiffs,<br><br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINA GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities,<br><br>                      Defendants. | **CERTIFICATE OF SERVICE** |

I certify that on April 29, 2022, I electronically filed the foregoing **DEFENDANTS RISHAR PIERRE MONROE, JULIEN DAVID RATTELADE AND MEGHAN CAROLINE GAY'S PARTIAL MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main St.
Durham, NC 27701
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person St.
Raleigh, NC 27601
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

3

| | |
|---|---|
| Michael L. Littlejohn, Jr.<br>Littlejohn Law PLLC<br>P.O. Box 16661<br>Charlotte, NC 28297<br>Email: mll@littlejohn-law.com<br>*Counsel for Plaintiffs* | Dorothy Kibler<br>Deputy City Attorney<br>P.O. Box 590<br>Raleigh, NC 27602<br>Email: Dorothy.Kibler@raleighnc.gov<br>*Counsel for Defendant The City of Raleigh* |
| Ian A. Mance<br>Emancipate NC<br>P.O. Box 309<br>Durham, NC 27702<br>Email: ian@emancipatenc.com<br>*Counsel for Plaintiffs* | Jason R. Benton<br>Parker Poe Adams & Bernstein, LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, NC 28202<br>Email: jasonbenton@parkerpoe.com<br>*Counsel for Defendant Omar Abdullah* |
| Elizabeth G. Simpson<br>Emancipate NC<br>P.O. Box 309<br>Durham, NC 27702<br>Email: elizabeth@emancipatenc.com<br>*Counsel for Plaintiffs* | Norwood P. Blanchard, III<br>Crossley McIntosh Collier Hanley & Edes, PLLC<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>Email: norwood@cmclawfirm.com<br>*Counsel for Defendant William Rolfe* |

By: /s/ Samuel G. Thompson, Jr.
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
*Counsel for Rishar Pierre Monroe, Julien David Rattelade and Meghan Caroline Gay each in their Individual Capacity*