# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Yolanda Irving, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:22-CV-00068-BO |
| The City of Raleigh, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Omar I. Abdullah                                                                                                                        .

Date:  05/02/2022                                                   /s/ Daniel E. Peterson
                                                                                      *Attorney's signature*

                                                                       Daniel E. Peterson; N.C. State Bar No. 41251
                                                                                      *Printed name and bar number*

                                                                              Parker Poe Adams & Bernstein LLP
                                                                                      Bank of America Tower
                                                                              620 South Tryon Street, Suite 800
                                                                                      Charlotte, NC  28202
                                                                                              *Address*

                                                                              danielpeterson@parkerpoe.com
                                                                                      *E-mail address*

                                                                                      (704) 372-9000
                                                                                      *Telephone number*

                                                                                      (704) 334-4706
                                                                                      *FAX number*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this date, the foregoing "***Appearance of Counsel***" was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record via the Court's electronic case filing system.

This the 2nd day of May, 2022.

/s/ Daniel E. Peterson
Daniel E. Peterson
N.C. State Bar No. 41251
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: danielpeterson@parkerpoe.com

*Attorney for Defendant Omar I. Abdullah*