IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities,<br><br>　　　　　　　　　　Defendants. | **CITY OF RALEIGH'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT** |

　　　　Defendant City of Raleigh moves the Court, pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 6.1, for an extension of time to file and serve an answer, pleadings, or motions in response to Plaintiffs' Amended Complaint. In support of this motion, the City respectfully shows the Court the following:

　　　　1.　　Plaintiffs, except for Emancipate NC, Inc., filed their original Complaint [D.E. 2] on February 22, 2022.

2. The City waived service of summons on March 1, 2022 [D.E. 10] and filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [D.E. 32] on April 29, 2022.

3. Plaintiffs filed their Amended Complaint on May 16, 2022, adding additional parties to this action: Plaintiff Emancipate NC, Inc. and Defendants Raleigh Police Chief Estella Patterson and Raleigh City Manager Marchell Adams-David in their official capacities only. Plaintiffs also made substantive changes to the original Complaint including additional allegations and claims against the City and the new official capacity defendants.

4. Rule 15(a)(3) establishes a 14-day deadline for a defendant to respond to an amended complaint. The City requires additional time beyond those fourteen days to respond to Plaintiffs' Amended Complaint. Accordingly, the City respectfully requests a thirty (30) day extension to the current deadline, which would allow Defendants through and including Thursday, June 30, 2022, to file an answer or otherwise plead in response to Plaintiffs' Amended Complaint.

5. This Motion is being filed in good faith and not for the purpose of delaying this action. No scheduling order has yet been entered. As such, granting this motion will not interfere with any scheduled deadline.

6. Pursuant to Local Civil Rule 6.1, prior to filing this motion, counsel for the City consulted with counsel for Plaintiffs regarding Plaintiffs' position on this motion. Plaintiffs have consented to an extension of time to June 30, 2022 for all Defendants to plead in response to their Amended Complaint, including the Defendant City of Raleigh.

7. The City respectfully submits that good cause exists for granting this motion, based upon the above-described circumstances.

WHEREFORE, Defendant City of Raleigh moves the Court for a thirty (30) day extension of time to file an answer or otherwise plead in response to Plaintiffs' Amended Complaint, until and including **Thursday, June 30, 2022**.

This the 25th day of May, 2022.

                    **CITY OF RALEIGH**
                    **Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
     DOROTHY V. KIBLER
     Deputy City Attorney
     N.C. Bar No. 13751
     P.O. Box 590
     Raleigh, NC 27602
     Tel: (919) 996-6560
     Fax: (919) 996-7021
     Dorothy.Kibler@raleighnc.gov
     ATTORNEYS FOR DEFENDANT CITY OF RALEIGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities, <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on May 25, 2022, I electronically filed the foregoing Motion to Extend Time with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
TIN FULTON WALKER & OWEN, PLLC
119 East Main Street
Durham, NC 27701
(919) 451-9216 phone
(718) 709-7612 fax
Email: schewel@tinfulton.com
*Attorneys for Plaintiff*

Micheal Littlejohn, Jr.
LITTLEJOHN LAW, PLLC
227 W. 4th Street, Ste. B-113
Charlotte, NC 28202
(704) 322-4581 phone
(704) 625-9396 fax
Email: mll@littlejohn-law.com
*Attorneys for Plaintiff*

Jason R. Benton
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Office: 704.335.9509
Fax: 704.335.9747
Email: jasonbenton@parkerpoe.com
*Attorneys for Mr. Abdullah*

Rodney E. Pettey
Samuel G. Thompson, Jr.
YATES MCLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, N.C. 27602
Email: rpettey@ymwlaw.com
bthompson@ymwlaw.com
*Attorneys for RPD Detectives Monroe, Rattelade, and Gay*

Emily Gladden
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
(919) 720-4201 phone
(919) 720-4640 fax
Email: egladden@tinfulton.com
*Attorneys for Plaintiff*

Ian Mance
Elizabeth Simpson
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
(828) 719-5755 phone
Email: ian@emancipatenc.org
elizabeth@emancipatenc.org
*Attorneys for Plaintiff*

Norwood P. Blanchard, III
CROSSLEY McINTOSH COLLIER & EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Tel. (910) 762-9711
Fax. (910) 256-0310
Email: norwood@cmclawfirm.com
*Attorneys for RPD Sergeant Rolfe*

Respectfully submitted,

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
ATTORNEYS FOR DEFENDANT CITY
OF RALEIGH