IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC., INC.,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>     Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

This matter is before the Court on the motion of Defendants Monroe, Rattelade, and Gay and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 6.1, for an Order extending the deadline for responding to Plaintiffs' Amended Complaint by an additional thirty (30) days. The Plaintiffs consent to the requested extension. Having carefully considered the motion, the consent of Plaintiffs, and for good cause shown, the motion is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendants Monroe, Rattelade, and Gay shall have through and including June 30, 2022 to serve their Answers or other responsive pleadings to Plaintiffs' Amended Complaint.

SO ORDERED, this the ____ day of _____, 2022.

                                                                                  CLERK OF COURT