# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:22-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

This matter is before the Court on the motion of Defendant Omar Abdullah and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an Order extending the deadline for responding to Plaintiffs' Amended Complaint by an additional thirty (30) days. The Plaintiffs consent to the requested extension. Having carefully considered the motion, the consent of Plaintiffs, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**, that Defendant Omar Abdullah shall have through and including **June 30, 2022** to serve his Answer or other responsive pleading to Plaintiffs' Amended Complaint.

SO ORDERED, this the _____ day of May, 2022.

_____
United States District Court