IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:22-00068-BO

| | |
|---|---|
| YOLANDA IRVING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, *et al.*, <br><br> Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Sergeant William Rolfe hereby moves the Court for an extension of time within which to answer or otherwise respond to Plaintiffs' Amended Complaint. In support of this motion, Defendant Rolfe submits the following:

1. The original Complaint in this action was filed on or about February 22, 2022.

2. Defendant Rolfe waived service, and filed a motion to dismiss on April 25, 2022. [DE # 29]

3. On May 16, 2022, Plaintiffs filed an Amended Complaint, [DE # 41], adding and amending certain claims.

4. Counsel for Defendant Rolfe needs additional time to confer with the client, to fully investigate the allegations in the Amended Complaint, and to collect relevant information in order to sufficiently formulate an appropriate response.

5. This Motion is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension because the other Defendants are due to answer or respond at the same time as requested by Defendant Rolfe.

6. Counsel for Plaintiffs, Abraham Rubert-Schewel, consents to the extension requested herein.

WHEREFORE, Defendant William Rolfe hereby requests that the Court issue an Order granting the relief requested and extending the time within which Defendant Rolfe must answer or otherwise respond to the Plaintiffs' Amended Complaint, up to and including **JUNE 30, 2022**. A proposed Order is attached.

Respectfully submitted this the 31st day of May, 2022.

/s/Norwood P. Blanchard, III
Norwood P. Blanchard, III
NC State Bar No. 26470
Crossley McIntosh Collier Hanley &
Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Tel: (910) 762-9711
Fax: (704) 334-4706
norwood@cmclawfirm.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 31, 2022, a copy of the foregoing **Consent Motion for Extension of Time to Respond to Amended Complaint** was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record via the Court's electronic case filing system.

This the 31st day of May, 2022.

<u>/s/Norwood P. Blanchard, III</u>
Norwood P. Blanchard, III
