IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, *et al..*, | : |
| Plaintiffs, | : |
| vs. | : **ORDER** |
| THE CITY OF RALEIGH, *et al.*, | : |
| Defendants. | : |

THIS MATTER is before the Court on the motion of Defendant Sergeant William Rolfe, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for an Order extending the time for responding to Plaintiffs' Amended Complaint. Having carefully considered the motion, the Court finds that good cause has been shown and the Plaintiffs consent. Accordingly, the motion is hereby **GRANTED** and it is ORDERED that Defendant Rolfe shall have and through **June 30, 2022** to file a response to the Plaintiffs' Amended Complaint.

SO ORDERED, this the ____ day of June, 2022.

_____
CLERK OF COURT

.