IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities,<br><br>　　　　　　　　　Defendants. | **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD BY CITY MANAGER MARCHELL ADAMS-DAVID AND POLICE CHIEF ESTELLA PATTERSON**<br>(*With Consent*)<br><br>[Fed. R. Civ. P. 6(b); Local Civil R. 6.1] |

Defendant City Manager Marchell Adams-David in her official capacity and Defendant Police Chief in her official capacity (collectively, the "Official Capacity Defendants") move the Court, pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 6.1, for an extension of time to file and serve an answer, pleadings, or motions in response to Plaintiffs' amended complaint. In support of this motion, the Official Capacity Defendants respectfully show the Court the following:

1.      Plaintiffs, except for Emancipate NC, Inc., filed their original complaint [D.E. 2] on February 22, 2022. The Defendants timely responded to the original complaint. [D.E. 30, 32, 34, 37.]

2.      Plaintiffs filed their amended complaint [D.E. 41] on May 16, 2022, adding additional parties to this action: Plaintiff Emancipate NC, Inc. and the Official Capacity Defendants in their official capacities only. Plaintiffs also made substantive changes to the original complaint including additional allegations and claims against the City and the new Official Capacity Defendants.

3.      Responsive pleadings from the Defendant City of Raleigh are presently due on June 30, 2022.

4.      City Manager Adams-David was served by certified mail with Summons and Amended Complaint on May 27, 2022. Her responsive pleading is presently due on June 17, 2022. Chief Patterson was served by certified mail with Summons and Amended Complaint on May 25, 2022. Her responsive pleading is presently due on June 15, 2022.

5.      An official capacity claim is simply another way of bringing suit against a municipal employer. *Will v. Michigan Dep't of State Police*, 491 U.S. 58, 71 (1989). Defendant City of Raleigh wishes to file a single responsive pleading and not to respond separately for itself and each official also named in an official capacity. Judicial economy is served by having a single set of pleadings from the City of Raleigh. In addition, counsel for the Official Capacity Defendants needs additional time to prepare the response to the amended complaint.

6.      The time has not yet expired for the Official Capacity Defendants to file responsive pleadings in response to Plaintiffs' amended complaint. Accordingly, the Official Capacity Defendants respectfully request that the Court allow them through and including Thursday, June

30, 2022, to file responsive pleadings in response to Plaintiffs' amended complaint, making their responses due at the same time as the City's response.

7. This Motion is being filed in good faith and not for the purpose of delaying this action. Granting this motion will not interfere with any scheduled deadline.

8. Pursuant to Local Civil Rule 6.1, prior to filing this motion, counsel for the Official Capacity Defendants consulted with counsel for Plaintiffs regarding Plaintiffs' position on this motion. Plaintiffs have consented to an extension of time to June 30, 2022.

9. The Official Capacity Defendants respectfully submit that good cause exists for granting this motion, based upon the above-described circumstances.

WHEREFORE, the Official Capacity Defendants move the Court for extension of time to file an answer or otherwise plead in response to Plaintiffs' Amended Complaint, until and including **Thursday, June 30, 2022**.

This the 10th day of June, 2022.

          **CITY OF RALEIGH**
          **Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
    DOROTHY V. KIBLER
    Deputy City Attorney
    N.C. Bar No. 13751
    P.O. Box 590
    Raleigh, NC 27602
    Tel: (919) 996-6560
    Fax: (919) 996-7021
    Dorothy.Kibler@raleighnc.gov
    ATTORNEYS FOR OFFICIAL CAPACITY DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities, <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on June 10, 2022, I electronically filed the foregoing Motion to Extend Time with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
TIN FULTON WALKER & OWEN, PLLC
119 East Main Street
Durham, NC 27701
(919) 451-9216 phone
(718) 709-7612 fax
Email: schewel@tinfulton.com
*Attorneys for Plaintiff*

Micheal Littlejohn, Jr.
LITTLEJOHN LAW, PLLC
227 W. 4th Street, Ste. B-113
Charlotte, NC 28202
(704) 322-4581 phone
(704) 625-9396 fax
Email: mll@littlejohn-law.com
*Attorneys for Plaintiff*

Jason R. Benton
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Office: 704.335.9509
Fax: 704.335.9747
Email: jasonbenton@parkerpoe.com
*Attorneys for Mr. Abdullah*

Rodney E. Pettey
Samuel G. Thompson, Jr.
YATES MCLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, N.C. 27602
Email: rpettey@ymwlaw.com
bthompson@ymwlaw.com
*Attorneys for RPD Detectives Monroe, Rattelade, and Gay*

Emily Gladden
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
(919) 720-4201 phone
(919) 720-4640 fax
Email: egladden@tinfulton.com
*Attorneys for Plaintiff*

Ian Mance
Elizabeth Simpson
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
(828) 719-5755 phone
Email: ian@emancipatenc.org
elizabeth@emancipatenc.org
*Attorneys for Plaintiff*

Norwood P. Blanchard, III
CROSSLEY McINTOSH COLLIER & EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Tel. (910) 762-9711
Fax. (910) 256-0310
Email: norwood@cmclawfirm.com
*Attorneys for RPD Sergeant Rolfe*

Respectfully submitted,

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
ATTORNEYS FOR OFFICIAL
CAPACITY DEFENDANTS