IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities, <br><br> Defendants. | **ORDER** |

This matter was heard by the undersigned on a motion, pursuant to Fed. R. Civ. P. 6(b), by the Defendants City Manager Marchell Adams-David in her official capacity and Police Chief Estella Patterson in her official capacity to extend time to serve an answer, motion, or otherwise plead in response to Plaintiffs' amended complaint.

It appears to the Court that the time for serving an answer, motion, or otherwise pleading in response to the amended complaint has not expired, that these defendants have not previously been granted an extension of time to answer or otherwise plead in response to the amended complaint, that Plaintiffs' counsel has consented to the extension, and that good cause exists to grant this motion.

IT IS, THEREFORE, ORDERED that Defendant City Manager Marchell Adams-David in her official capacity and Defendant Police Chief Estella Patterson in her official capacity shall have up to and including **Thursday, June 30, 2022**, to serve an answer, motion or pleading in response to the amended complaint.

This the _____ day of _____, 2022.

_____