**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Case No.** 5:22-CV-00068-BO

|  |  |
|---|---|
| YOLANDA IRVING, et al., | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs | ) |
|  | ) |
| THE CITY OF RALEIGH, et al., | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,
Chief of Police Estella Patterson
in her official capacity     who is Defendant                    ,
(name of party)                          (plaintiff/defendant/other:_____)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

        YES  ◯                    NO  ◉

2.  Does party have any parent corporations?

        YES  ◯                    NO  ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        YES  ◯                    NO  ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES  ◯          NO  ⬤

If yes, identify entity and nature of interest: `Please note that the City of Raleigh has certain excess coverage issued by certain underwriters at Lloyd's, London which is not a publicly held corporation.`

5. Is party a trade association?

YES  ◯          NO  ⬤

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/Dorothy V. Kibler

Date: 6/10/2022