IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE CITY OF RALEIGH, et al., )<br>)<br>Defendants. ) | **APPEARANCE OF COUNSEL** |

To: The Clerk of Court and all parties of record.

I am admitted to practice in this Court, and I appear in this case as counsel for the Defendant City Manager Marchell Adams-David in her official capacity.

This the 10th day of June, 2022.

                **CITY OF RALEIGH**
                **Robin L. Tatum, City Attorney**

By:    /s/ Dorothy V. Kibler
           Dorothy V. Kibler
           Deputy City Attorney
           N.C. Bar No. 13571
           P.O. Box 1949
           Raleigh, NC 27602
           Tel: (919) 996-6560
           Fax: (919) 996-7021
           Dorothy.Kibler@raleighnc.gov
           ATTORNEYS FOR DEFENDANT CITY MANAGER

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) **CERTIFICATE OF SERVICE** |
| THE CITY OF RALEIGH, et al., | ) ) ) |
| Defendants. | ) |

I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | | |
|---|---|---|
| Micheal L. Littlejohn, Jr.<br>LITTLEJOHN LAW, PLLC<br>227 W. 4th Street, Ste B-113<br>Charlotte, NC 28202<br>Email: mll@littlejohn-law.com<br>*Attorneys for Plaintiffs* | Emily Gladden<br>TIN FULTON WALKER & OWEN, PLLC<br>204 N. Person Street<br>Raleigh, NC 27601<br>Email: egladden@tinfulton.com<br>*Attorneys for Plaintiffs* | Abraham Rubert-Schewel<br>TIN FULTON WALKER & OWEN, PLLC<br>119 East Main Street<br>Durham, NC 27701<br>Email: schewel@tinfulton.com<br>*Attorneys for Plaintiffs* |
| Ian Mance<br>Elizabeth Simpson<br>EMANCIPATE NC<br>P.O. Box 309<br>Durham, NC 27702<br>(828) 719-5755 phone<br>Email:<br>ian@emancipatenc.org<br>elizabeth@emancipatenc.org<br>*Attorneys for Plaintiff* | Norwood P. Blanchard, III<br>CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>Email:<br>norwood@cmclawfirm.com<br>*Attorneys for Defendant William Rolfe* | Jason R. Benton<br>PARKER POE ADAMS & BERNSTEIN, LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, NC 28202<br>Office: 704.335.9509<br>Fax: 704.335.9747<br>Email: jasonbenton@parkerpoe.com<br>*Attorneys for Mr. Abdullah* |

Rodney E. Pettey
Samuel G. Thompson, Jr.
YATES MCLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, N.C. 27602
Email:
rpettey@ymwlaw.com
bthompson@ymwlaw.com
*Attorneys for RPD Detectives Monroe, Rattelade, and Gay*

    Respectfully submitted,

          **CITY OF RALEIGH**
          **Robin L. Tatum, City Attorney**

By:   /s/ Dorothy V. Kibler
       Dorothy V. Kibler
       Deputy City Attorney
       N.C. Bar No. 13571
       P.O. Box 1949
       Raleigh, NC 27602
       Tel: (919) 996-6560
       Fax: (919) 996-7021
       Dorothy.Kibler@raleighnc.gov
       ATTORNEYS FOR DEFENDANT CITY MANAGER