IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-68-BO

YOLANDA IRVING, *et al.*, )
        Plaintiffs, )
)
v. )     O R D E R
)
THE CITY OF RALEIGH, *et al.*, )
        Defendants. )

This cause comes before the Court on a motion by defendant City of Raleigh for court-hosted settlement conference. [DE 36]. All defendants who have appeared consent to a court-hosted settlement conference. Plaintiffs do not object, but request that any deadlines not be stayed while the parties engage in settlement discussions.

For good cause shown, the motion [DE 36] is GRANTED. This matter is REFERRED to United States Magistrate Judge Robert B. Jones, Jr. for court-hosted settlement conference. No applicable deadlines are stayed by entry of this order.

SO ORDERED, this 23 day of June 2022.

                                                   *Terrence W. Boyle*
                                                   TERRENCE W. BOYLE
                                                   UNITED STATES DISTRICT JUDGE