IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CASE NO. 5:22-CV-0068-BO

| | |
|---|---|
| YOLANDA IRVING, INDIVIDUALLY AND AS THE NATURAL PARENT AND GUARDIAN OF JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON INDIVIDUALLY AND AS THE NATURAL PARENT AND GUARDIAN OF ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, AND NANETTA GRANT AS THE NATURAL PARENT AND GUARDIAN OF ZIQUIS GRANT, AND EMANCIPATE NC, INC.<br><br>                       **Plaintiff,**<br><br>  vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities,<br>                       **Defendants.** | |

## NOTICE OF APPEARANCE

      COMES NOW Attorney Elizabeth Guild Simpson pursuant to Local Rule 5.2(a) and enters her Notice of Appearance as counsel representing Emancipate NC, Inc.

      Respectfully submitted this 27th day of June 2022,

                                                  /s/ Elizabeth Guild Simpson
                                                  Elizabeth Guild Simpson
                                                  EMANCIPATE NC
                                                  N.C. State Bar # 41596
                                                  Post Office Box 309
                                                  Durham, NC 27702
                                                  919-682-1149
                                                  elizabeth@emancipatenc.org
                                                  *Attorney for Plaintiffs*

1

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Jason R. Benton**
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, NC 28202
704-372-9000
Fax: 704-334-4706
Email: jasonbenton@parkerpoe.com

**Norwood P. Blanchard, III**
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
910-762-9711
Fax: 910-256-0310
Email: norwood@cmclawfirm.com

**Rodney E. Pettey**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 835-0910
Email: rpettey@ymwlaw.com

**Samuel G. Thompson, Jr.**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 919-835-0910
Email: bthompson@ymwlaw.com

**Dorothy V. Kibler**
City of Raleigh Attorney's Office
Post Office Box 590
Raleigh, NC 27602
(919) 996-6560
Fax: (919) 857-4453
Email: dorothy.kibler@raleighnc.gov

**Daniel Edward Peterson**
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, NC 28202
704-335-9874
Fax: 704-334-4706
Email: danielpeterson@parkerpoe.com

**Rodney E. Pettey**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 835-0910
Email: rpettey@ymwlaw.com

**Samuel G. Thompson , Jr.**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 919-835-0910
Email: bthompson@ymwlaw.com

/s/ Elizabeth Guild Simpson
Elizabeth Guild Simpson
EMANCIPATE NC