IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | |
|---|---|
| YOLANDA IRVING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **MOTION TO DISMISS** |
| ) | **EMANCIPATE NC, INC.** |
| THE CITY OF RALEIGH, et al., ) | |
| ) | |
| Defendants. ) | |

Defendants City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity (collectively "City Defendants"), pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, respectfully move the Court to dismiss Emancipate NC, Inc. ("Emancipate") as a Plaintiff in this action, on the grounds that Emancipate lacks standing to bring the claims asserted in the Amended Complaint. In support of this motion, the City Defendants show the following:

1. The factual allegations establish that Emancipate, as an organization, has not suffered an injury in fact that is fairly traceable to Defendants' alleged misconduct or that is likely redressable by a favorable decision.

2. Rather, the factual allegations show that Emancipate elected to engage in a variety of activities to pursue its broad mission to end mass incarceration and racism in the legal system independent of circumstances at issue in this case.

3. Emancipate's interest in this litigation is no more than an attempt to vindicate its preferences through the judicial system, which falls short of the injury in fact required to confer standing under Article III.

4. In support of this Motion, the City Defendants rely on the pleadings filed to date and their Memorandum of Law filed with this Motion.

WHEREFORE, the City Defendants respectfully request that the Court dismiss Emancipate as a Plaintiff and grant any other further relief it deems proper and just.

Respectfully submitted,

This the 28th day of June, 2022.

                                                **CITY OF RALEIGH**
                                                **Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
DOROTHY V. KIBLER
Deputy City Attorney
N.C. Bar No. 13751
PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
*Counsel for City of Raleigh, Police Chief Patterson in her official capacity, and City Manager Adams-David in her official capacity*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

YOLANDA IRVING, et al., )
)
   Plaintiffs, )
)
v. ) **CERTIFICATE OF SERVICE**
)
THE CITY OF RALEIGH, et al. )
)
   Defendants. )

  I hereby certify that on June 28, 2022, I electronically filed the foregoing **MOTION TO DISMISS PLAINTIFF EMANCIPATE NC, INC.** with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record as follows:

| | |
|---|---|
| Abraham Rubert-Schewel<br>Tin Fulton Walker & Owen, PLLC<br>119 E. Main Street<br>Durham, NC 27701<br>schewel@tinfulton.com<br>*Counsel for Plaintiffs* | Jason Benton<br>Parker Poe Admads & Bernstein, LLP<br>620 South Tyson Street, Suite 800<br>Charlotte, NC 28202<br>jasonbenton@parkerpoe.com<br>*Counsel for Defendant Abdullah* |
| Emily Gladden<br>Tin Fulton Walker & Owen, PLLC<br>204 N. Person Street<br>Raleigh, NC 27601<br>egladden@tinfulton.com<br>*Counsel for Plaintiffs* | Rodney Pettey<br>Samuel Thompson, Jr.<br>Yates McLamb & Weyher, LLP<br>PO Box 2889<br>Raleigh, NC 27602<br>*Counsel for Defendants Monroe, Rattelade, and Gay* |
| Michael Littlejohn, Jr.<br>Littlejohn Law, PLLC<br>PO Box 16661<br>Charlotte, NC 28297<br>mll@littlejohn-law.com<br>*Counsel for Plaintiffs* | Norwood Blanchard, III<br>Crossley McIntosh Collier, & Edes, PLLC<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>norwood@cmclawfirm.com<br>*Counsel for Defendant Rolfe* |

Ian Mance
Elizabeth Simpson
Emancipate NC, Inc.
ian@emancipatenc.org
elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

                                    **CITY OF RALEIGH**
                                    **Robin L. Tatum, City Attorney**

By:   /s/ Dorothy V. Kibler
       DOROTHY V. KIBLER
       Deputy City Attorney
       N.C. Bar No. 13751
       PO Box 590
       Raleigh, NC 27602
       Tel:  (919) 996-6560
       Fax:  (919) 996-7021
       Dorothy.Kibler@raleighnc.gov
       *Counsel for City of Raleigh, Police Chief Patterson in her official capacity, and City Manager Adams-David in her official capacity*