IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>    Defendants. | **[PROPOSED] ORDER** |

Pursuant to Defendants Monroe, Gay and Rattelade's motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, this Court, after considering the pleadings, arguments, and the relevant authority submitted by all parties, hereby GRANTS the motion.

It is hereby ORDERED that Plaintiff Emancipate NC, Inc.'s claims against these Defendants are DISMISSED WITH PREJUDICE.

This the _____ day of _____, 2022.

_____
The Hon. Terrence W. Boyle
United States District Court Judge