IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>                       Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>                       Defendants. | **DEFENDANTS R.P. MONROE, J.D. RATTELADE AND M.C. GAY'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS** |

In support of Defendants R.P. Monroe, J.D. Rattelade, and M.C. Gay's (hereafter "Defendants") motion to dismiss corporate plaintiff, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully file this memorandum of law incorporating by reference legal arguments previously submitted to the court in this case.

## INCORPORATION BY REFERENCE

In the interest of judicial economy, these Defendants adopt and incorporate herein by reference legal arguments and authority previously submitted to this court by co-defendant, City

of Raleigh, in its memorandum of law (DE 60) supporting its companion motion to dismiss (DE 59).

Emancipate should be dismissed for lack of standing based on the legal authority cited in DE 60, including, but not limited to: *Simon v. E. Kentucky Welfare Rights Org.,* 426 U.S. 26, 37 (1976) ("No principle is more fundamental to the judiciary's proper role in our system of government than the constitutional limitation of federal-court jurisdiction to actual cases or controversies."); *Lane v. Holder,* 703 F.3d 668 (2012) (affirming dismissal of organizational plaintiff for lack of Article III-required standing); *Sierra Club v. Morton,* 405 U.S. 727, 739 (1972) (holding that "…a mere interest in a problem, no matter how long standing the interest or not matter how qualified the organization is in evaluating the problem, is not sufficient by itself to render the organization adversely affected or aggrieved…" for the purpose of standing (internal quotations omitted)); *S. Walk at Broadlands Homeowner's Ass'n v. OpenBand at Broadlands, LLC,* 713 F. 3d 175 (4th Cir. 2013) (affirming the trial court's dismissal for lack of standing because of, among other things, the lack of redressability for that case's organizational plaintiff).

## CONCLUSION

For the reasons set forth in DE 60, the corporate plaintiff's claims should be dismissed pursuant to F.R.C.P. Rule 12(b)(1).

This the 30th day of June, 2022.

By: /s/ Samuel G. Thompson, Jr. .
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpetty@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
*Counsel for R.P. Monroe, J.D. Rattelade, and M.C. Gay in their individual capacities*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>      Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINA GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 30, 2022, I electronically filed the foregoing **DEFENDANTS R.P. MONROE, J.D. RATTELADE AND M.C. GAY'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main St.
Durham, NC 27701
Email:  schewel@tinfulton.com
*Counsel for Plaintiffs*

Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person St.
Raleigh, NC 27601
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

Michael L. Littlejohn, Jr.
Littlejohn Law PLLC
P.O. Box 16661
Charlotte, NC 28297
Email:  mll@littlejohn-law.com
*Counsel for Plaintiffs*

Ian A. Mance
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email:  ian@emancipatenc.com
*Counsel for Plaintiffs*

Elizabeth G. Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email:  elizabeth@emancipatenc.com
*Counsel for Plaintiffs*

Dorothy Kibler
Deputy City Attorney
P.O. Box 590
Raleigh, NC  27602
Email: Dorothy.Kibler@raleighnc.gov
*Counsel for Defendant The City of Raleigh*

Jason R. Benton
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Email: jasonbenton@parkerpoe.com
*Counsel for Defendant Omar Abdullah*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Counsel for Defendant William Rolfe*

I hereby certify that I have mailed the document to the following non CM/ECF participants:

    Respectfully submitted,

|  |  |
|---|---|
| By: | /s/ Samuel G. Thompson, Jr. |
|  | RODNEY E. PETTEY |
|  | N.C. State Bar No.: 17715 |
|  | rpetty@ymwlaw.com |
|  | SAMUEL G. THOMPSON, JR. |
|  | N.C. State Bar No.: 32960 |
|  | bthompson@ymwlaw.com |
|  | Yates, McLamb & Weyher, LLP |
|  | Post Office Box 2889 |
|  | Raleigh, North Carolina 27602 |
|  | Telephone: (919) 835-0900 |
|  | Facsimile: (919) 835-0910 |
|  | *Counsel for R.P. Monroe, J.D. Rattelade, and M.C. Gay in their individual capacities* |