IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities, <br><br> Defendants. | **ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND AND GRANTING PERMISSION TO FILE AN OMNIBUS RESPONSE** |

This matter was heard by the undersigned on a motion, pursuant to Fed.R. Civ.P. 6(b), by Plaintiffs to extend time to respond to the City Defendants and Officer Defendants (combined "Defendants") Motions to Dismiss and to respond to the motions in a single omnibus response.

It appears to the Court that the time for responding to Defendants motion to dismiss has

not expired, that Defendants' counsel has consented to the extension of time and to allow Plaintiffs to file a combined omnibus response, and that good cause exists to grant this motion.

    IT IS THEREFORE ORDERED that Plaintiffs shall have up to and including August 18, 2022, to respond to the Defendants motions and shall be permitted to do so in a single omnibus response.

    This the _____ of July _____

_____