IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>                    Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>                    Defendants. | **DEFENDANTS R.P. MONROE, J.D. RATTELADE AND M.C. GAY'S MOTION TO ATTEND SETTLEMENT CONFERENCE VIA REMOTE CONNECTION** |

NOW COME Defendants R.P. Monroe, J.D. Rattelade and M.C. Gay (hereafter "Defendants"), by and through their undersigned counsel pursuant to Local Civil Rule 101.2(d)(2) and the Order (DE 70) entered by this court on 8 July 2022, and hereby respectfully move for permission for Defendants to remotely attend the court-hosted settlement conference via zoom or other court approved video-conferencing software. In support of this motion, Defendants state to the Court the following:

1. On 8 July 2022, the Court entered an Order (DE 70) setting a court-hosted settlement conference 15 August 2022 at the United States Courthouse, 1003 S. 17th Street, Wilmington, North Carolina.

2. Defendants are residents of in the Triangle region, approximately 130 miles (each way) from Wilmington, North Carolina.

3. Defendants are all employed as law enforcement officers with the Raleigh Police Department in Raleigh, North Carolina.

4. Defendants are available to participate in the court-hosted settlement conference, but request permission to attend via remote connection.

5. Plaintiffs consent to these Defendants' request to appear via remote connection.

WHEREFORE, Defendants move the court for permission to attend the 15 August 2022 court-hosted settlement conference in Wilmington, North Carolina via remote connection.

Respectfully submitted,

This the 26th day of July, 2022.

                    By:   /s/ Samuel G. Thompson, Jr.
                             RODNEY E. PETTEY
                             N.C. State Bar No.: 17715
                             rpetty@ymwlaw.com
                             SAMUEL G. THOMPSON, JR.
                             N.C. State Bar No.: 32960
                             bthompson@ymwlaw.com
                             Yates, McLamb & Weyher, LLP
                             Post Office Box 2889
                             Raleigh, North Carolina 27602
                             Telephone: (919) 835-0900
                             Facsimile: (919) 835-0910
                             *Counsel for Officer R.P. Monroe, J.D. Rattelade and M.C. Gay in their individual capacities*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC., <br><br> Plaintiffs, <br> vs. <br><br> THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINA GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2022, I electronically filed the **DEFENDANTS R.P. MONROE, J.D. RATTELADE AND M.C. GAY'S MOTION TO ATTEND SETTLEMENT CONFERENCE VIA REMOTE CONNECTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main St.
Durham, NC 27701
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person St.
Raleigh, NC 27601
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

Michael L. Littlejohn, Jr.
Littlejohn Law PLLC
P.O. Box 16661
Charlotte, NC 28297
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*

Ian A. Mance
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: ian@emancipatenc.com
*Counsel for Plaintiffs*

Elizabeth G. Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: elizabeth@emancipatenc.com
*Counsel for Plaintiffs*

Dorothy Kibler
Deputy City Attorney
P.O. Box 590
Raleigh, NC  27602
Email: Dorothy.Kibler@raleighnc.gov
*Counsel for Defendant The City of Raleigh*

Jason R. Benton
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Email: jasonbenton@parkerpoe.com
*Counsel for Defendant Omar Abdullah*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Counsel for Defendant William Rolfe*

Respectfully submitted,

By: /s/ Samuel G. Thompson, Jr.
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpetty@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
*Counsel for Officer R.P. Monroe, J.D. Rattelade, and M.C. Gay in their individual capacities*