IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>                Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>                Defendants. | **ORDER GRANTING DEFENDANTS R.P. MONROE, J.D. RATTELADE AND M.C. GAY'S MOTION TO ATTEND SETTLEMENT CONFERENCE VIA REMOTE CONNECTION** |

This matter was heard by the undersigned on a motion pursuant to Local Civil Rule 101.2(d)(1), by Defendants R.P. Monroe, J.D. Rattelade and M.C. Gay to attend the court-hosted 15 August 2022 Settlement Conference via remote connection. It appears to the Court that good cause and consent exist to grant this motion.

IT IS HEREBY ORDERED that Defendant R.P. Monroe, J.D. Rattelade and M.C. Gay shall be permitted to attend the court-hosted Settlement Conference on 15 August 2022 via remote connection. Instructions for the remote connection shall be sent by the Court in advance.

This the ____ day of _____, 2022.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE