IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>Defendants. | **DEFENDANT OMAR I. ABDULLAH'S MOTION TO ATTEND SETTLEMENT CONFERENCE BY VIRTUAL MEANS** |

NOW COMES Defendant Omar I. Abdullah ("Abdullah"), by and through counsel, and hereby respectfully requests that he be allowed to attend the court-hosted settlement conference remotely via telephone and/or video conference. In support of this Motion, Abdullah shows the Court the following:

1. By Order dated July 8, 2022, United State Magistrate Judge Robert B. Jones, Jr. scheduled a court-hosted settlement conference to be held on Monday, August 15, 2022, at 9:30 a.m. in Wilmington, North Carolina (Doc. 70).

2. Abdullah currently lives in Bear Creek, North Carolina, which is approximately 150 miles from the location of the settlement conference in Wilmington, North Carolina.

3. Abdullah, who is no longer employed as a Raleigh Police Department officer, would incur significant travel expenses to physically attend the conference.

4. Should the Court grant this Motion, the undersigned will make arrangements for Abdullah to attend the conference by telephonic or video means for as long as the Court requires.

5. The undersigned will be attending the settlement conference in person on behalf of Abdullah.

6. This Motion is made in good faith and not for purposes of delay and no party will be prejudiced by Abdullah attending the conference by virtual means.

7. The undersigned has consulted with counsel for Plaintiffs who has consented to the relief requested herein.

8. A proposed Order granting this Motion is filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons, Defendant Omar I. Abdullah respectfully requests permission to attend the settlement conference set for August 15, 2022, at 9:30 a.m. by virtual means.

Respectfully requested this the 29th day of July, 2022.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Daniel E. Peterson
N.C. State Bar No. 41251
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
danielpeterson@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, the foregoing **Defendant Omar I. Abdullah's Motion to Attend Settlement Conference by Virtual Means** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 29th day of July, 2022.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Daniel E. Peterson
N.C. State Bar No. 41251
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
          danielpeterson@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*