IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00068-BO

YOLANDA IRVING, et al.,

    Plaintiffs,

v.

THE CITY OF RALEIGH, et al.,

    Defendants.

**ORDER GRANTING DEFENDANT OMAR I. ABDULLAH'S MOTION TO ATTEND SETTLEMENT CONFERENCE BY VIRTUAL MEANS**

This matter is before the Court on Motion of Defendant Omar I. Abdullah for a modification of the attendance requirements of Local Civil Rule 101.2(d)(1) to excuse Defendant Abdullah from physically attending the court-hosted settlement conference scheduled for August 15, 2022 in Wilmington, North Carolina.

It is hereby **ORDERED** that the Motion is **GRANTED** and Defendant Omar I. Abdullah may participate in the settlement conference by virtual means, as needed.

SO ORDERED this the ____ day of _____, 2022.

_____
Robert B. Jones, Jr.
United States Magistrate Judge