IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, OFFICER OMAR I. ABDULLAH, SERGEANT WILLIAM ROLFE, OFFICER RISHAR PIERRE MONROE, OFFICER JULIEN DAVID RATTELADE, OFFICER MEGHAN CAROLINE GAY, JOHN and JANE DOE OFFICERS 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities, <br><br> Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR REMOTELY AT THE COURT-HOSTED SETTLEMENT CONFERENCE** |

This matter was heard by the undersigned on a motion, pursuant to Local Civil Rule 101.2, by Plaintiffs Yolanda Irving, J.I., Cydneea Harrington and Juwan Harrington for permission to appear remotely at the court-hosted settlement conference, scheduled for August 15, 2022:

It appears to the Court that good cause exists for granting this motion and that Defendants' counsel consents to this request.

IT IS THEREFORE ORDERED that Plaintiffs Yolanda Irving, J.I., Cydneea Harrington and Juwan Harrington shall be permitted to appear remotely at the court-hosted settlement conference, scheduled for August 15, 2022, and the Clerk's Office will provide connection instructions in advance of the conference.

This the \_\_1\_\_ of August, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge