IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>Defendants. | **ORDER GRANTING DEFENDANT OMAR I. ABDULLAH'S MOTION TO ATTEND SETTLEMENT CONFERENCE BY VIRTUAL MEANS** |

This matter is before the Court on Motion of Defendant Omar I. Abdullah for a modification of the attendance requirements of Local Civil Rule 101.2(d)(1) to excuse Defendant Abdullah from physically attending the court-hosted settlement conference scheduled for August 15, 2022 in Wilmington, North Carolina.

It is hereby **ORDERED** that the Motion is **GRANTED** and Defendant Omar I. Abdullah may participate in the settlement conference by virtual means, as needed, and the court will provide connection instructions to counsel prior to the conference.

SO ORDERED this the __1__ day of August, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge