IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF RALEIGH, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | **DEFENDANT CITY OF RALEIGH'S MOTION TO ALLOW EXCESS CARRIER TO ATTEND SETTLMENT CONFERENCE BY VIRTUAL MEANS** |

NOW COMES Defendant City of Raleigh ("the City"), by and through undersigned counsel, and hereby respectfully requests that representatives of Lloyd's London, the City's excess insurance carrier, be allowed to attend the upcoming Court-hosted settlement conference remotely via telephone and/or video conference. In support of this Motion, the City shows the Court the following:

1. A court-hosted settlement conference before the Honorable United States Magistrate Jude Robert B. Jones, Jr. is scheduled to be held on Monday, August 15, 2022, at 9:30 a.m. in Wilmington, North Carolina (DE #70). The undersigned counsel and a City representative will be present in person for the mediation, as required by applicable rules.

2. Robbie Vaughan, Senior Manager – Claims with RiverStone International, is a representative of the City's excess insurance carrier, Lloyd's, London, and plans to participate in the settlement conference. RiverStone and Senior Manager Vaughan are located in Brighton, East Sussex, United Kingdom. They have asked to participate in the conference by remote means.

3. Given the travel distance and current COVID-19 conditions, travel imposes a

hardship on Senior Manager Vaughan.

4. The undersigned counsel has consulted with Plaintiffs' counsel regarding this Motion and Plaintiffs' counsel has consented to remote appearance for the excess carrier's representatives.

5. Should the Court grant this Motion, the undersigned will arrange for representatives appearing on behalf of Lloyd's, London to attend the conference by telephonic or video means for as long as the Court requires.

6. The City respectfully submits that the spirit and intent of the court-hosted settlement conference can be fully and adequately met through the telephonic or video attendance of the representative from its excess insurance carrier, and no party will be prejudiced by this representative's attendance at the conference by virtual means.

WHEREFORE, for the foregoing reasons, Defendant City of Raleigh hereby respectfully requests permission for representatives of the City's excess carrier to attend the settlement conference set for August 15, 2022, at 9:30 a.m. by virtual means.

Respectfully submitted, this the 2d day of August, 2022.

           **CITY OF RALEIGH**
           **Robin L. Tatum, City Attorney**

By: */s/ Dorothy V. Kibler*
     DOROTHY V. KIBLER
     Deputy City Attorney
     N.C. Bar No. 13751
     PO Box 590
     Raleigh, NC 27602
     Tel: (919) 996-6560
     Fax: (919) 996-7021
     Dorothy.Kibler@raleighnc.gov

     *Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

YOLANDA IRVING, et al., )
)
      Plaintiffs, )
)
v. ) **CERTIFICATE OF SERVICE**
)
THE CITY OF RALEIGH, et al. )
)
      Defendants. )

I hereby certify that on August 2, 2022, I electronically filed the foregoing **DEFENDANT CITY OF RALEIGH'S MOTION TO ALLOW EXCESS CARRIER TO ATTEND SETTLEMENT CONFERENCE BY VIRTUAL MEANS** with the Clerk of Court using the CM/ECF system, which sends notification of such filling to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

Jason Benton
Parker Poe Adams & Bernstein, LLP
620 South Tyson Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
*Counsel for Defendant Abdullah*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

Rodney Pettey
Samuel Thompson, Jr.
Yates McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602
*Counsel for Defendants Monroe, Rattelade, and Gay*

Michael Littlejohn, Jr.
Littlejohn Law, PLLC
PO Box 16661
Charlotte, NC 28297
mll@littlejohn-law.com
*Counsel for Plaintiffs*

Norwood Blanchard, III
Crossley McIntosh Collier, & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

3

Ian Mance
Elizabeth Simpson
Emancipate NC, Inc.
ian@emancipatenc.org
elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

Respectfully submitted,

                                **CITY OF RALEIGH**
                                **Robin L. Tatum, City Attorney**

By:   /s/ Dorothy V. Kibler
       DOROTHY V. KIBLER
       Deputy City Attorney
       N.C. Bar No. 13751
       PO Box 590
       Raleigh, NC 27602
       Tel: (919) 996-6560
       Fax: (919) 996-7021
       Dorothy.Kibler@raleighnc.gov

*Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*