IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| YOLANDA IRVING, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER ALLOWING EXCESS CARRIER REPRESENTATIVES TO ATTEND SETTLMENT CONFERENCE BY VIRTUAL MEANS** |
| THE CITY OF RALEIGH, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on Motion of Defendant City of Raleigh ("the City") for a modification of the attendance requirements of Local Civil Rule 101.2(d)(1) to excuse representatives appearing on behalf of Lloyd's London, the City's excess insurance carrier, from physically attending the court-hosted settlement conference scheduled for August 15, 2022 in Wilmington, North Carolina.

For good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and representatives appearing on behalf of Lloyd's London may participate in the settlement conference by virtual means, as needed. Instructions for the remote connection shall be sent by the Court in advance.

SO ORDERED this the _____ day of _____, 2022.

_____
Robert B. Jones, Jr.
United States Magistrate Judge