IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:22-CV-00068-BO

| | | |
|---|---|---|
| YOLANDA IRVING, *et al..*, | : | |
| Plaintiffs, | : | |
| | : | **ORDER** |
| vs. | : | |
| THE CITY OF RALEIGH, *et al.*, | : | |
| Defendants. | : | |

THIS MATTER is before the Court on the motion of Defendant Sergeant William Rolfe for leave to attend the Court-hosted settlement conference scheduled for August 15, 2022 by virtual means. Having considered the motion, the Court finds that good cause has been shown and that no prejudice would result to any party should the motion be allowed. Accordingly, the motion is hereby **GRANTED** and it is ORDERED that Defendant Rolfe shall be allowed to attend by virtual means, as directed by the Court's staff.

SO ORDERED, this the ____ day of August, 2022.

_____
CLERK OF COURT

.