UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED
AUG 1 5 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,

Plaintiffs,

v.

5:22:CV-0068-BO

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.

Defendants.

## NOTICE OF APPEARANCE

COMES NOW Attorney Ian Andrew Mance pursuant to Local Rule 5.2(a) and enters his Notice of Appearance as counsel representing Plaintiffs.

Respectfully submitted this 15th day of August 2022,

/s/ Ian Andrew Mance
Ian Andrew Mance
EMANCIPATE NC
N.C. State Bar # 46589
Post Office Box 309
Durham, NC 27702
828-719-5755
ian@emancipatenc.org
*Attorney for Plaintiffs*

Received
Note: CM/ECF login error. Called for assistance but help desk employee for PW is out of the office. Filed in person during med.tion without motion for leave with oral permission from Judge Robert Jones Jr. on August 15, 2022. IAM

1

Case 5:22-cv-00068-BO   Document 85   Filed 08/15/22   Page 1 of 1