IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>Defendants. | **JOINT STIPULATION OF EXTENSION OF TIME** |

Pursuant to the provisions of Rule 6 of the Federal Rules of Civil Procedure and the Scheduling Order (DE 69) entered by this Court, Defendants, jointly, by and through their undersigned counsel, with the consent and agreement of Plaintiffs' counsel, stipulate and agree that these Defendants shall have to and including September 19, 2022 to object, answer or otherwise respond to Plaintiffs' First Consolidated Set of Document Requests.

Respectfully submitted,

This the 16th day of August, 2022.

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel
N.C. State Bar No.: 56863
Tin Fulton Walker & Owen, PLLC
119 E Main Street
Durham, North Carolina 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

/s/ Micheal L. Littlejohn, Jr.
Micheal L. Littlejohn, Jr.
N.C. Bar No. 49353
Littlejohn Law, PLLC
227 W 4th Street, Suite B-113
Charlotte, NC 28202
mll@littljohnlaw.com
*Counsel for Plaintiffs*

/s/ Jason R. Benton
Jason R. Benton
N.C. Bar No.: 27710
Parker Poe Adams &
Bernstein, LLP
620 South Tryon Street,
Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
*Counsel for Defendant Abdullah*

/s/ Samuel G. Thompson, Jr.
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Facsimile: (919) 835-0910
*Counsel for Defendants Monroe, Rattelade and Gay.*

/s/ Emily D. Gladden
Emily D. Gladden
N.C. State Bar No.: 49224
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

/s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571
City of Raleigh
P.O. Box 590
Raleigh, NC 27602
Dorothy.Kibler@raleighnc.gov
*Counsel for Defendant City of Raleigh, Chief Patterson in her Official Capacity, and City Manager Adams-David in her Official Capacity.*

/s/ Norwood P. Blanchard, III
Norwood P. Blanchard, III
N.C. Bar No.: 26470
Crossley McIntosh Collier
Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC., | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINA GAY, and JOHN and JANE DOE Officers 1-10, in their individual capacities, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on 16 August 2022, I electronically filed the foregoing **STIPULATION OF EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main St.
Durham, NC 27701
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person St.
Raleigh, NC 27601
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

Michael L. Littlejohn, Jr.
Littlejohn Law PLLC
P.O. Box 16661
Charlotte, NC 28297
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*

Ian A. Mance
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: ian@emancipatenc.com
*Counsel for Plaintiffs*

Elizabeth G. Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: elizabeth@emancipatenc.com
*Counsel for Plaintiffs*

Dorothy Kibler
Deputy City Attorney
P.O. Box 590
Raleigh, NC 27602
Email: Dorothy.Kibler@raleighnc.gov
*Counsel for Defendant The City of Raleigh*

Jason R. Benton
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Email: jasonbenton@parkerpoe.com
*Counsel for Defendant Omar Abdullah*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Counsel for Defendant William Rolfe*


I hereby certify that I have mailed the document to the following non CM/ECF participants:

Respectfully submitted,

          By:    /s/ Samuel G. Thompson, Jr.
                 RODNEY E. PETTEY
                 N.C. State Bar No.: 17715
                 rpetty@ymwlaw.com
                 SAMUEL G. THOMPSON, JR.
                 N.C. State Bar No.: 32960
                 bthompson@ymwlaw.com
                 Yates, McLamb & Weyher, LLP
                 Post Office Box 2889
                 Raleigh, North Carolina 27602
                 Telephone: (919) 835-0900
                 Facsimile: (919) 835-0910
                 *Counsel for Officer R.P. Monroe, J.D. Rattelade,*
                 *and M.C. Gay in their individual capacities*