IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-0068

| | |
|---|---|
| YOLANDA IRVING, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING PLAINTIFFS'** |
| vs. ) | **MOTION TO AMEND THE COMPLAINT** |
| ) | |
| CITY OF RALEIGH, et al., ) | |
| ) | |
| Defendants. ) | |

This matter was heard by the undersigned on a motion by Plaintiffs to amend the complaint and replace John Doe Officers with properly identified and named SEU Officers. It appears to the Court that the time for amending the complaint and adding parties has not expired and that the Plaintiffs and the SEU Defendant Officers consent to the motion.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Amend the Complaint is granted, and the Second Amended Complaint is deemed filed.

This the _____ day of _____ 2022.