**From:** Leslie Packer <leslie.packer@elliswinters.com>
**Date:** Friday, August 19, 2022 at 2:25 PM
**To:** Abraham Rubert-Schewel <schewel@tinfulton.com>
**Cc:** Kibler, Dottie <dorothy.kibler@raleighnc.gov>, Norwood Blanchard <norwood@cmclawfirm.com>, Benton, Jason R. <jasonbenton@parkerpoe.com>, rpettey@ymwlaw.com <rpettey@ymwlaw.com>, elizabeth@emancipatenc.org <elizabeth@emancipatenc.org>, Ian Mance <ian@emancipatenc.org>, Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>, Emily Gladden <egladden@tinfulton.com>, Michelle Liguori <Michelle.Liguori@elliswinters.com>, Noreen Slattery <Noreen.Slattery@elliswinters.com>
**Subject:** Re: Amended Complaint Adding John Doe SEU Officers, Due Tomorrow

Abe, on behalf of the SEU officers, we consent. I am authorized to accept service on their behalf. Thanks, Leslie

Sent from my iPhone


On Aug 19, 2022, at 12:43 PM, Abraham Rubert-Schewel <schewel@tinfulton.com> wrote:

External: from schewel@tinfulton.com<mailto:schewel@tinfulton.com>

_____
Dear all,

Attached is a proposed second amended complaint. It only substitutes the named SEU officers for the John Doe defendants.

Pursuant to rule 15 I believe that only the SEU officers consent is required to file the amended complaint without leave of court. If you disagree, or object, please let me know.

This is due tomorrow, August 20, 2022.

Please let me know your position as soon as you can.

Best,

--
Abraham Rubert-Schewel

Tin Fulton Walker & Owen, PLLC
www.tinfulton.com<https://protect-us.mimecast.com/s/jFIfC0RL4qF2kJO1CDvSWx/>

(919) 451-9216 Tel

Durham Office
119 E. Main Street
Durham, NC 27701

Offices in Charlotte, Chapel Hill, Raleigh and Durham