IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities, <br><br> Defendants. | **MOTION TO EXTEND TIME TO REPLY TO MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS EMANCIPATE NC, INC.** |

Defendants the City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity (collectively, the "City Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, respectfully move the Court for permission to extend the time to reply to Emancipate NC, Inc.'s Memorandum in Opposition to the City Defendants' Motion to Dismiss Emancipate NC, Inc. ("Emancipate") [DE 88]. In support of this extension motion, the City Defendants show the following:

1. Plaintiffs filed their First Amended Complaint on May 16, 2022 [DE41] adding Emancipate NC, Inc. as a plaintiff.

2. The City Defendants filed a Motion to Dismiss Emancipate NC, Inc. for Lack of Jurisdiction, and a supporting memorandum, on June 28, 2022 [DE 59, 60].

3. On August 19, 2022, Emancipate NC filed a Memorandum in Opposition to the Motion to Dismiss [DE 88].

4. Pursuant to Local Rule 7.1, the City Defendants' reply, to address new material presented in Emancipate NC's Memorandum in Opposition, is currently due September 1, 2022.

5. Due to competing deadlines in other matters, the City Defendants reasonably require additional time to prepare a reply, and respectfully request a fourteen-day extension of the current deadline, which would allow the City Defendants up to and including September 15, 2022, to file a reply.

6. The additional time would allow the City Defendants to prepare a more targeted reply that will aid the Court's review of the issues presented.

7. This motion is being filed in good faith and not for the purpose of delay.

8. This matter has not been set for trial, and as such, granting this motion will not interfere with a scheduled trial date.

9. Pursuant to Local Rule 6.1, counsel for the City Defendants consulted with counsel for Plaintiffs regarding their position on this motion. Counsel for Plaintiffs consent to the requested extension.

10. The City Defendants respectfully submit that good cause exists for granting this extension motion based on the above-described circumstances.

WHEREFORE, the City Defendants respectfully move the Court for an order extending until September 15, 2022, the date to reply to Emancipate NC's Memorandum in Opposition to the City Defendants' Motion to Dismiss, as set forth in the proposed order submitted herewith.

Respectfully submitted,

This the 29th day of August, 2022.

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
DOROTHY V. KIBLER
Deputy City Attorney
N.C. Bar No. 13751
PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov

*Counsel for City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | |
|---|---|
| YOLANDA IRVING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| THE CITY OF RALEIGH, et al. | ) |
| | ) |
| Defendants. | ) |

I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filling to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

Jason Benton
Parker Poe Adams & Bernstein, LLP
620 South Tyson Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
*Counsel for Defendant Abdullah*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

Rodney Pettey
Samuel Thompson, Jr.
Yates McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602
*Counsel for Defendants Monroe, Rattelade, and Gay*

Michael Littlejohn, Jr.
Littlejohn Law, PLLC
PO Box 16661
Charlotte, NC 28297
mll@littlejohn-law.com
*Counsel for Plaintiffs*

Norwood Blanchard, III
Crossley McIntosh Collier, & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

Ian Mance
Elizabeth Simpson
Emancipate NC, Inc.
ian@emancipatenc.org
elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

        **CITY OF RALEIGH**
        **Robin L. Tatum, City Attorney**

By:    /s/ Dorothy V. Kibler
       DOROTHY V. KIBLER
       Deputy City Attorney
       N.C. Bar No. 13751
       PO Box 590
       Raleigh, NC 27602
       Tel: (919) 996-6560
       Fax: (919) 996-7021
       Dorothy.Kibler@raleighnc.gov

       *Counsel for City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity*