IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their official capacities, <br><br> Defendants. | **ORDER GRANTING MOTION TO EXTEND TIME TO REPLY TO EMANCIPATE NC, INC.'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS** |

This matter was heard by the undersigned on a motion by Defendants the City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity (collectively, the "City Defendants"), filed pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1, to extend by fourteen days the time to reply to Emancipate NC, Inc.'s Memorandum in Opposition to the City Defendants' Motion to Dismiss Emancipate NC, Inc. for Lack of Jurisdiction. [DE 59]

It appears to the Court that the time for filing a reply has not yet expired, that counsel for Plaintiffs has consented to the extension of time to reply, and that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the City Defendants shall have up to and including September 15, 2022, to reply to Emancipate NC's Memorandum in Opposition to the City Defendants' Motion to Dismiss.

This the ____ of August 2022.

_____