IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, JOHN and JANE DOE Officers 1-10, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>Defendants. | **JOINT STIPULATION OF EXTENSION OF TIME** |

Pursuant to the provisions of Rule 6 of the Federal Rules of Civil Procedure and the Scheduling Order (DE 69) entered by this Court, Plaintiffs, jointly, by and through their undersigned counsel, with the consent and agreement of Defendants' counsel, stipulate and agree that Plaintiffs shall have up to and including September 29, 2022 to object, answer or otherwise respond to Defendants First Set of Interrogatories and Requests for Production of Documents.

Respectfully submitted,

This the 29th day of August, 2022.

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel
N.C. State Bar No.: 56863
Tin Fulton Walker & Owen, PLLC
119 E Main Street
Durham, North Carolina 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

/s/ Micheal L. Littlejohn, Jr.
Micheal L. Littlejohn, Jr.
N.C. Bar No. 49353
Littlejohn Law, PLLC
227 W 4th Street, Suite B-113
Charlotte, NC 28202
mll@littljohnlaw.com
*Counsel for Plaintiffs*

/s/ Jason R. Benton
Jason R. Benton
N.C. Bar No.: 27710
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
*Counsel for Defendant Abdullah*

/s/ Samuel G. Thompson, Jr.
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Facsimile: (919) 835-0910
*Counsel for Defendants Monroe, Rattelade and Gay.*

/s/ Emily D. Gladden
Emily D. Gladden
N.C. State Bar No.: 49224
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

/s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571
City of Raleigh
P.O. Box 590
Raleigh, NC 27602
Dorothy.Kibler@raleighnc.gov
*Counsel for Defendant City of Raleigh, Chief Patterson in her Official Capacity, and City Manager Adams-David in her Official Capacity.*

/s/ Norwood P. Blanchard, III
Norwood P. Blanchard, III
N.C. Bar No.: 26470
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*