IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00068-BO

| YOLANDA IRVING, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **APPEARANCE OF COUNSEL** |
| THE CITY OF RALEIGH, et al., | ) | |
| Defendants. | ) | |

To The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for the Defendant City of Raleigh.

This the 6th day of September 2022.

           **CITY OF RALEIGH**
           **Robin L. Tatum**
           **City Attorney**

By: /s/ Amy C. Petty
      AMY C. PETTY
      Senior Associate City Attorney
      N.C. Bar No. 20894
      PO Box 590
      Raleigh, NC 27602
      Tel: (919) 996-6560
      Fax: (919) 996-7021
      Amy.Petty@raleighnc.gov
      Attorney for Defendant City of Raleigh

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| THE CITY OF RALEIGH, et al., | ) |
| Defendants. | ) |

I hereby certify that on the 6th day of September 2022, I electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Micheal L. Littlejohn, Jr.
LITTLEJOHN LAW, PLLC
227 W. 4th Street, Ste B-113
Charlotte, NC 28202
Email: mll@littlejohn-law.com
*Attorneys for Plaintiffs*

Emily Gladden
TIN FULTON WALKER &
OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
Email: egladden@tinfulton.com
*Attorneys for Plaintiffs*

Abraham Rubert-Schewel
TIN FULTON WALKER &
OWEN, PLLC
119 East Main Street
Durham, NC 27701
Email: schewel@tinfulton.com
*Attorneys for Plaintiffs*

Ian Mance
Elizabeth Simpson
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
(828) 719-5755 phone
Email:
ian@emancipatenc.org
elizabeth@emancipatenc.org
*Attorneys for Plaintiff*

Norwood P. Blanchard, III
CROSSLEY MCINTOSH
COLLIER HANLEY &
EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email:
norwood@cmclawfirm.com
*Attorneys for Defendant
William Rolfe*

Jason R. Benton
Daniel E. Peterson
PARKER POE ADAMS &
BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Office: 704.335.9509
Fax: 704.335.9747
Email: jasonbenton@parkerpoe.com
danielpeterson@parkerpoe.com
*Attorneys for Mr. Abdullah*

2

Rodney E. Pettey
Samuel G. Thompson, Jr.
YATES MCLAMB &
WEYHER, L.L.P.
Post Office Box 2889
Raleigh, N.C. 27602
Email:
rpettey@ymwlaw.com
bthompson@ymwlaw.com
*Attorneys for RPD Detectives Monroe, Rattelade, and Gay*

Respectfully submitted,

          **CITY OF RALEIGH**
          **Robin L. Tatum**
          **City Attorney**

By: /s/ Amy C. Petty
     AMY C. PETTY
     Senior Associate City Attorney
     N.C. Bar No. 20894
     PO Box 590
     Raleigh, NC 27602
     Tel: (919) 996-6560
     Fax: (919) 996-7021
     Amy.Petty@raleighnc.gov
     Attorney for Defendant City of Raleigh