IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>Defendants. | **DEFENDANTS R.P. MONROE, J.D. RATTELADE, AND M.C. GAY'S RENEWED MOTION TO DISMISS** |

  Defendants R.P. Monroe, J.D. Rattelade, and M.C. Gay ("Defendants"), in their individual capacities only, respectfully renew their motion to dismiss corporate plaintiff, Emancipate NC, Inc. ("Emancipate"), previously filed in this action [DE 62] and move the Court to dismiss Emancipate NC, Inc. as a Plaintiff in this action, on the grounds that Emancipate lacks standing to bring the claims asserted in the Second Amended Complaint. In support of this motion, Defendants state:

1. The factual allegations in the Second Amended Complaint establish that Emancipate, as a corporate organization, has not suffered an injury in fact that is fairly traceable to Defendants' alleged misconduct or that is likely redressable by a favorable decision.

2. Rather, the factual allegations show that Emancipate elected to engage in a variety of activities to pursue its broad mission to end mass incarceration and racism in the legal system independent of circumstances at issue in this case.

3. Emancipate's interest in this litigation is no more than an attempt to vindicate its preferences through the judicial system, which falls short of the injury in fact required to confer standing under Article III.

4. Defendants have specifically renewed their motion and seek to dismiss Emancipate's claims under the Second Amended Complaint.

5. In support of this Renewed Motion and in the interest of judicial economy, the Defendants rely on the pleadings filed to date, and, in lieu of an accompanying supporting memorandum, its Memorandum in Support of its original motion to dismiss [DE 63].

6. The allegations concerning Emancipate are unchanged. The same allegations made in the first Amended Complaint appear in the Second Amended Complaint. These Defendants' arguments apply to the same extent after the amendment as they did before it.

7. The Court possesses the discretion to evaluate the Defendants' original motion to dismiss in light of the facts alleged in the Second Amended Complaint. *See Pettaway v. Nat'l Recovery Sols., LLC,* 955 F.3d 299, 303-04 (2d Cir. 2000); *Paragon Mgmt., LLC v. Epic Avoation, LLC,* No. 1:20-CV-01407, 2021 WL 3852109, as *2 (E.D. Va. Aug. 27, 2021).

8. Under either approach, Emancipate should be dismissed from this action pursuant to Fed. R. Civ. P. 12(b)(1).

WHEREFORE, these Defendants respectfully request that the Court dismiss Emancipate as a Plaintiff and grant any other and further relief it deems proper and just.

This the 15th day of September, 2022.

By: /s/ Rodney E. Pettey
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpetty@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
*Counsel for R.P. Monroe, J.D. Rattelade,
and M.C. Gay in their individual capacities*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC., | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15th, 2022, I electronically filed the foregoing **DEFENDANTS R.P. MONROE, J.D. RATTELADE, AND M.C. GAY'S RENEWED MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main St.
Durham, NC 27701
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person St.
Raleigh, NC 27601
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

Michael L. Littlejohn, Jr.
Littlejohn Law PLLC
P.O. Box 16661
Charlotte, NC 28297
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*

Ian A. Mance
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: ian@emancipatenc.com
*Counsel for Plaintiffs*

Elizabeth G. Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: elizabeth@emancipatenc.com
*Counsel for Plaintiffs*

Dorothy Kibler
Amy Petty
Deputy City Attorney
P.O. Box 590
Raleigh, NC 27602
Email: Dorothy.Kibler@raleighnc.gov
     Amy.Petty@raleighnc.gov
*Counsel for Defendant The City of Raleigh*

Jason R. Benton
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Email: jasonbenton@parkerpoe.com
*Counsel for Defendant Omar Abdullah*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Counsel for Defendant William Rolfe*


I hereby certify that I have mailed the document to the following non CM/ECF participants:

    Respectfully submitted,

                              By:    /s/ Rodney E. Pettey
                                     RODNEY E. PETTEY
                                     N.C. State Bar No.: 17715
                                     rpetty@ymwlaw.com
                                     SAMUEL G. THOMPSON, JR.
                                     N.C. State Bar No.: 32960
                                     bthompson@ymwlaw.com
                                     Yates, McLamb & Weyher, LLP
                                     Post Office Box 2889
                                     Raleigh, North Carolina 27602
                                     Telephone: (919) 835-0900
                                     Facsimile: (919) 835-0910
                                     *Counsel for R.P. Monroe, J.D. Rattelade,*
                                     *and M.C. Gay in their individual capacities*