IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>      Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>      Defendants. | **MOTION TO WITHDRAW BY SAMUEL G. THOMPSON, JR AS COUNSEL FOR DEFENDANTS R.P. MONROE, J.D. RATTELADE, AND M.C. GAY** |

  Pursuant to Rule 5.2(e) of the Federal Rules of Civil Procedure and Local Rule 83.1, Samuel G. Thompson, Jr., of the law firm of Yates, McLamb & Weyher, LLP moves the Court for leave to withdraw as counsel of record for Defendants R.P. Monroe, J.D. Rattelade, and M.C. Gay (hereafter "these Defendants").

  In support of this motion, Mr. Thompson respectfully shows the Court:

1. Rodney E. Pettey and Yates, McLamb & Weyher, LLP made an appearance as L.R. 83.1 counsel for these Defendants by filing his Notice of Appearance on March 23, 2022 [DE 18].

2. Mr. Thompson and Yates, McLamb & Weyher, LLP made an appearance as L.R. 83.1 counsel for these Defendants by filing his Notice of Appearance on March 23, 2022 [DE 19].

3. Mr. Thompson is leaving Yates, McLamb & Weyher, LLP and his employment with that firm will end effective September 15, 2022.

4. Rodney E. Pettey and Yates, McLamb & Weyher, LLP will continue representing these Defendants as L.R. 83.1 counsel, so there will be no disruption in, or detriment to, these Defendants and their representation.

5. These Defendants are aware that Mr. Pettey and Yates, McLamb & Weyher, LLP will continue handling this case as L.R. 83.1 counsel.

WHEREFORE, Samuel G. Thompson, Jr., respectfully requests that the Court grant his motion to withdraw due to his impending departure from Yates, McLamb & Weyher, LLP.

Respectfully submitted,

This the 15th day of September, 2022.

By: /s/ Samuel G. Thompson, Jr.
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpetty@ymwlaw.com
SAMUEL G. THOMPSON, JR.
N.C. State Bar No.: 32960
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
*Counsel for Officer R.P. Monroe, J.D. Rattelade and M.C. Gay in their individual capacities*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC., | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, I electronically filed the **MOTION TO WITHDRAW BY SAMUEL G. THOMPSON, JR AS COUNSEL FOR DEFENDANTS R.P. MONROE, J.D. RATTELADE, AND M.C. GAY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

3

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main St.
Durham, NC 27701
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person St.
Raleigh, NC 27601
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

Michael L. Littlejohn, Jr.
Littlejohn Law PLLC
P.O. Box 16661
Charlotte, NC 28297
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*

Ian A. Mance
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: ian@emancipatenc.com
*Counsel for Plaintiffs*

Elizabeth G. Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: elizabeth@emancipatenc.com
*Counsel for Plaintiffs*

Dorothy Kibler
Amy Petty
Deputy City Attorney
P.O. Box 590
Raleigh, NC 27602
Email: Dorothy.Kibler@raleighnc.gov
Amy.Petty@raleighnc.gov
*Counsel for Defendant The City of Raleigh*

Jason R. Benton
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Email: jasonbenton@parkerpoe.com
*Counsel for Defendant Omar Abdullah*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Counsel for Defendant William Rolfe*


I hereby certify that I have mailed the document to the following non CM/ECF participants:

Respectfully submitted,

> By: /s/ Samuel G. Thompson, Jr.
> RODNEY E. PETTEY
> N.C. State Bar No.: 17715
> rpetty@ymwlaw.com
> SAMUEL G. THOMPSON, JR.
> N.C. State Bar No.: 32960
> bthompson@ymwlaw.com
> Yates, McLamb & Weyher, LLP
> Post Office Box 2889
> Raleigh, North Carolina 27602
> Telephone: (919) 835-0900
> Facsimile: (919) 835-0910
> *Counsel for Officer R.P. Monroe, J.D. Rattelade,*
> *and M.C. Gay in their individual capacities*

5