IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>      Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>      Defendants. | **ORDER** |

  Upon Motion to Withdraw as Counsel for Defendants R.P. Monroe, J.D. Rattelade, and M.C. Gay ("these Defendants") by Samuel G. Thompson, Jr., of the law firm of Yates, McLamb & Weyher, LLP, and for good cause shown;

  IT IS THEREFORE ORDERED that this Motion be granted and that Samuel G. Thompson, Jr, is hereby terminated as counsel of record for these Defendants. Rodney E. Pettey

of Yates, McLamb & Weyher, LLP will continue in her capacity as counsel of record for these Defendants.

This the _____ day of _____, 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE