# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| Yolanda Irving, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:22-cv-00068-BO |
| The City of Raleigh, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants - D. Garner, D. McDonald, D. Twiddy, David Mead, J. Ortiz, K. Perrin, K. Thompson, M. Mollere, T. Webb, V. Debonis.

Date: 09/16/2022

/s/ Michelle A. Liguori
*Attorney's signature*

Michelle A. Liguori, NC Bar 52505
*Printed name and bar number*

Ellis & Winters LLP
PO Box 33550
Raleigh, NC 27636
*Address*

michelle.liguori@elliswinters.com
*E-mail address*

(919) 865-7000
*Telephone number*

(919) 865-7010
*FAX number*