# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, et al., <br><br> Defendants. | **DEFENDANT OMAR I. ABDULLAH'S MOTION TO STAY PROCEEDINGS** |

NOW COMES Defendant Omar I. Abdullah, by and through counsel, and hereby moves the Court for an Order staying all proceedings in this matter until resolution or disposition of a parallel criminal action involving Defendant Abdullah, as more fully described in the Brief in support of this motion. In the alternative, if the Court is not inclined to stay these civil proceedings in their entirety, Defendant Abdullah respectfully requests that the Court enter a partial stay of discovery in this matter, and order that no interrogatories, requests for admission or deposition of Abdullah be had until resolution or disposition of the parallel criminal action.

In support of this Motion, Defendant Abdullah relies upon the pleadings of record in this action, and the Brief in Support of Defendant Omar I. Abdullah's Motion to Stay Proceedings—along with the exhibits attached thereto—filed contemporaneously herewith.

Respectfully submitted, this the 19th day of September, 2022.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Daniel E. Peterson
N.C. State Bar No. 41251

**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
 danielpeterson@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **Defendant Omar I. Abdullah's Motion to Stay Proceedings** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 19th day of September, 2022.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Daniel E. Peterson
N.C. State Bar No. 41251
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
danielpeterson@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*