IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, et al., <br><br> Defendants. | **DEFENDANTS CITY OF RALEIGH, CHIEF OF POLICE ESTELLA PATTERSON, AND CITY MANAGER MARCHELL ADAMS-DAVID'S CERTIFICATE OF COMPLIANCE REGARDING REPLY TO PLAINTIFF EMANCIPATE NC, INC.'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS [D.E. 102]** |

Pursuant to Local Civil Rule 7.2(f), the undersigned hereby attests that Defendants City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity's Reply to Plaintiff Emancipate NC, Inc.'s Memorandum in Opposition to Motion to Dismiss [D.E. 102], electronically filed with this Court on September 15, 2022 complies with the word count limits set forth in Local Civil Rule 7.2(f)(3)(A). Excluding the case caption, the signature block, any required certificates, any table of contents, any table of authorities, and any attachments, exhibits, affidavits, and other addenda, the word count of the Reply has 2,051 words, as generated using the word count function of the word processing software used to create the Reply.

Respectfully submitted, this the 21st day of September 2022.

                                                              **CITY OF RALEIGH**
                                                              **Robin L. Tatum, City Attorney**

                            By:    /s/ Amy C. Petty
                                             AMY C. PETTY
                                             Senior Associate City Attorney
                                             N.C. Bar No. 20894
                                             PO Box 590
                                             Raleigh, NC 27602

Tel: (919) 996-6560
Fax: (919) 996-7021
Amy.Petty@raleighnc.gov
*Counsel for City of Raleigh, Police Chief Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00068-BO

YOLANDA IRVING, et al.,            )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )     **CERTIFICATE OF SERVICE**
                                    )
THE CITY OF RALEIGH, et al.         )
                                    )
        Defendants.                 )

I hereby certify that on September 21, 2022, I electronically filed the foregoing **DEFENDANTS CITY OF RALEIGH, CHIEF OF POLICE ESTELLA PATTERSON, AND CITY MANAGER MARCHELL ADAMS-DAVID'S CERTIFICATE OF COMPLIANCE REGARDING REPLY TO PLAINTIFF EMANCIPATE NC, INC.'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

Jason Benton
Daniel Peterson
Parker Poe Adams & Bernstein, LLP
620 South Tyson Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
danielpeterson@parkerpoe.com
*Counsel for Defendant Abdullah*

Rodney Pettey
Yates McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602
*Counsel for Defendants Monroe, Rattelade, and Gay*

3

| | |
|---|---|
| Michael Littlejohn, Jr.<br>Littlejohn Law, PLLC<br>PO Box 16661<br>Charlotte, NC 28297<br>mll@littlejohn-law.com<br>*Counsel for Plaintiffs* | Norwood Blanchard, III<br>Crossley McIntosh Collier, & Edes, PLLC<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>norwood@cmclawfirm.com<br>*Counsel for Defendant Rolfe* |
| Ian Mance<br>Elizabeth Simpson<br>Emancipate NC, Inc.<br>ian@emancipatenc.org<br>elizabeth@emancipatenc.org<br>*Counsel for Plaintiffs* | Leslie Packer<br>Michelle Liguori<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br>leslie.packer@elliswinters.com<br>michelle.liguori@elliswinters.com<br>*Counsel for Garner, McDonald, Twiddy, Mead, Ortiz, Perrin, Thompson, Mollere, Webb and Debonis* |

                                          **CITY OF RALEIGH**
                                          **Robin L. Tatum, City Attorney**

By:   /s/ Amy C. Petty
        AMY C. PETTY
        Senior Associate City Attorney
        N.C. Bar No. 20894
        PO Box 590
        Raleigh, NC 27602
        Tel: (919) 996-6560
        Fax: (919) 996-7021
        Amy.Petty@raleighnc.gov
        *Counsel for City of Raleigh, Police Chief Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity*