# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| YOLANDA IRVING, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:22-CV-00068-BO |
| THE CITY OF RALEIGH, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Omar I. Abdullah.

Date: 09/27/2022

/s/ Jessica C. Dixon
*Attorney's signature*

Jessica C. Dixon (36719)
*Printed name and bar number*

Parker Poe Adams & Bernstein LLP
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
*Address*

jessicadixon@parkerpoe.com
*E-mail address*

(704) 372-9000
*Telephone number*

(704) 334-4706
*FAX number*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this date, the foregoing "***Appearance of Counsel***" was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record via the Court's electronic case filing system.

This the 27th day of September, 2022.

/s/ Jessica C. Dixon
Jason R. Benton
N.C. State Bar No. 27710
Jessica C. Dixon
N.C. State Bar No. 36719
**Parker Poe Adams & Bernstein LLP**
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com

*Attorney for Defendant Omar I. Abdullah*