IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF RALEIGH, et al., )<br>)<br>Defendants. ) | **REPLY TO MEMORANDUM IN OPPOSITION OF EMANCIPATE NC, INC.**<br>**(ECF No. 122)** |

Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David (collectively the "City"), pursuant to Local Rule 7.1(g) respectfully reply to the Memorandum in Opposition filed by Plaintiff Emancipate NC, Inc. ("Emancipate") (ECF No. 122).

The City previously filed a Motion to Dismiss Emancipate as a Plaintiff in this action (ECF No. 59) and a Memorandum in Support (ECF No. 60) showing that Emancipate, as an organization, does not have standing to bring this suit, because Defendants' actions have not prevented Emancipate from pursing its broad mission. Emancipate filed a Memorandum in Opposition (ECF No. 88).

Plaintiffs, including Emancipate, subsequently filed a Second Amended Complaint (ECF N0. 93), with leave of this Court.

The City renewed its Motion to Dismiss Emancipate (ECF No. 96), relying on the pleadings filed to date and its previously filed Memorandum in Support (ECF No. 60), as the allegations subject to the Motion to Dismiss remained unchanged in the Second Amended

1

Complaint and, therefore, did not moot the earlier filed motion. The City timely filed its Reply (ECF No. 102) to Emancipate's Memorandum in Opposition (ECF No. 88).

Emancipate then filed the current Memorandum in Opposition to Motion to Dismiss (ECF No. 122), which is substantively identical to their earlier Memorandum in Opposition (ECF No. 88).

Accordingly, in the interest of brevity, the City respectfully incorporates the City's Reply (ECF No. 102) by reference. For the reasons articulated in the City's Memorandum in Support of the Motion to Dismiss Plaintiff Emancipate NC, Inc. (ECF No. 60) and Reply (ECF No. 102), the City respectfully requests that this Court dismiss Plaintiff Emancipate and grant such other relief as it deems proper and just.

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
DOROTHY V. KIBLER
Deputy City Attorney
N.C. Bar No. 13751

By: /s/ Amy C. Petty
AMY C. PETTY
Senior Associate City Attorney
N.C. Bar No. 20894
PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov

*Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | | |
|---|---|---|
| YOLANDA IRVING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| THE CITY OF RALEIGH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on September 30, 2022, I electronically filed the foregoing **REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS EMANCIPATE NC, INC.** with the Clerk of Court using the CM/ECF system, which sends notification of such filling to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

Jason Benton
Parker Poe Adams & Bernstein, LLP
620 South Tyson Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
*Counsel for Defendant Abdullah*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

Rodney Pettey
Yates McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602
rpettey@ymwlaw.com
*Counsel for Defendants Monroe, Rattelade, and Gay*

Michael Littlejohn, Jr.
Littlejohn Law, PLLC
PO Box 16661
Charlotte, NC 28297
mll@littlejohn-law.com
*Counsel for Plaintiffs*

Norwood Blanchard, III
Crossley McIntosh Collier, & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

Ian Mance
Elizabeth Simpson
Emancipate NC, Inc.
ian@emancipatenc.org
elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

Leslie Packer
Michelle Liguori
Ellis & Winters, LLP
PO Box 335500
Raleigh, NC 27636
Leslie.Packer@elliswinters.com
Michelle.Liguori@elliswinters.com
*Counsel for Defendants Garner, McDonald, Twiddy, Mead, Ortiz, Perrin, Thompson, Mollere, Webb, and Debonis*

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
DOROTHY V. KIBLER
Deputy City Attorney
N.C. Bar No. 13751
PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov

*Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*