IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-cv-00068-BO

YOLANDA IRVING, individually and as the
natural parent and guardian of J. I., JUWAN
HARRINGTON, CYDNEEA HARRINGTON,
KENYA WALTON, individually and as the
natural parent and guardian of R.W., ZIYEL
WHITLEY, DYAMOND WHITLEY,
KAMISHA WHITLEY, NANETTA GRANT as
the natural parent and guardian of Z. G., and
EMANCIPATE NC., INC.

              Plaintiffs,

vs.

THE CITY OF RALEIGH, Officer OMAR I.
ABDULLAH, Sergeant WILLIAM ROLFE,
Officer RISHAR PIERRE MONROE, Officer
JULIEN DAVID RATTELADE, and Officer
MEGHAN CAROLINE GAY, Officer DAVID
MEAD, Officer JESUS ORTIZ, Officer KYLE
PERRIN, Officer MICHAEL MOLLERE,
Officer, KYLE THOMPSON, Officer
VINCENT DEBONIS, Officer DANIEL
TWIDDY, Officer THOMAS WEBB, Officer
DAVID MCDONALD, Officer DAVID
GARNER, Chief of Police ESTELLA
PATTERSON and City Manager MARCHELL
ADAMS-DAVID, in their official capacities.

              Defendants.

**ORDER**

Upon Motion to Withdraw as Counsel for Defendants R.P. Monroe, J.D. Rattelade, and M.C. Gay ("these Defendants") by Samuel G. Thompson, Jr., of the law firm of Yates, McLamb & Weyher, LLP, and for good cause shown;

IT IS THEREFORE ORDERED that this Motion be granted and that Samuel G. Thompson, Jr, is hereby terminated as counsel of record for these Defendants. Rodney E. Pettey

of Yates, McLamb & Weyher, LLP will continue in her capacity as counsel of record for these Defendants.

This the 4 day of October, 2022.

*[signature: Terrence W. Boyle]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE