EXHIBIT 1

| File No. | STATE OF NORTH CAROLINA | In The General Court Of Justice |
|---|---|---|
| **SEARCH WARRANT** | Wake County | District/Superior Court Division |

### IN THE MATTER OF

1628 Burgundy St. Apt. B
Raleigh, NC 27610

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

**Name Of Applicant**
Detective O. I. Abdullah

**Name Of Additional Affiant(s)**

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

### RETURN OF SERVICE

I certify that this Search Warrant was received and executed as follows:

This Search Warrant is issued upon information furnished under oath or affirmation by the person(s) shown.

| Date Received | Time Received |
|---|---|
| 5/21/20 | 12:09 ☐ AM ☒ PM |

| Date Executed | Time Executed |
|---|---|
| 5/21/20 | 13:35 ☐ AM ☒ PM |

☒ I made a search of 1628 Burgundy St, Apt. B Raleigh NC 27610

| Date Issued | Time Issued | Name (type or print) | Signature |
|---|---|---|---|
| 5/21/20 | 12:09 ☐ AM ☒ PM | M.P. Smith | M.P.S. |

☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☒ Magistrate ☐ District Ct. Judge ☐ Superior Ct. Judge

**NOTE:** When issuing a search warrant, the issuing official must retain a copy of the warrant and warrant application and must promptly file them with the clerk. G.S. 15A-245(b).

_____ as commanded.

☒ I seized the items listed on the attached inventory.
☐ I did not seize any items.
☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date and time of issuance and I hereby return it not executed.

This Search Warrant was delivered to me on the date and at the time shown below when the Office of the Clerk of Superior Court is closed for the transaction of business. By signing below, I certify that I will deliver this Search Warrant to the Office of the Clerk of Superior Court as soon as possible on the Clerk's next business day.

**Name Of Officer Making Return (type or print)**
O.I. Abdullah

| Date | Time | Name Of Magistrate (type or print) | Signature Of Magistrate |
|---|---|---|---|
| | ☐ AM ☐ PM | | |

**Signature Of Officer Making Return**
O.I. [signature]

This Search Warrant was returned to the undersigned clerk on the date and time shown below.

**Department Or Agency Of Officer**
Raleigh Police

**Incident Number**
P20023804

| Date | Time | Name Of Clerk (type or print) | Signature Of Clerk | |
|---|---|---|---|---|
| | ☐ AM ☐ PM | | | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |

Original - File    Copy - For Search of a Person, to Person from Whom Items Taken
Copy - For Search of Vehicle/Premises, to Owner or Person in Apparent Control; If No Such Person Present, Leave Copy Affixed Thereon

AOC-CR-119, Rev. 6/19
© 2019 Administrative Office of the Courts

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
WAKE COUNTY                      DISTRICT COURT DIVISION

IN THE MATTER OF:  1628 Burgundy St. Apt. B
                   Raleigh, NC 27610

ATTACHMENT TO APPLICATION FOR
SEARCH WARRANT BY:
Detective O. I. Abdullah
Date: 5/21/2020

### Description of Items to be Seized

1. Evidence of ownership or possession of premises located at 1628 Burgundy St. Apt. B Raleigh, NC 27610.
2. Controlled substances in violation of G.S. 90-95, including but not limited to heroin.
3. US Currency.
4. Firearms and ammunition.
5. Electronic Storage Devices used for the purpose of keeping records of drug sales.
6. Records of illegal drug activities, documents, photographs, letters, money, pagers, cell phones, and other evidence of drug trafficking.
7. Drug Paraphernalia, Manufacturing equipment used for manufacturing, packaging of and the sale of controlled substances in violation of N.C. G.S. 90-113.22.

### Description of Crimes

1. Maintaining a Dwelling for the purpose of narcotics in violation of G.S. 90-95.
2. Possession with intent to sell and/or deliver illegal controlled substances in violation of G.S. 90-95.
3. Possession of controlled substance in violation of G.S. 90-95.
4. Possession of Drug Paraphernalia in violation of G.S. 90-113.22.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS THE 21 DAY OF MAY, 2020

MAGISTRATE/~~JUDGE~~            APPLICANT

1

STATE OF NORTH CAROLINA  
WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE  
DISTRICT COURT DIVISION

IN THE MATTER OF:  1628 Burgundy St. Apt. B  
Raleigh, NC 27610

ATTACHMENT TO APPLICATION FOR  
SEARCH WARRANT BY:  
Detective O. I. Abdullah  
Date: 5/21/2020

### Description of Premises to be searched



The premise to be searched is 1628 Burgundy St. Apt. B Raleigh, NC 27610. The location to be searched is a two-story conventional style duplex with a crawl space. The exterior of the house is brown colored brick with a gray roof, white windows, and a red front door. The numbers 1628 is located to the right side of the front door in gold numbering on a black background. This is indicated as well in the picture shown above with a red arrow pointing to same.

### Directions from Southeast District Police Station located at 2800 Rock Quarry Rd

From 2800 Rock Quarry Rd. go west on Rock Quarry Rd. toward Olde Birch Dr. and then stay straight to go onto S Raleigh Blvd. and then turn right onto Millbank St., and then take the first left onto Burgundy St. Stay straight on Burgundy St. until you reach 1628 Burgundy St. which will be on your right-hand side.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS THE 21 DAY OF MAY, 2020

_____  
MAGISTRATE/JUDGE

_____  
APPLICANT

2

STATE OF NORTH CAROLINA　　　　　　　　IN THE GENERAL COURT OF JUSTICE
WAKE COUNTY　　　　　　　　　　　　　　DISTRICT COURT DIVISION

IN THE MATTER OF: 1628 Burgundy St. Apt. B
　　　　　　　　　　Raleigh, NC 27610

ATTACHMENT TO APPLICATION FOR
SEARCH WARRANT BY:
Detective O. I. Abdullah
Date: 5/21/2020

### Introduction

This investigation concerns allegations of narcotics being sold/stored at 1628 Burgundy St. Apt. B Raleigh, NC 27610 the residence to be searched. Based on the facts described herein and upon my observations, training, and experience, probable cause exist that heroin is being sold/stored at 1628 Burgundy St. Apt. B Raleigh, NC 27610 and in violation of G.S. 90-95. I believe that probable cause exists to conclude that the evidence described in this application probably is located at the places to be searched as described herein.

### Probable Cause Affidavit

I, Detective O. I. Abdullah, have been a Law Enforcement Officer with the Raleigh Police Department for 11 years. I am currently assigned to Drugs and Vice Team 1. I have received training in drug enforcement through the Raleigh Police Department's Academy. I have also received training in Basic Narcotic Investigation which is a 40-hour course that I have successfully completed and received a certificate through Coastal Plain Law Enforcement Training Center at Wilson Community College. Through my training and experience, I am familiar with the persons, practices, and with the appearance, packaging, manufacturing, sales, and distribution of illegal controlled substances. I have conducted numerous investigations that have led to the arrest of individuals for violations of the North Carolina Controlled Substance Act G.S. 90-95. I am familiar with drug violations and the activity and evidence associated with drugs such as drug dealers using vehicles for transportation of their drugs, street drug transactions and drug houses.

Within the past 72 hours a confidential informant was utilized to purchase an amount of heroin from a black male who goes by the name Marcus and same is residing at 1628 Burgundy St. Apt. B Raleigh, NC 27610. According to the confidential informant, Marcus is selling heroin out of the apartment. I met with this confidential informant at a predetermine location in Raleigh, North Carolina and I searched the confidential informant prior to the buy. No illegal contraband was located on his/her person. The confidential informant was then given a previously recorded amount of U.S. Currency. The confidential informant contacted the subject, Marcus by phone (919-457-6199) using a phone number that is associated with the subject and was previously given to the confidential informant by same.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS THE 21 DAY OF MAY, 2020

_____　　　　　　　　　　　　　　_____
MAGISTRATE/~~JUDGE~~　　　　　　　　　　　　　　APPLICANT

3

STATE OF NORTH CAROLINA  
WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE  
DISTRICT COURT DIVISION

IN THE MATTER OF: 1628 Burgundy St. Apt. B  
Raleigh, NC 27610

**ATTACHMENT TO APPLICATION FOR SEARCH WARRANT BY:**  
Detective O. I. Abdullah  
Date: 5/21/2020

After the confidential informant spoke to Marcus, the confidential informant then went to the subject's apartment located at 1628 Burgundy St. Apt. B Raleigh, NC 27610. The buy was monitored using electronic and physical surveillance. The confidential informant was then observed by detectives being let into the residence by the target of this investigation, Marcus, and an amount of heroin was then purchased from the subject for an amount of U.S. currency. After the buy was completed, I met with the confidential informant at a post meet buy location in Raleigh, North Carolina where I debriefed the confidential informant about the buy and I recovered the contraband. This was a plastic baggie that contained an amount of heroin. I searched the confidential informant again, and no illegal contraband was located on his/her person.

This confidential informant has just provided information to this detective that has led to the recovery of narcotics. This source knows how drugs are packaged and are sold and is familiar with the common street terms, and jargon associated with drug trafficking. This confidential informant has also provided information to this detective in the past that has always been proven to be truthful and reliable, and that information has led to many drug convictions.

Furthermore, I know through my training and experience that drug dealers use cell phones and other electronic devices to communicate with buyers and drug suppliers. Drug dealers also store drug ledgers and contacts including names and telephone numbers of buyers and drug sources on cell phones and electronic devices. Drug dealers are also known to take photographs of drugs.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS THE 21 DAY OF MAY, 2020

_____  
MAGISTRATE/~~JUDGE~~

_____  
APPLICANT

4

STATE OF NORTH CAROLINA
WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

IN THE MATTER OF: 1628 Burgundy St. Apt. B
Raleigh, NC 27610

ATTACHMENT TO APPLICATION FOR
SEARCH WARRANT BY:
Detective O. I. Abdullah
Date: 5/21/2020

## Conclusion

This Detective feels that based on a controlled buy that was conducted within the past 72 hours at 1628 Burgundy St. Apt. B Raleigh, NC 27610., where an amount of heroin was purchased from a subject named Marcus who is selling heroin from the apartment, and that the confidential informant knows how drugs are packaged and are sold, and is familiar with the common street terms, and jargon associated with drug trafficking. I believe that there is probable cause to warrant a search of 1628 Burgundy St. Apt. B Raleigh, NC 27610. I request this search warrant be issued.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS THE 21 DAY OF MAY, 2020

_____
MAGISTRATE/~~JUDGE~~

_____
APPLICANT

5

# STATE OF NORTH CAROLINA

File No. _____

WAKE County

In The General Court Of Justice
☐ District  ☐ Superior Court Division

**IN THE MATTER OF:**

Name

Marcus Vanirvin

## INVENTORY OF ITEMS SEIZED PURSUANT TO SEARCH

G.S. 15A-223, -254, -257

I, the undersigned officer, executed a search of:

Person, Premises Or Vehicle Searched

1620-B Burgundy St, Raleigh NC, 27610

Date Of Search

05/21/2020

This search was made pursuant to

☐ 1. a search warrant issued by: _____

☒ 2. consent to search given by: Kadeja Tamia Williams

☐ 3. other legal justification for the search: _____

The following items were seized:

- Digital scale
- Cell phone
- .380 caliber pistol
- box of ammunition

Original - File
Copy - For Search by Warrant of a Person, to Person from Whom Items Taken
Copy - For Search by Warrant of Vehicle/Premises, to Owner or Person in Apparent Control; if No Such Person Present, Leave Copy Affixed Thereon
Copies - For Search by Consent, to Person Giving Consent and Owner of Vehicle/Premises Searched, if Known

AOC-CR-206, Rev. 3/16
© 2016 Administrative Office of the Courts
(Over)

Items Seized Continued:

☒ 1. I left a copy of this inventory with the person named below, who is:
- ☐ a. the owner of the premises searched.
- ☐ b. the owner of the vehicle searched.
- ☐ c. the person in apparent control of the premises searched.
- ☐ d. the person in apparent control of the vehicle searched.
- ☒ e. the person from whom the items were taken.

☐ 2. As no person was present, I left a copy of this inventory:
- ☐ a. in the premises searched, identified on the reverse.
- ☐ b. in the vehicle searched, identified on the reverse.

*Name And Address Of Person To Whom A Copy Of This Inventory Was Delivered, If Any*

Marcus Vanirvin

The law enforcement agency identified below will hold the seized property subject to court order.

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Name Of Law Enforcement Officer (type or print) O.I. Abdullah |
|---|---|
| Date | Name (type or print) | Signature Of Law Enforcement Officer *D.I. Abdullah* |
| ☐ Notary | Signature | Title Of Law Enforcement Officer Detective |
| SEAL | Date My Commission Expires | Name And Address Of Agency Raleigh Police Department 5240 Greens Dairy Rd Raleigh, NC 27616 |
| | County Where Notarized | |

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court  ☐ Magistrate

**ACKNOWLEDGMENT OF RECEIPT**

I, the undersigned, received a copy of this inventory.

| Date | Signature Of Person Receiving Inventory |
|---|---|
| | |

AOC-CR-206, Side Two, Rev. 3/16
© 2016 Administrative Office of the Courts