# Offense/Incident Report (Continuation)

## Incident

| Date/Time Reported | Incident Start Date/Time | Incident End Date/Time | Incident Number |
|---|---|---|---|
| 05/20/2020 14:40 | 05/20/2020 14:22 | 05/20/2020 14:22 | P20023804 |

Description:
7- 25 MAGTECH 32 S&WL BULLETS IN A BOX

## Evidence

| Qty: | Tag: 8 | Type: EVIDENCE | Serial: 23317 | Value: |
|---|---|---|---|---|

| Brand/Make: COLT | Model: AUTOMATIC .380 USA |
|---|---|

Description:
8- 1 COLT .380 COLT AUTIMATIC SN#23317 PISTOL

## Officer Narrative

Within the past 72 hours a confidential informant was utilized to purchase an amount of heroin from a black male who goes by the name Marcus and same is residing at 1628 Burgundy St. Apt. B Raleigh, NC 27610. According to the confidential informant, Marcus is selling heroin out of the apartment. I met with this confidential informant at a predetermine location in Raleigh, North Carolina and I searched the confidential informant prior to the buy. No illegal contraband was located on his/her person. The confidential informant was then given a previously recorded amount of U.S. Currency. The confidential informant contacted the subject, Marcus by phone (919-457-6199) using a phone number that is associated with the subject and was previously given to the confidential informant by same.

After the confidential informant spoke to Marcus, the confidential informant then went to the subjects apartment located at 1628 Burgundy St. Apt. B Raleigh, NC 27610. The buy was monitored using electronic and physical surveillance. The confidential informant was then observed by detectives being let into the residence by the target of this investigation, Marcus, and an amount of heroin was then purchased from the subject for an amount of U.S. currency. After the buy was completed, I met with the confidential informant at a post meet buy location in Raleigh, North Carolina where I debriefed the confidential informant about the buy and I recovered the contraband. This was a plastic baggie that contained an amount of heroin. I searched the confidential informant again, and no illegal contraband was located on his/her person.

This confidential informant has just provided information to this detective that has led to the recovery of narcotics. This source knows how drugs are packaged and are sold and is familiar with the common street terms, and jargon associated with drug trafficking.

At this time no charges have been sworn out on Marcus, future charges will be sworn out at a later date. A copy of the surveillance tape is available. The heroin was placed into the Raleigh Police evidence at 5240 Green's Dairy Rd.

In conclusion this investigation is ongoing.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| DET ABDULLAH, O (3153) | 05/20/20 | SGT ROLFE, W (2029) | 05/30/20 |

# Raleigh Police Department

6716 Six Forks Rd
Raleigh, NC 27615

# Supplement Report

## Supplement

| Date/Time of Report | | Incident Number |
|---|---|---|
| 05/28/2020 23:21 | | P20023804 - 1 |

Location
2800 ROCK QUARRY RD, RALEIGH NC

## Offense List
Drug Equipment/Paraphernalia
Drug Violation/Felony

| Victim | Accused |
|---|---|
| | VANIRVIN, MARCUS DARIEN |

## Officer Narrative

Synopsis:

This supplement contains additional information regarding this case.

Investigative notes:

On May 21, 2019 at 12:09 hrs a search warrant was sworn out at the wake county magistrate office in regards to heroin being sold/stored at 1628-B Burgundy St, Raleigh, NC 27610.

On March 19, 2020 another controlled buy was set to take place at 1628-B Burgundy St involving the target of this investigation, Marcus Vanirvin for a trafficking amount of heroin (8 grams). Prior to the buy I met with the confidential informant at a predetermine location in Raleigh, North Carolina and I searched the confidential informant. No illegal contraband was located on his/her person. Pre-recorded Raleigh Police buy money ($800) was then provided to the CI. The confidential informant then contacted the subject, Marcus Vanirvin by phone (919-457-6199) using a phone number that is associated with the subject and was previously given to the confidential informant by same. The confidential informant was advised by Marcus Vanirvin to come to his home again at 1628-B Burgundy St to conduct the deal. The controlled buy would be monitored using electronic and physical surveillance.

After speaking with the subject over the phone, the confidential informant then responded to 1628-B Burgundy St, where the confidential informant was then let inside the residence. The confidential informant would meet with Marcus Vanirvin and a drug transaction occurred between the two subjects, where an amount of heroin was purchased from Keith Green in exchange for an amount of currency. After the buy was completed, I met with the confidential informant at a post meet buy location in Raleigh, North Carolina where I debriefed the confidential informant about the buy, and I recovered the contraband. This was a small vacuum sealed package that contained heroin. Based on my training and experience I am familiar with the appearance of heroin. The confidential informant was searched again, and no illegal

| Case Status | | Approval Status | |
|---|---|---|---|
| | | Hold | |
| Investigating Officer | Date | Supervisor | Date |
| DET ABDULLAH, O (3153) | 05/28/20 | | |