STATE OF NORTH CAROLINA

v.

OMAR I. ABDULLAH,
    Defendant

INDICTMENT:
OBSTRUCTION OF JUSTICE

    The jurors for the State upon their oath present that on or about May 21, 2020, in Wake County, the Defendant named above unlawfully, willfully, and feloniously did obstruct justice by providing false statements to a judicial official pertaining to a fake and counterfeit substance falsely represented by the Defendant to be heroin, a controlled substance which is included in Schedule I of the North Carolina Controlled Substances Act, while pursuing Trafficking in Heroin charges against Marcus Vanirvin as an officer with the Raleigh Police Department. This offense was infamous, was committed with secrecy and malice, and was done with deceit and intent to defraud. This act was done in violation of common law.

*(signature)*
David Saacks
Assistant District Attorney

__✓__ ASAC S.Q. Minschew, North Carolina State Bureau of Investigation
    Witness

    The witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this bill was found to be:

__✓__ A TRUE BILL by twelve or more grand jurors, and I, the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

____ NOT A TRUE BILL.

JUL 2 6 2022
Date

*(signature)*
Grand Jury Foreperson

1