IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>Defendants. | **CITY OF RALEIGH AND OFFICIAL CAPACITY DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c), defendants City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity (collectively the "City") move the Court for a protective order forbidding the deposition of Chief of Police Patterson noticed for November 2, 2022. In support of this motion, the City attaches the subject Notice of Deposition (Exhibit 1) and the Declaration of Chief of Police Estella Patterson (Exhibit 2) and files contemporaneously herewith a memorandum in support. Further, the undersigned certify that there has been a good faith effort to resolve this dispute prior to filing this motion. (*See* Ex. 3). Because Chief Patterson is a high-ranking government official who does not have unique personal knowledge of the relevant facts and Plaintiffs have other means for obtaining the information sought, the City requests that the court grant this motion to prevent undue burden on, and harassment of, Chief Patterson and order Plaintiffs may not depose her.

Respectfully submitted, this the 19th day of October 2022.

        **CITY OF RALEIGH**
        **Robin L. Tatum, City Attorney**

By:    /s/ Dorothy V. Kibler
        DOROTHY V. KIBLER
        Deputy City Attorney
        N.C. Bar No. 13751

By:    /s/ Amy C. Petty
        AMY C. PETTY
        Senior Associate City Attorney
        N.C. Bar No. 20894
        PO Box 590
        Raleigh, NC 27602
        Tel: (919) 996-6560
        Fax: (919) 996-7021
        Dorothy.Kibler@raleighnc.gov
        Amy.Petty@raleighnc.gov

        *Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| THE CITY OF RALEIGH, et al. | ) |
| Defendants. | ) |

I hereby certify that on October 19, 2022, I electronically filed the foregoing **CITY OF RALEIGH AND OFFICIAL CAPACITY DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

Jason Benton
Daniel Peterson
Jessica Dixon
Parker Poe Adams & Bernstein, LLP
620 South Tyson Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com
*Counsel for Defendant Abdullah*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

Rodney Pettey
Yates McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602
rpettey@ymwlaw.com
*Counsel for Defendants Monroe, Rattelade, and Gay*

Michael Littlejohn, Jr.
Littlejohn Law, PLLC
PO Box 16661
Charlotte, NC 28297

Norwood Blanchard, III
Crossley McIntosh Collier, & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403

mll@littlejohn-law.com
*Counsel for Plaintiffs*

Ian Mance
Elizabeth Simpson
Emancipate NC, Inc.
ian@emancipatenc.org
elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

Leslie Packer
Michelle Liguori
Ellis & Winters, LLP
PO Box 335500
Raleigh, NC 27636
Leslie.Packer@elliswinters.com
Michelle.Liguori@elliswinters.com
*Counsel for Defendants Garner, McDonald, Twiddy, Mead, Ortiz, Perrin, Thompson, Mollere, Webb, and Debonis*

                                              **CITY OF RALEIGH**
                                              **Robin L. Tatum, City Attorney**

By:    /s/ Amy C. Petty
         AMY C. PETTY
         Senior Associate City Attorney
         N.C. Bar No. 20894
         PO Box 590
         Raleigh, NC 27602
         Tel: (919) 996-6560
         Fax: (919) 996-7021
         Amy.Petty@raleighnc.gov

*Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*

4