IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| YOLANDA IRVING, et al. | |
|---|---|
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE TIME TO RESPOND IN OPPOSITION TO THE SEU DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| THE CITY OF RALEIGH, et al. | |
| Defendants. | |

This matter was heard by the undersigned on a motion by Plaintiff, filed pursuant to Fed. R. Civ. P. 6(b), to extend time to respond to the SEU Defendants' motion to dismiss.

It appears to the Court that the time for responding to Defendants' motions to dismiss has not expired, that Defendants' counsel has consented to the extension of time to respond, and that good cause exists to grant this motion.

IT IS THEREFORE ORDERED that Plaintiff shall have up to and including November 22, 2022, to respond to the SEU Defendants' motion to dismiss.

This the ___ of November 2022

_____