IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| YOLANDA IRVING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER GRANTING JOINT MOTION** |
| | ) **TO EXTEND DISCOVERY DEADLINES** |
| THE CITY OF RALEIGH, et al., | ) |
| | ) |
| Defendants. | ) |

This matter was heard by the undersigned on a joint motion, pursuant to Fed. R. Civ. P. 6(b), by Defendants and Plaintiffs to extend the discovery deadline.

It appears to the Court that the discovery deadline has not passed, that the parties consent to the extension, and that good cause exists to grant this motion.

IT IS THEREFORE ORDERED that discovery shall be extended as outlined below:

1. Plaintiffs' phase I Rule 26(a)(2) disclosures shall be made by December 1, 2022

2. Defendants' phase I Rule 26(a)(2) disclosures shall be made by January 2, 2023.

3. All Phase I discovery shall be completed by February 1, 2023.

4. Phase I dispositive motions shall be filed by March 1, 2023.

5. Mediation shall commence no later than February 6, 2023.

This the _____ day of _____ 2022.

_____