UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| YOLANDA IRVING, et al., Plaintiffs, v. THE CITY OF RALEIGH, et al., Defendants. | 5:22:CV-0068-BO |

**JOINT MOTION FOR PROTECTIVE ORDER RELATED TO EXPUNGED RECORDS OF NON PARTIES**

The parties, through counsel, move the Court pursuant to Local Civil Rule 7.1 and Rule 26(c) of the Federal Rules of Civil Procedure for entry of a Consent Protective Order to permit the release of expunged records of non-parties. In support of this motion, the parties show unto the Court the following:

1. The parties are currently engaged in discovery in this matter, with a deadline to complete all discovery by February 1, 2023.

2. Plaintiffs' counsel issued document requests seeking records from Defendants related to individuals arrested in transactions involving Dennis Williams, a confidential informant managed by Officer Omar Abdullah.

3. Six of these individuals received expungements of their criminal records by North Carolina courts, including records held by the Raleigh Police Department, State Bureau of Investigation, NC Administrative Office of the Courts.

4. The City of Raleigh currently possesses records related to these individuals and, except for the expungement orders, the City of Raleigh has indicated that it would provide certain records concerning the six individuals.

5. Plaintiffs notified 5 of these individuals by letter on November 23, 2022, that it sought access to their expunged records.

6. The City notified the 6th individual by letter on November 23, 2022.

7. Each letter notice advised those individuals that they could submit objections to the Court within twenty-one (21) days.

WHEREFORE, the parties respectfully request that the Court enter the proposed consent protective related to the expunged records of non parties.

Respectfully submitted, this the 5th day of December 2022.

/s/Abraham Rubert-Schewel
TIN FULTON WALKER & OWEN, PLLC
119 East Main Street
Durham, NC 27701
(919) 451-9216 phone
(718) 709-7612 fax
Email: schewel@tinfulton.com
*Attorneys for Plaintiff*

/s/Emily Gladden
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
(919) 720-4201 phone
(919) 720-4640 fax
Email: egladden@tinfulton.com
*Attorneys for Plaintiff*

/s/Micheal Littlejohn, Jr.
LITTLEJOHN LAW, PLLC
227 W. 4th Street, Ste. B-113
Charlotte, NC 28202
(704) 322-4581 phone
(704) 625-9396 fax
Email: mll@littlejohn-law.com
*Attorneys for Plaintiff*

/s/Ian Mance
/s/Elizabeth Simpson
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
(828) 719-5755 phone
Email: ian@emancipatenc.org
elizabeth@emancipatenc.org
*Attorneys for Plaintiff*

/s/Jason R. Benton

/s/Norwood P. Blanchard, III
CROSSLEY McINTOSH COLLIER & EDES, PLLC

PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Office: 704.335.9509
Fax: 704.335.9747
Email: jasonbenton@parkerpoe.com
*Attorneys for Mr. Abdullah*

/s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
ATTORNEYS FOR DEFENDANT CITY OF RALEIGH

/s/Rodney E. Pettey
YATES MCLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, N.C. 27602
Email: rpettey@ymwlaw.com
*Attorneys for RPD Detectives Monroe, Rattelade, and Gay*

5002 Randall Parkway
Wilmington, NC 28403
Tel. (910) 762-9711
Fax. (910) 256-0310
Email: norwood@cmclawfirm.com
*Attorneys for RPD Sergeant Rolfe*

/s/ Leslie C. Packer
Leslie C. Packer
N.C. State Bar No. 13640
Michelle A. Liguori
N.C. State Bar No. 52505
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
leslie.packer@elliswinters.com
michelle.liguori@elliswinters.com
*Attorneys for SEU Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon Counsel for Defendants via e-mail as follows:

**Jason R. Benton**
**Jessica C. Dixon**
**Daniel E. Peterson**
Parker Poe Adams & Bernstein
LLP 620 South Tyron Street,
Suite 800
Charlotte, NC 28202
704-372-9000
Fax: 704-334-4706
Email: jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com
danielpeterson@parkerpoe.com

**Norwood P. Blanchard, III**
Crossley McIntosh Collier Hanley & Edes,
PLLC 5002 Randall Parkway
Wilmington, NC 28403
910-762-9711
Fax: 910-256-0310
Email: norwood@cmclawfirm.com

**Dorothy V. Kibler**
Amy C. Petty
City of Raleigh Attorney's
Office Post Office Box 590
Raleigh, NC 27602
(919) 996-6560
Fax: (919) 857-4453
Email: dorothy.kibler@raleighnc.gov
amy.petty@raleighnc.gov

4

**Daniel Edward Peterson**
Parker Poe Adams & Bernstein
LLP 620 South Tyron Street,
Suite 800
Charlotte, NC 28202
704-335-9874
Fax: 704-334-4706
Email: danielpeterson@parkerpoe.com

**Rodney E. Pettey**
Yates, McLamb & Weyher,
LLP Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 835-0910
Email: rpettey@ymwlaw.com

**Samuel G. Thompson , Jr.**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 919-835-0910
Email: bthompson@ymwlaw.com

**Leslie C. Packer**
**Michelle A. Liguori**
leslie.packer@elliswinters.com
michelle.liguori@elliswinters.com
ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
Telephone: (919) 865-7000
Facsimile: (919) 865-7010


THIS the 5th day of December 2022

/s/Elizabeth G. Simpson