# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NORTH CAROLINA

YOLANDA IRVING, individually and as the natural parent
and guardian of J.I., JUWAN HARRINGTON, CYDNEEA
HARRINGTON, KENYA WALTON individually and as
the natural parent and guardian of R.W., ZIYEL WHITLEY,
DYAMOND WHITLEY, KAMISHA WHITLEY,
NANETTA GRANT as the natural parent and guardian of
Z.G., and
EMANCIPATE NC, INC.,

Plaintiffs,

v.

**5:22:CV-0068-BO**

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH,
Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE
MONROE, Officer JULIEN DAVID RATTELADE, and
Officer MEGHAN CAROLINE GAY, JOHN and JANE
DOE Officers 1-10, in their individual capacities, Chief of
Police ESTELLA PATTERSON and City Manager
MARCHELL ADAMS-DAVID, in their official capacities.

Defendants.

---

### PLAINTIFFS' MOTION TO COMPEL
### DEFENDANT CITY OF RALEIGH TO PRODUCE DOCUMENTS
Fed. R. Civ. P. 37

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs hereby move to

compel Defendant City of Raleigh to produce documents as follows:

1

a) All text messages involving Defendants, related to this Incident. (e.g., at her deposition, Officer Gay stated that VICE team 1 had a running group chat that the team communicated on via their work phones. She also stated that she communicated with other VICE members privately through text). *See Request No. 11.*

b) All email messages involving Defendants related to this Incident. (e.g., at her deposition, Officer Gay stated that it was regular practice to communicate certain items with the VICE team via email, and to send search warrants to the SEU team via email when preparing for warrant execution). *See Request No. 11.*

c) Officer Omar Abdullah's phone. SBI Exhibit 68 states that the RPD conducted an extraction of Officer Abdullah's phone. At her deposition, Officer Gay stated that a cellebrite report is typically created when an extraction is done. *See Request No. 11.*

d) A record of Officer Gay's written reports completed on behalf of Officer Abdullah. Officer Gay testified at her deposition that she regularly completed Incident Reports (FIR) and Warrants on behalf of Officer Abdullah. She stated that the computer system keeps a log of reports drafted under her account. *See Request No. 4.*

e) All CI contact logs or forms related to Dennis Williams. *See Request No. 16-20.*

f) All communications between defendants or defendants' counsel and the Wake County District Attorney's Office. *See Request No. 12.*

g) All documents showing usage of the 10-21 software and each occasion on which it was used by the VICE officers or the SEU team. *See Request No. 4 & No. 11.*

In support thereof, Plaintiffs rely on the contemporaneously filed Memorandum in Support

of Motion to Compel, Local Rule 7(c)(2) certification, and the exhibits attached to the

Memorandum.

WHEREFORE, Plaintiffs respectfully asks this Court to compel Defendant City of Raleigh

to produce documents, and respectfully asks this Court to issue sanctions.

Respectfully submitted, this the 19th day of December 2022,

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel
(N.C. Bar # 56863)
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Tel: (919) 451-9216
schewel@tinfulton.com

/s/ *Emily Gladden*
Emily D. Gladden

2

TIN FULTON WALKER & OWEN, PLLC
State Bar No.: 49224
204 N. Person Street Raleigh, NC 27601
Telephone:     (919) 720-4201
Facsimile:       (919) 400-4516 Egladden@tinfulton.com

*/s/ Micheal L. Littlejohn Jr.*
Micheal L. Littlejohn Jr.
N.C. Bar No. 49353
Littlejohn Law PLLC
PO Box 16661
Charlotte, NC 28297
Telephone: (704) 322-4581
Fax: (704) 625-9396
mll@littlejohn-law.com

*/s/ Ian Mance*
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
Post Office Box 309 Durham, NC 27702
Tel: (828) 719-5755
ian@emancipatenc.org

*/s/ Elizabeth Simpson*
Elizabeth G. Simpson
N.C. Bar No. 41596
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (919) 682-1149
elizabeth@emancipatenc.org

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, I electronically filed the foregoing **Motion to Compel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dorothy Kibler
Amy C. Petty
P.O. Box 590
Raleigh, NC  27602
Dorothy.Kibler@raleighnc.gov
Amy.Petty@raleighnc.gov
*Counsel for Defendant The City of Raleigh*

Jason R. Benton
Daniel Edward Peterson
Jessica C. Dixon
Parker Poe Adams & Bernstein, LLP 620
South Tryon Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
danielpeterson@parkerpoe.com
jessicadixon@parkerpoe.com
*Counsel for Defendant Omar Abdullah*

Norwood P. Blanchard, III
Crossley McIntosh Collier Hanley & Edes, PLLC 5002
Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Counsel for Defendant William Rolfe*

Rodney E. Petty
rpetty@ymwlaw.com Samuel
G. Thompson, Jr.
bthompson@ymwlaw.com
Yates, McLamb & Weyher, LLP Post
Office Box 2889
Raleigh, North Carolina 27602
*Counsel for Officer R.P. Monroe, J.D. Rattelade, and M.C. Gay in their individual capacities*

4

Leslie C. Packer
Michelle A. Liguori
Ellis & Winters LLP
4131 Parklake Avenue Suite 400
Raleigh NC 27612
Leslie.packer@elliswinters.com
Michelle.liguori@elliswinters.com
*Counsel for Officers Mead, Ortiz, Perrin, Mollere, Thompson, Debonis, Twiddy, Webb, McDonald, and Garner in their individual capacities*

*/s/ Elizabeth Simpson*
Elizabeth Simpson
EMANCIPATE NC