## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### Case No. 5:22-CV-00068-BO

YOLANDA IRVING, individually and as the natural parent and guardian of JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of ZIQUIS GRANT,

        Plaintiffs,

    v.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHEAL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.

        Defendants.

### STIPULATION OF EXTENSION OF TIME

Pursuant to the provisions of Rules 6 and 29(b) of the Federal Rules of Civil Procedure and the Scheduling Order (DE 69) entered by this Court, Plaintiffs, by and through their undersigned counsel, jointly with the consent and agreement of SEU Defendants' counsel, stipulate and agree that Plaintiffs shall have to and including January 4, 2022 to respond to the SEU Defendants' First Set of Interrogatories and Requests for Production of Documents.

Respectfully submitted,

This the 20th day of December, 2022.

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel
N.C. State Bar No.: 56863
Tin Fulton Walker & Owen, PLLC
119 E Main Street
Durham, North Carolina 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

/s/ Emily D. Gladden
Emily D. Gladden
N.C. State Bar No.: 49224
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

*/s/ Ian Mance*
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
Post Office Box 309 Durham, NC
27702
Tel: (828) 719-5755
ian@emancipatenc.org
*Counsel for all Plaintiffs*

*/s/ Elizabeth Simpson*
Elizabeth G. Simpson
N.C. Bar No. 41596
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (919) 682-1149
elizabeth@emancipatenc.org
*Counsel for All Plaintiffs*

/s/ Leslie C. Packer
Leslie C. Packer
Michelle A. Liguori
Ellis & Winters LLP
4131 Parklake Avenue Suite 400
Raleigh NC 27612
Leslie.packer@elliswinters.com
Michelle.liguori@elliswinters.com
*Counsel for Officers Mead, Ortiz, Perrin,
Mollere, Thompson, Debonis, Twiddy, Webb,
McDonald, and Garner in their individual
capacities*

2