IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>    Defendants. | **CITY OF RALEIGH AND OFFICIAL CAPACITY DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

Pursuant to Federal Rules of Civil Procedure 26(b) and 26(c), defendants City of Raleigh, Chief of Police Estella Patterson in her official capacity, and City Manager Marchell Adams-David in her official capacity (collectively the "City") move the Court for a protective order forbidding the deposition of the corporate representative of the Raleigh Police Department ("RPD") until the next phase of discovery and narrowing the topics for examination. In support of this motion, the City attaches Emancipate NC's Notice of 30(b)(6) Deposition (Exhibit 1) and files contemporaneously herewith a memorandum in support. Further, the undersigned certify that there has been a good faith effort to resolve this dispute prior to filing this motion. (*See* City's Exs. 2-4).

To summarize, the matters identified for examination exceed the scope of discovery to which the parties agreed and the Court ordered as well as the permissible limits of discovery under Rule 26. Further, topics in the Notice are not described with reasonable particularity as Rule 30(b)(6) requires. Therefore, the City requests that the Court grant the motion to prevent undue burden on the RPD.

Respectfully submitted, this the 22nd day of December 2022.

                                                     **CITY OF RALEIGH**
                                                     **Robin L. Tatum, City Attorney**

By:    /s/ Dorothy V. Kibler
           DOROTHY V. KIBLER
           Deputy City Attorney
           N.C. Bar No. 13751

By:    /s/ Amy C. Petty
           AMY C. PETTY
           Senior Associate City Attorney
           N.C. Bar No. 20894
           PO Box 590
           Raleigh, NC 27602
           Tel:  (919) 996-6560
           Fax:  (919) 996-7021
           Dorothy.Kibler@raleighnc.gov
           Amy.Petty@raleighnc.gov

           *Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF RALEIGH, et al. )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on December 22, 2022, I electronically filed the foregoing **CITY OF RALEIGH AND OFFICIAL CAPACITY DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

Jason Benton
Daniel Peterson
Jessica Dixon
Parker Poe Adams & Bernstein, LLP
620 South Tyson Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com
*Counsel for Defendant Abdullah*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

Rodney Pettey
Yates McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602
rpettey@ymwlaw.com
*Counsel for Defendants Monroe, Rattelade, and Gay*

Michael Littlejohn, Jr.
Littlejohn Law, PLLC
PO Box 16661
Charlotte, NC 28297

Norwood Blanchard, III
Crossley McIntosh Collier, & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403

mll@littlejohn-law.com
*Counsel for Plaintiffs*

Ian Mance
Elizabeth Simpson
Emancipate NC, Inc.
ian@emancipatenc.org
elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

Leslie Packer
Michelle Liguori
Ellis & Winters, LLP
PO Box 335500
Raleigh, NC 27636
Leslie.Packer@elliswinters.com
Michelle.Liguori@elliswinters.com
*Counsel for Defendants Garner, McDonald, Twiddy, Mead, Ortiz, Perrin, Thompson, Mollere, Webb, and Debonis*

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Amy C. Petty
AMY C. PETTY
Senior Associate City Attorney
N.C. Bar No. 20894
PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Amy.Petty@raleighnc.gov

*Counsel for Defendants City of Raleigh, Chief of Police Estella Patterson, and City Manager Marchell Adams-David*