IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | | |
|---|---|---|
| YOLANDA IRVING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **MOTION TO EXTEND THE CITY'S** |
| v. | ) | **TIME TO RESPOND TO PLAINTIFFS'** |
| | ) | **MOTION TO COMPEL** |
| THE CITY OF RALEIGH, et al., | ) | (*with Plaintiffs' consent*) |
| | ) | |
| Defendants. | ) | |

Defendant City of Raleigh ("City"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, respectfully moves the Court to extend the time for the City to respond to Plaintiffs' Motion to Compel Defendant City of Raleigh to Produce Documents [DE 148]. In support of this motion, the City shows the Court as follows:

1. This action was initially filed on February 2, 2022 [DE 2]. Plaintiffs filed their First Amended Complaint on May 16, 2022 [DE 41] adding Emancipate NC, Inc. as a plaintiff and their Second Amended Complaint on August 31, 2022, naming ten Raleigh Police Selective Enforcement Officers in place of the John/Jane Doe defendants [DE 93].

2. Discovery in this action has been bifurcated into two phases: the first addressing the Individual Defendants, and the second addressing the *Monell* claims against the City [DE 69]. The parties are currently engaged in Phase I discovery. Phase II discovery has not yet begun.

3. On December 19, 2022, Plaintiffs filed a Motion to Compel Defendant City of Raleigh to Produce Documents.

4. Pursuant to Local Rule 7.1(f)(2), the City's response to the motion to compel and accompanying documents are currently due on January 3, 2023.

5. Due to competing deadlines in other matters and the unavailability of City personnel due to December holidays, the City reasonably requires additional time to respond to the motion to compel, and respectfully requests an extension of the current deadline up to and including January 16, 2023.

6. The additional time would allow the City to prepare a more targeted response that will aid the Court's review of the issues presented.

7. This motion is being filed in good faith and not for the purpose of delay.

8. This matter has not been set for trial, and as such, granting this motion will not interfere with a scheduled trial date.

9. Pursuant to Local Rule 6.1, counsel for the City consulted with counsel for Plaintiffs regarding their position on this motion. Counsel for Plaintiffs consent to the requested extension.

10. The City respectfully submits that good cause exists for granting this extension motion based on the above-described circumstances.

WHEREFORE, the City respectfully moves the Court for an order extending the City's time to file its response to Plaintiffs' motion to compel, along with any accompanying documents, up to and including January 16, 2023.

Respectfully submitted, this the 30th day of December, 2022.

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: <u>/s/ Dorothy V. Kibler</u>
DOROTHY V. KIBLER
Deputy City Attorney
N.C. Bar No. 13751
PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
*Attorneys for the City of Raleigh*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | |
|---|---|
| YOLANDA IRVING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| THE CITY OF RALEIGH, et al. ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on December 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filling to all counsel of record as follows:

Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
*Counsel for Plaintiffs*

Jason Benton
Parker Poe Adams & Bernstein, LLP
620 South Tyson Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
*Counsel for Defendant Abdullah*

Emily Gladden
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
egladden@tinfulton.com
*Counsel for Plaintiffs*

Rodney Pettey
Samuel Thompson, Jr.
Yates McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602
*Counsel for Defendants Monroe, Rattelade, and Gay*

Michael Littlejohn, Jr.
Littlejohn Law, PLLC
PO Box 16661
Charlotte, NC 28297
mll@littlejohn-law.com
*Counsel for Plaintiffs*

Norwood Blanchard, III
Crossley McIntosh Collier, & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

Ian Mance
Elizabeth Simpson

Leslie C. Packer
Michelle A. Liguori

4

Case 5:22-cv-00068-BO   Document 154   Filed 12/30/22   Page 4 of 5

| | |
|---|---|
| Emancipate NC, Inc.<br>ian@emancipatenc.org<br>elizabeth@emancipatenc.org<br>*Counsel for Plaintiffs* | ELLIS & WINTERS LLP<br>P.O. Box 33550<br>Raleigh, N.C. 27636<br>Email: leslie.packer@elliswinters.com<br>michelle.liguori@elliswinters.com<br>*Attorneys for Defendants Garner, McDonald, Twiddy, Mead, Ortiz, Perrin, Thompson, Mollere, Webb, and Debonis* |

                          **CITY OF RALEIGH**
                          **Robin L. Tatum, City Attorney**

            By:    /s/ Dorothy V. Kibler
                     DOROTHY V. KIBLER
                     Deputy City Attorney
                     N.C. Bar No. 13751
                     PO Box 590
                     Raleigh, NC 27602
                     Tel: (919) 996-6560
                     Fax: (919) 996-7021
                     Dorothy.Kibler@raleighnc.gov
                     *Attorneys for the City of Raleigh*