IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| YOLANDA IRVING, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE CITY OF RALEIGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter was heard by the undersigned on a motion by Defendant City of Raleigh, filed pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1, to extend the time to January 16, 2023 for the City to respond to Plaintiff's Motion to Compel Defendant City of Raleigh to Produce Documents [DE 148] and to provide any accompanying documents.

It appears to the Court that the time for filing a response and accompanying documents has not yet expired, that counsel for Plaintiffs has consented to the extension of time, and that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the City of Raleigh shall have up to and including January 16, 2023, to respond to Plaintiffs' Motion to Compel Defendant City of Raleigh to Produce Documents and to provide any accompanying documents.

This the \_\_\_\_ of December, 2022.

_____