IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   **ORDER GRANTING**<br>)   **CONSENT MOTION TO EXTEND**<br>)   **DISCOVERY DEADLINES** |
| THE CITY OF RALEIGH, et al., | )<br>) |
| Defendants. | ) |

This matter was heard by the undersigned on a motion made by Defendants, pursuant to Fed. R. Civ. P. 6(b), with consent of Plaintiffs, to extend certain discovery deadlines.

It appears to the Court that the discovery deadlines subject to the motion have not passed, that the parties consent to the requested extensions, and that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that discovery shall be extended as outlined below:

1. Defendants' Phase I Rule 26(a)(2) disclosures shall be made by February 1, 2023.

2. All Phase I discovery shall be completed by March 3, 2023.

3. Phase I dispositive motions shall be filed by March 31, 2023.

4. Mediation shall commence no later than March 8, 2023.

Dated: December 30, 2022

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge