IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

YOLANDA IRVING, individually and as the natural parent and guardian of J.I, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,

        Plaintiffs,

v.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer, KYLE PERRIN, Officer MICHAEL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL ADAMS-DAVID, in their individual capacities,

        Defendants.

**DEFENDANT, OMAR I. ABDULLAH'S MOTION FOR LEAVE TO REPLY TO EMANCIPATE NC, INC'S MEMORANDUM IN OPPOSITION TO CITY'S MOTION FOR PROTECTIVE ORDER**

Defendant Omar I. Abdullah ("Abdullah"), moves the Court for leave to file a reply to Emancipate NC, Inc.'s Memorandum in Opposition to the City's Motion for Protective

Order (DE 158). In support of this motion, Abdullah relies on his proposed reply, which is being filed with the motion.

Respectfully submitted,

This the 9th day of January, 2023.

_/s/ Jason R. Benton_
Jason R. Benton (N.C. State Bar No. 27710)
Daniel E. Peterson (N.C. State Bar No. 41251)
Jessica R. Dixon (N.C. State Bar No. 36719)
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
Email: danielpeterson@parkerpoe.com
Email: jessicadixon@parkerpoe.com

*Counsel for Defendant Omar Abdullah*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing ***Defendant, Omar Abdullah's Motion for Leave to Reply to Emancipate Nc Inc.'s Memorandum in Opposition to City's Motion for Protective Order*** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 9th day of January, 2023.

Jason R. Benton (N.C. State Bar No. 27710)
Daniel E. Peterson (N.C. State Bar No. 41251)
Jessica R. Dixon (N.C. State Bar No. 36719)
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
Email: danielpeterson@parkerpoe.com
Email: jessicadixon@parkerpoe.com

*Counsel for Defendant Omar I. Abdullah*

/