# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

**Case No. 5:22-CV-00068-BO**

| | |
|---|---|
| YOLANDA IRVING, et al., | |
| Plaintiffs, | **CROSS-NOTICE OF DEPOSITION OF EMANCIPATE NC, INC., PURSUANT TO F. R. CIV. P. 30(b)(6) AND REQUEST FOR PRODUCTION PURSUANT TO F. R. CIV. P. 30(B)(2) AND 34** |
| v. | |
| THE CITY OF RALEIGH, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to the provisions of Rules 30 and 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Omar I. Abdullah will take the deposition of **Plaintiff Emancipate NC, Inc.,** by and through its designated officer, director, managing agent, or other designee, on **Thursday, January 12, 2023, beginning at 10:00 a.m,** at the law offices of Ellis & Winters, 4131 Parklake Avenue, Suite 400, Raleigh, NC  27612 or at such other time and location as may be agreed upon by the parties.

Pursuant to Rule 30(b)(6), Plaintiff Emancipate NC, Inc., shall designate one or more  of its officers, directors, managing agents, or other persons to testify on its behalf concerning the following topic:

1.      The September 23, 2021 community forum at Chavis Community Center organized and/or attended by Emancipate NC, Inc.

The deposition will be taken before a notary public or some other officer duly authorized by law to take depositions and will be recorded by stenographic and/or videotaped means.  The deposition will continue from day to day until complete

Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Plaintiff Emancipate NC, Inc., is requested to produce for inspection and copying at the time of the deposition the documents described below which are in the possession, custody, or control of Plaintiff Emancipate NC, Inc., or which Plaintiff Emancipate NC, Inc.is aware:

1.     All written materials prepared or disseminated by Emancipate NC, Inc. at the September 23, 2021 community forum at Chavis Community Center organized and/or attended by Emancipate NC, Inc.

2.     Any recording, and any transcript thereof, of the September 23, 2021 community forum at Chavis Community Center organized and/or attended by Emancipate NC, Inc

.

This the 27th day of December, 2022.

Jason R. Benton (N.C. State Bar No. 27710)
Daniel E. Peterson (N.C. State Bar No. 41251)
Jessica R. Dixon (N.C. State Bar No. 36719)
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile:  (704) 334.4706
Email:  jasonbenton@parkerpoe.com
Email:  danielpeterson@parkerpoe.com
Email:  jessicadixon@parkerpoe.com

*Counsel for Defendant Omar Abdullah*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing *Cross-Notice of Deposition of Emancipate NC, Inc., Pursuant to F. R. Civ. P. 30(B)(6) and Request for Production Pursuant to F. R. Civ. P. 30(B)(2) and 34* was served upon counsel of record via e-mail and First Class Mail as follows:

**Elizabeth G. Simpson**
**Ian A. Mance**
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
Email: elizabeth@emancipatenc.org
Email: ian@emancipatenc.org
*Counsel for Plaintiffs*

**Abraham Rubert-Schewel**
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

**Emily D. Gladden**
**Nichad Davis**
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
Email: egladden@tinfulton.com
Email: ndavis@tinfulton.com
*Counsel for Plaintiffs*

**Micheal L. Littlejohn Jr.**
LITTLEJOHN LAW PLLC
P.O. Box 16661
Charlotte, NC 28297-6661
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*

**Rodney Pettey**
**Alayna Poole**
YATES MCLAMB & WEYHER, LLP
P.O. Box 2889
Raleigh, NC 27602-2889
Email: rpettey@ymwlaw.com
Email: apoole@ymwlaw.com
*Counsel for Defendants Monroe, Rattelade and Gay*

**Norwood Blanchard, III**
CROSSLEY MCINTOSH COLLIER, & ESTES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Email: norwood@cmclawfirm.com
*Counsel for Defendant Rolfe*

**Dorothy V. Kibler**
**Amy C. Petty**
CITY OF RALEIGH
P.O. Box 590
Raleigh, NC  27602
Email: dorothy.kibler@raleighnc.gov
Email: amy.petty@raleighnc.gov
*Counsel for Defendants City of Raleigh, Chief
of Police Estella Patterson, and City Manager
Marchell Adams-David*

**Leslie C. Packer**
**Michelle A. Liguori**
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC  27636
Email: leslie.packer@elliswinters.com
Email: michelle.liguori@elliswinters.com
*Counsel for SEU Officer Defendants*

This the 27th day of December, 2022.

Jason R. Benton (N.C. State Bar No. 27710)
Daniel E. Peterson (N.C. State Bar No. 41251)
Jessica R. Dixon (N.C. State Bar No. 36719)
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile:  (704) 334.4706
Email:  jasonbenton@parkerpoe.com
Email:  danielpeterson@parkerpoe.com
Email:  jessicadixon@parkerpoe.com

*Counsel for Defendant Omar I. Abdullah*