# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| YOLANDA IRVING, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:22-cv-68-BO |
| THE CITY OF RALEIGH, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Rishar Pierre Monroe, Meghan Caroline Gay, and Julien David Rattelade    .

Date:   01/12/2023

/s/ Alayna M. Poole
*Attorney's signature*

Alayna M. Poole, NC Bar No.: 57880
*Printed name and bar number*

Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602

*Address*

apoole@ymwlaw.com
*E-mail address*

(919) 835-0900
*Telephone number*

(919) 835-0910
*FAX number*