EXHIBIT
City's Ex. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., ) | |
| ) | |
| Plaintiffs, ) | **CITY'S INDEX OF EXHIBITS IN** |
| ) | **OPPOSITION TO PLAINTIFFS'** |
| v. ) | **MOTION TO COMPEL DEFENDANT** |
| ) | **CITY OF RALEIGH TO PRODUCE** |
| THE CITY OF RALEIGH, et al., ) | **DOCUMENTS** |
| ) | |
| Defendants. ) | |

Defendant City of Raleigh offers the following exhibits in opposition to Plaintiff's motion to compel Defendant City of Raleigh to Produce Documents.

INDEX OF EXHIBITS

| *Document* | *Exhibit No.* |
|---|---|
| Index of Exhibits | 1 |
| 11-11-2022 Correspondence from Ms. Petty | 2 |
| 12-14-2022 Email from Ms. Kibler | 3 |
| 12-19-2022 Email from Ms. Kibler | 4 |
| 12-19-2022 Email from Ms. Kibler to Mr. Davis | 5 |
| 12-1-2022 Email from Mr. Davis setting Gwinn Deposition for 12-19-22 | 6 |
| Declaration of Detective R.J. Pike | 7 |

This the 16th day of January, 2023.

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
    DOROTHY V. KIBLER
    Deputy City Attorney
    N.C. Bar No. 13751

By: /s/ Amy C. Petty
    AMY C. PETTY
    Senior Associate City Attorney
    N.C. Bar No. 20894
    P.O. Box 590
    Raleigh, NC 27602
    Tel: (919) 996-6560
    Fax: (919) 996-7021
    Dorothy.Kibler@raleighnc.gov
    Amy.Petty@raleighnc.gov

    ATTORNEYS FOR DEFENDANTS CITY OF RALEIGH, CITY MANAGER ADAMS-DAVID IN HER OFFICIAL CAPACITY, and CHIEF PATTERSON IN HER OFFICIAL CAPACITY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| THE CITY OF RALEIGH, et al., | ) |
| Defendants. | ) |

I hereby certify that on January 16, 2023, I electronically filed the foregoing **CITY'S INDEX OF EXHIBITS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT CITY OF RALEIGH TO PRODUCE DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Abraham Rubert-Schewel
TIN FULTON WALKER & OWEN, PLLC
119 East Main Street
Durham, NC 27701
(919) 451-9216 phone
(718) 709-7612 fax
Email: schewel@tinfulton.com
*Attorneys for Plaintiff*

Emily Gladden
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
(919) 720-4201 phone
(919) 720-4640 fax
Email: egladden@tinfulton.com
*Attorneys for Plaintiff*

Micheal Littlejohn, Jr.
LITTLEJOHN LAW, PLLC
227 W. 4th Street, Ste. B-113
Charlotte, NC 28202
(704) 322-4581 phone
(704) 625-9396 fax
Email: mll@littlejohn-law.com
*Attorneys for Plaintiff*

Ian Mance
Elizabeth Simpson
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
(828) 719-5755 phone
Email: ian@emancipatenc.org
elizabeth@emancipatenc.org
*Attorneys for Plaintiff*

| | |
|---|---|
| Jason R. Benton<br>PARKER POE ADAMS & BERNSTEIN, LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, NC 28202<br>Office: 704.335.9509<br>Fax: 704.335.9747<br>Email: jasonbenton@parkerpoe.com<br>*Attorneys for Mr. Abdullah* | Norwood P. Blanchard, III<br>CROSSLEY McINTOSH COLLIER & EDES, PLLC<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>Tel. (910) 762-9711<br>Fax. (910) 256-0310<br>Email: norwood@cmclawfirm.com<br>*Attorneys for RPD Sergeant Rolfe* |
| Rodney E. Pettey<br>Alayna Poole<br>YATES MCLAMB & WEYHER, L.L.P.<br>Post Office Box 2889<br>Raleigh, N.C. 27602<br>Email: rpettey@ymwlaw.com<br>bthompson@ymwlaw.com<br>*Attorneys for RPD Detectives Monroe, Rattelade, and Gay* | Leslie Packer<br>Michelle Liguori<br>ELLIS & WINTERS, LLP<br>PO Box 335500<br>Raleigh, NC 27636<br>Leslie.Packer@elliswinters.com<br>Michelle.Liguori@elliswinters.com<br>Counsel for Defendants Garner, McDonald, Twiddy, Mead, Ortiz, Perrin, Thompson, Mollere, Webb, and Debonis |

Respectfully submitted,

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By: /s/ Dorothy V. Kibler
DOROTHY V. KIBLER
Deputy City Attorney
N.C. Bar No. 13571
AMY C. PETTY
Senior Associate City Attorney
N.C. Bar No. 20894
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
ATTORNEYS FOR DEFENDANTS CITY OF RALEIGH, CITY MANAGER ADAMS-DAVID IN HER OFFICIAL CAPACITY, and CHIEF PATTERSON IN HER OFFICIAL CAPACITY