**From:** Kibler, Dottie
**Sent:** Monday, December 19, 2022 5:52 PM
**To:** Nichad Davis
**Cc:** Petty, Amy; Rod Pettey; Michelle Liguori; Jason R. Benton - Parker Poe Adams & Bernstein LLP (jasonbenton@parkerpoe.com); Norwood Blanchard; Svendsgaard, Lisabeth
**Subject:** Texts from Meghan Gay cellphone
**Attachments:** Texts from MGay cellphone (from RPettey 12-19-2022).pdf

Nichad:  Attached are the records from Det. Gay's City cellphone that Rod Pettey produced today.  Thanks much, Dottie

Dorothy V. Kibler
Deputy City Attorney
**City of Raleigh**
Reception:  919.996.6560
Direct:  919.996.6568
Cell:  919.946.8504
Fax:  919.996.7021
Raleighnc.gov