IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | |
|---|---|
| YOLANDA IRVING, et al., </br></br>    Plaintiffs, </br></br>v. </br></br>THE CITY OF RALEIGH, et al., </br></br>    Defendants. | **[PROPOSED] ORDER ON CONSENT MOTION TO EXTEND DISCOVERY DEADLINES RELATED TO PLAINTIFFS' CLAIMS OF PSYCHOLOGICAL INJURY** |

This matter was heard by the undersigned on a motion made by Defendants, pursuant to Fed. R. Civ. P. 6(b), with consent of Plaintiffs, to extend certain discovery deadlines.

It appears to the Court that the discovery deadlines subject to the motion have not passed, that the parties consent to the requested extensions, and that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that discovery shall be extended as outlined below:

(1) Defendants' Phase I Rule 26(a)(2) disclosures related to experts retained to opine on Plaintiffs' claims of psychological injury shall be made by Monday, July 31, 2023.

(2) Expert discovery related to Plaintiffs' claims of psychological injury shall close on Wednesday, August 30, 2023.

The remaining Phase I discovery deadlines shall remain as stated in the Court's December 30, 2022 order. DE 156 (filed January 3, 2023).

Dated: _____ _____, 2023

                                                                                                                                _____