# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 22-CV-68-BO

YOLANDA IRVING, individually and as the natural parent and guardian of JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of ZIQUIS GRANT, and EMANCIPATE NC, INC.

Plaintiffs,

vs.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHEAL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.

Defendants.

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the depositions of Defendants. The previously noticed depositions

1

of the below defendants are hereby withdrawn. These depositions will take place at the offices of Tin Fulton Walker & Owen PLLC, 119 East Main Street, Durham, North Carolina, 27701, commencing at 10:00 a.m., pursuant to the following schedule:

- Officer Julien Rattelade, on November 22, 2022;
- Officer Rishar Pierre Monroe, on November 29, 2022;
- Sergeant William Rolfe, on December 5, 2022;
- Officer Omar Abdullah, on December 15, 2022;

These depositions will go forward as noticed unless the parties mutually agree to hold the depositions on different dates or times and/or at different locations. These depositions will be taken by stenographic and video means before an officer authorized to administer oaths and will continue from day to day until completed. These depositions will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: Durham, North Carolina
October 18, 2022

Respectfully,

_____
Abraham Rubert-Schewel (N.C. Bar # 56863)
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Tel: (919) 451-9216
schewel@tinfulton.com

/s/ *Emily Gladden*

Emily D. Gladden
TIN FULTON WALKER & OWEN, PLLC
State Bar No.:   49224
204 N. Person Street
Raleigh, NC 27601
Telephone:     (919) 720-4201
Facsimile:     (919) 400-4516
Email:         Egladden@tinfulton.com

*/s/ Micheal L. Littlejohn Jr.*
Micheal L. Littlejohn Jr.
N.C. Bar No. 49353
Littlejohn Law PLLC
PO Box 16661
Charlotte, NC 28297
Telephone: (704) 322-4581
Fax: (704) 625-9396
Email: mll@littlejohn-law.com

*/s/ Ian Mance*
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (828) 719-5755
ian@emancipatenc.org

*/s/ Elizabeth Simpson*
Elizabeth G. Simpson
N.C. Bar No. 41596
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (919) 682-1149
elizabeth@emancipatenc.org

# **CERTIFICATE OF SERVICE**

    I hereby certify that I have served the foregoing document upon Counsel for Defendants via e-mail as follows:

**Jason R. Benton**
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, NC 28202
704-372-9000
Fax: 704-334-4706
Email: jasonbenton@parkerpoe.com

**Norwood P. Blanchard, III**
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
910-762-9711
Fax: 910-256-0310
Email: norwood@cmclawfirm.com

**Dorothy V. Kibler**
City of Raleigh Attorney's Office
Post Office Box 590
Raleigh, NC 27602
(919) 996-6560
Fax: (919) 857-4453
Email: dorothy.kibler@raleighnc.gov

**Daniel Edward Peterson**
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, NC 28202
704-335-9874
Fax: 704-334-4706
Email: danielpeterson@parkerpoe.com

**Rodney E. Pettey**
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 835-0910
Email: rpettey@ymwlaw.com

**Samuel G. Thompson , Jr.**
Yates, McLamb & Weyher, LLP

4

Case 5:22-cv-00068-BO   Document 168-2   Filed 02/01/23   Page 5 of 6

Post Office Box 2889
Raleigh, NC 27602-2889
919-835-0900
Fax: 919-835-0910
Email: bthompson@ymwlaw.com


THIS the 18th day of October, 2022


    Respectfully,

    _____
    Abraham Rubert-Schewel (N.C. Bar # 56863)
    TIN FULTON WALKER & OWEN, PLLC
    119 E. Main Street
    Durham, NC 27701
    Tel: (919) 451-9216
    schewel@tinfulton.com