# EXHIBIT D

This website uses cookies to ensure you get the best experience on our website. Learn more   Allow cookies

 



Part of the McClatchy Media Network

Local News | Business | Triangle Now | Sports | Living | Jobs/Recruiting | Personal Finance | Obituaries

WAKE COUNTY

# Letter condemns city of Raleigh's tactics in lawsuit after police raided wrong home

**BY VIRGINIA BRIDGES**

UPDATED JANUARY 30, 2023 6:45 PM





Yolanda Irving and Kenya Walton, mothers whose homes were raided in 2020 when Raleigh police officers served a no-knock warrant on the wrong home, speak during a press conference on Monday, Jan. 30, 2023, in Raleigh, N.C. BY KAITLIN MCKEOWN



A civil rights organization has criticized the city of Raleigh's tactics in fighting a lawsuit filed by three families who say they were traumatized by a no-knock police raid led by a now-fired police detective on the wrong address.

"In defending this case, the City of Raleigh has elected to use taxpayer money to pay four private law firms, along with two City Attorneys, to employ a defense strategy that has included accusing these innocent mothers and children of criminal wrongdoing and subjected them to a battery of invasive and inappropriate questions," Emancipate NC wrote in a Jan. 17 letter to Mayor Mary-Ann Baldwin and members of the City Council.

In response to questions about the letter, city spokesperson Julia Milstead told The News & Observer the city handles lawsuits through the courts, not the media.

**TOP VIDEOS**



Fifteen individuals and the city are being sued in this lawsuit, she wrote in a statement, and like other municipalities the city has excess insurance coverage to cover legal fees in such cases to ensure that all the defendants are represented by an attorney.

"We want a fair outcome for all parties involved in this litigation. Responding in kind will not promote justice; in fact, it would jeopardize fairness," the statement states. "Thus, we cannot comment on misrepresentations and material omissions that have been provided to you. Those will be addressed where appropriate in the courts."



Get unlimited digital access

Try 1 month for $1

**CLAIM OFFER**

**CIVIL RIGHTS LAWSUIT**

Emancipate NC, along with other attorneys, represents three families who filed a federal civil rights lawsuit against the city of Raleigh, former Raleigh police detective Omar Abdullah and his police colleagues and supervisor in April 2022.

The lawsuit followed police entering two apartments unannounced in May 2020, the lawsuit states. The officers wore tactical gear, pointed assault rifles at and detained innocent women and children as young as 12, including a partially paralyzed youth, it states.

The plaintiffs include [Yolanda Irving](#), a mother of five who drove a Wake County bus for children with special needs, and three of her children, who were home the day police searched the house.



Today's top headlines

Sign up for the Afternoon Update and get the day's biggest stories in your inbox.

Enter Email Address

SIGN UP

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Other plaintiffs include Irving's neighbor Kenya Walton, her four children and another teen, who were all detained during the search of Irving's apartment, according to interviews and the lawsuit.

Irving and Walton are both Wake County employees who work with children, the lawsuit notes.

The police raid was a result of an investigation led by Abdullah involving confidential informant Dennis Williams.

**THREE LAWSUITS**

Irving and the other families' lawsuit is one of three related to Abdullah and Williams' partnership, which sent about a dozen Black men to jail on trafficking charges in 2019 and 2020 for drugs that repeatedly turned out to be fake, according to court documents.

Some of those men and their families filed a federal civil rights lawsuit in April 2021, which the city of Raleigh quickly settled for $2 million in September 2021.

A third lawsuit was filed in June 2022. It accuses Abdullah of planting drugs on a man who spent more than three years incarcerated on drug charges that were later vacated.

Williams was suspended as a confidential informant the day after the raid on Irving's and her neighbor's homes in May 2020. Williams was later charged with five counts of obstruction of justice related to the arrests.

Abdullah was fired from the police department in October 2021. He was indicted on a felony obstruction of justice charge in July 2022.

**LETTER: CITY ATTORNEYS 'PUSH THE BOUNDS OF PROFESSIONAL ETHICS'**

The Emancipate letter states the raid on Irving's home was not the result of any wrongdoing by anyone in her family.



The operation was done "pursuant to an erroneously-issued search warrant intended for another person at another address, who was himself being framed with fake heroin by a now-indicted police officer and informant, endangered the lives our clients, who include a then-pregnant woman and a young man suffering from severe physical disabilities and traumatic brain injury," the letter states.

The homes were raided due to police officials' inattention to detail, the letter states, pointing to a report before the raid that interchanges Irving's address with the intended target.

Still, that hasn't shielded the families from scrutiny in the lawsuit, the letter states.



City attorneys have brought up prior marijuana use of the plaintiffs and asked a teenage plaintiff about seeing people in gang colors.

Police also asked what gangs live on the street, how many of them sold drugs out of their house and if the drug sales and shootings make them fearful, the letter states.

Williams is the only gang member involved in the case, the letter states.

**QUESTIONS ABOUT TATTOOS AND ABSENT FATHERS**

After city of Raleigh attorneys deposed Irving, she called one of her attorneys in tears, Irving told The N&O.

Irving said attorneys dug up things that happened 20 years ago. They asked her 15-year-old son if his tattoos were gang related, Irving said, and asked Irving's daughter why her father wasn't involved in her life.

"This doesn't have anything to do with the case," Irving said.

City officials were wrong to raid their apartment, Irving said, and they still haven't apologized.

"The practices reflect poorly on the City of Raleigh," the Emancipate letter states. "We also believe some of the questions push the bounds of professional ethics."

The continued use of a defense strategy that maligns the plaintiffs' characters will only increase the cost of the litigation, it states.

Meanwhile, the letter states, city attorneys have questioned why Emancipate lawyers care so much about a case involving a wrong address.

"And yet, in electing to defend the case as they have, and aggressively seeking to malign the character of innocent Black public workers and their children, they have answered their own question," the letter states.

Attorney Abraham Rubert-Schewel, who is also representing the plaintiffs, said mediation in the Irving lawsuit is scheduled for early next month.

"Our clients look forward to mediation and hope we can come up with a resolution that is fair and just," he said.

This story was originally published January 18, 2023 10:07 AM.



**VIRGINIA BRIDGES**

   919-829-8924

Virginia Bridges covers criminal justice in the Triangle for The News & Observer and The Herald-Sun. She has worked for newspapers for more than 15 years. The N.C. State Bar Association awarded her the Media & Law Award for Best Series in 2018 and 2020.

Taboola Feed

**Average Retirement Savings By Age: Are You Normal?**
The shocking amount some people have saved, and why speaking with a financial advisor could help increase your returns and alleviate stress.
SmartAsset | Sponsored

**How Much Does A Tub-To-Shower Conversion Cost?**
West Shore Home Baths Quotes | Sponsored
Get Quote

**2023's Top Family SUVs. 3 Rows Of Seating, Tons Of Tech & More**
Family SUVs | Sponsored
Learn More

**Everyone In Columbia Is Talking About These Walk-In Showers!**
These affordable walk-in showers are being installed across the country in just 1 day.
SafeShowerUSA | Sponsored
Learn More

**Amazon Left Scrambling As Prime Users Find Out About Secret Deals**
Online Shopping Tools | Sponsored

### These 2 Vegetables Will Kill Your Belly And Arm Fat Overnight!
**Health & Welfare** | Sponsored

### Empty Alaska Cruise Cabins Cost Almost Nothing
**Alaska Cruise Deals | sponsored searches** | Sponsored

### 2 Cards Charging 0% Interest Until 2024
Check out the best 0% Intro APR credit cards recommended by our experts.
**CompareCredit.com** | Sponsored

[Learn More]

### Killer New EVs That Many Don't Realize Are Affordable
**New Electric Cars | Search Ads** | Sponsored

### Government Will Now Install Solar For You If You Live In These 12 States
**AskSolar** | Sponsored

[Learn More]

### This New CPAP Can Do What...
AirSense 11: The World's Newest And Most Advanced CPAP
**The Easy Blog by EasyBreathe.com** | Sponsored

### Man Who Predicted Lehman Crash Says Get Ready For A 2023 "Cash Frenzy"
**Investing Outlook** | Sponsored

### Columbia: Luxury Walk-In Tubs Are Almost Being Given Away: See Prices
**Baths On Clearance | search ads** | Sponsored

### 5 found dead, people were 'screaming' for help in NC murder-suicide, police say

Raleigh News & Observer

Raleigh doctor found guilty of defrauding Medicare, using unsanitary equipment

Raleigh News & Observer

People Are Drinking This Shake To Stay Healthy All Year Long

Healthy living has never been easier: delicious, packed with superfoods & ready in seconds!

Kachava | Sponsored

Try Now

Cardiologists: Too Much Body Fat? Do This Before Bed

CvM Consulting | Sponsored

The Truth About Keeping Muscle Mass After Age 50

advancedbionutritionals.com | Sponsored

The Unbelievable New SUV Lineup Has Arrived

All Things Auto | Sponsored

Learn More

After 84 Year Ban—Now This Powerful Pain Reliever Is Legal

(Try This For Arthritis)

Health Headlines | Sponsored

A Mexican bakery in Raleigh gets a visit from the vice president

Raleigh News & Observer

Better late than never: Some early AP Top 25 teams returned to the poll this week

Raleigh News & Observer

"Nature's Morphine", Pain Relief (Now Legal in the US)

Health Breakthroughs | Sponsored

Click Here

The New Hyundai Palisade Is Nearly Unrecognizable

Hyundai Palisade SUV Sales | Sponsored

**Cadillac Has Done It Again. This Year's Lineup Has Left Us Speechless**
All Things Auto | Sponsored

Search Now

## Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

**RALEIGH NEWS & OBSERVER APP** ➔

**VIEW NEWSLETTERS** ➔

  

### SUBSCRIPTIONS

Start a Subscription
Customer Service
eEdition
Triangle Now
Vacation Hold
Pay Your Bill

### LEARN MORE

About Us
Contact Us
Newsletters
Legal Notices
Archives
Sports Betting
Personal Finance
Coupons

### ADVERTISING

McClatchy Advertising
Place an Ad
Place a Classified Ad
Place an Obituary
Staffing Solutions                                                            X
Political Advertising

COPYRIGHT

COMMENTING POLICY

REPORT NEWS

PRIVACY POLICY

DO NOT SELL MY PERSONAL INFORMATION

TERMS OF USE

Part of the McClatchy Media Network