IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00068-BO

| | |
|---|---|
| **Yolanda Irving, et al.,** Plaintiffs, v. **City of Raleigh, et al.,** Defendants. | **Order** |

The court will hold a hearing on Defendants' consent motion to extend discovery (D.E. 167). The hearing will take place by videoconference on Friday, February 10, 2023 at 2:00 p.m. The case manager will provide the videoconference information to the parties.

Dated: February 1, 2023

_Robert T. Numbers II_
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE