IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **OMAR I. ABDULLAH'S NOTICE OF** |
| ) | **FILING OF ADDITIONAL EXHIBIT** |
| THE CITY OF RALEIGH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Defendant Omar I. Abdullah ("Abdullah"), by counsel, hereby respectfully files this notice of the filing of excerpts from the deposition transcripts of "J.I." and "Z.G." as Exhibit E to Omar I. Abdullah's Response in Opposition to Emancipate NC Inc's Motion for Protective Order [D.E. 168]. Abdullah intended to append Exhibit E to its filing at D.E. 168 earlier today, but inadvertently omitted it from the filing. Accordingly, it is hereby filed as a separate docket entry at this time.

    Pursuant to Rule V(J) of this Honorable Court's Electronic Case Filing Administrative Policies and Procedures Manual, counsel will contact the Court's case manager tomorrow seeking direction as to whether they should file a corrected D.E. 168 with all exhibits appended thereto, as was originally intended.

    Respectfully submitted, this the 1st day of February, 2023.

                                                 /s/ Daniel E. Peterson
                                                 Daniel E. Peterson
                                                 N.C. State Bar No. 41251
                                                 Jason R. Benton
                                                 N.C. State Bar No. 27710
                                                 Jessica C. Dixon
                                                 N.C. State Bar No. 36719
                                                 **PARKER POE ADAMS & BERNSTEIN LLP**
                                                 Bank of America Tower
                                                 620 S. Tryon St., Suite 800
                                                 Charlotte, NC 28202
                                                 Telephone: (704) 372.9000
                                                 Facsimile: (704) 334.4706
                                                 Email: jasonbenton@parkerpoe.com
                                                             danielpeterson@parkerpoe.com
                                                             jessicadixon@parkerpoe.com
                                                 *Attorneys for Defendant Omar I. Abdullah*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **Omar I. Abdullah's Notice of Filing of Additional Exhibit** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 1st day of February, 2023.

/s/ Daniel E. Peterson
Daniel E. Peterson
N.C. State Bar No. 41251
Jason R. Benton
N.C. State Bar No. 27710
Jessica C. Dixon
N.C. State Bar No. 36719
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
      danielpeterson@parkerpoe.com
      jessicadixon@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*