UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G., EMANCIPATE NC, INC.,<br><br>                  Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL, TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID, GARNER, Chief of Police ESTELLA PATTERSON, and City Manager MARCHELL, ADAMS-DAVID, in their individual capacities,<br><br>                  Defendants. | **Index No. 22-CV-68-BO**<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record,

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: all Plaintiffs.

Dated:
      February 03, 2023

                                      Respectfully submitted,

                                      /s/ Nichad Davis
                                      Nichad Davis
                                      NC State Bar No. 56297

Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
ndavis@tinfulton.com
919-213-1907

Served via ECF on:
All Parties of Record