IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-0068-BO

YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,

        *Plaintiffs*,

   v.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHEAL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.

        *Defendants*.

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE EXHIBITS UNDER SEAL

After reviewing Plaintiffs' motion requesting permission to file documents under seal, the Court makes the following findings:

1. On October 18, 2022, SEU Defendants filed a motion to dismiss Claim 8 (excessive force) pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 129.
2. Plaintiffs filed a response to Defendants' motion to dismiss on November 22, 2022. ECF No. 142.
3. Defendants filed their reply brief on December 6, 2022. ECF No. 145.
4. Defendants' reply brief included deposition testimony from one Plaintiff, Yolanda Irving. *Id.*
5. Plaintiffs filed a motion to strike the deposition testimony attached to Defendants' reply brief. ECF No. 174.
6. Plaintiffs brief in support of their motion to strike includes Exhibit A, which discusses some of the excessive force claims against Defendants and Exhibit B, which is the body camera footage of the warrant execution on Plaintiffs' homes.
7. These exhibits contain still shots and live video footage that was obtained pursuant to a protective order in Wake County Superior Court.

**IT IS THEREFORE ORDERED** that Plaintiffs may file Exhibits A and B of their motion to strike deposition testimony under seal. The parties may, at any time, move to unseal Exhibit A or B.

This the 13th day of February 2023

_____