IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-0068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,<br><br>    *Plaintiffs*,<br><br> v.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHEAL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>    *Defendants*. | **NOTICE OF CONVENTIONAL FILING** |

TO THIS HONORABLE COURT:

  PLEASE TAKE NOTICE that a several files which are too large for electronic filing via the Court's ECF filing system are being conventionally filed to Plaintiffs' Memorandum in Opposition to SEU Defendants' Motion to Dismiss and are being forwarded to Defendants' counsel via Dropbox. All videos mentioned in the above notice have been

produced by and are already in the possession of the Defendants' counsel.

Dated: February 16, 2023

/s Nichad Davis
N.C. Bar No. 56297
Abraham Rubert-Schewel
N.C. Bar No. 56863
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, North Carolina 27701
Telephone No. (919) 419-7612
schewel@tinfulton.com
ndavis@tinfulton.com
*Attorneys for Plaintiffs*