YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,

*Plaintiffs*,

v.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHEAL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.

*Defendants*.

**PLAINTIFFS' MOTION TO FILE MANUAL EXHIBITS NOT CAPABLE OF BEING FILED ELECTRONICALLY PURSUANT TO LOCAL RULE 5.1(f)**

NOW COME Plaintiffs, by and through undersigned counsel and hereby respectfully move the Court to file Exhibit B of their Motion to Strike, manually since it is too large to be filed electronically as required by LR. 5.1. In support of this motion, Plaintiffs state the following:

1. On October 18, 2022, SEU Defendants filed a motion to dismiss Claim 8 (excessive force) pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 129.
2. Plaintiffs filed a response to Defendants' motion to dismiss on November 22, 2022. ECF No. 142.
3. Defendants filed their reply brief on December 6, 2022. ECF No. 145.
4. Defendants' reply brief included deposition testimony from one Plaintiff, Yolanda Irving. *Id.*
5. Because Defendants' motion challenges the substantive claims of Plaintiffs pursuant to 12(b)(6), Plaintiffs filed a motion to strike the deposition testimony.
6. Plaintiffs' brief in support of their motion to strike includes Exhibit A, which discusses some of the excessive force allegations against Defendants and Exhibit B, which is the body camera footage of the warrant execution on Plaintiffs' homes.
7. These exhibits contain still shots and live video footage that was obtained pursuant to a protective order in Wake County Superior Court.
8. The live video footage on Exhibit B is too large to be filed electronically via L.R. 5.1 and the ECF system.

9. Plaintiffs intend on filing Exhibit B manually and will serve a copy upon the Defendants.

WHEREFORE, Plaintiffs respectfully request that this Court (1) enter an order permitting Plaintiffs to file manually file Exhibit B of their Motion to Strike because it is too large to file electronically.

This the 24th day of February 2023

Respectfully,

_____
Nichad Davis (N.C. Bar # 56297)
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Tel: (919) 451-9216
ndavis@tinfulton.com

Served on all parties: Via mail and electronic mail.