IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| | |
|---|---|
| YOLANDA IRVING, et al. ) | |
| ) | |
| Plaintiffs, ) | **[Proposed] ORDER GRANTING** |
| ) | **MOTION FOR EXTENSION OF** |
| v. ) | **TIME TO TAKE EXPERT** |
| ) | **DEPOSITION AND TO FILE** |
| THE CITY OF RALEIGH, et al. ) | **DISPOSITIVE MOTIONS** |
| ) | |
| Defendants. ) | |

This matter was heard by the undersigned on a motion made by Defendants, pursuant to Fed. R. Civ. P. 6(b), with the consent of Plaintiffs, to extend certain discovery deadlines.

It appears to the Court that the discovery deadlines subject to the motion have not passed and that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that discovery shall be extended as outlined below:

(1) Defendants shall have to and including Monday, April 3, 2023, to complete the deposition of Plaintiffs' Expert David T. Sweeney.

(2) The parties shall have to and including May 1, 2023 to file dispositive motions.

The remaining Phase I discovery deadlines shall remain as stated in the Court's December 30, 2022 order. DE 156 (filed January 3, 2023).

Dated: March ____, 2023

_____