**Noreen Slattery**

| | |
|---|---|
| **From:** | Ian Mance <ian@emancipatenc.org> |
| **Sent:** | Wednesday, March 1, 2023 3:59 PM |
| **To:** | Michelle Liguori |
| **Cc:** | Benton, Jason R.; Abraham Rubert-Schewel; Emily Gladden; Nichad Davis; elizabeth@emancipatenc.org; Kibler, Dottie; Petty, Amy; Dixon, Jessica C.; Rod Pettey; Alayna Poole; Noreen Slattery; Leslie Packer; Norwood Blanchard |
| **Subject:** | Re: Irving v. City of Raleigh - David Sweeney deposition |

External: from ian@emancipatenc.org

Hi Michelle,

I just checked in with Mr. Sweeney again. He is still feeling very ill, so we are unable to confirm his availability for tomorrow.

We are agreeable to extending the deadline for Mr. Sweeney's deposition and the deadline for dispositive motions. We do not agree to the final item.

Ian

On Wed, Mar 1, 2023 at 12:48 PM Michelle Liguori <Michelle.Liguori@elliswinters.com> wrote:

Thank you, Ian,

We've released the court reporter for today because Mr. Sweeney will not be appearing for the deposition today. Please let us know by 1pm PST this afternoon whether Mr. Sweeney will be able to sit for the deposition in Seattle tomorrow, so that we can adjust our travel plans, as needed.

If Mr. Sweeney cannot confirm availability for the deposition tomorrow, would plaintiffs agree to a joint motion to extend the deadline for Mr. Sweeney's deposition, along with an extension of the deadline for dispositive motions, and agree to make Mr. Sweeney available in Raleigh for his deposition, not at defendants' expense, once he is recovered?

Best regards,

Michelle

**EXHIBIT A**

1

Michelle A. Liguori | Attorney
michelle.liguori@elliswinters.com
Phone: (919) 573-1294

Fax: (919) 865-7010

ELLIS | WINTERS

See our new Best in Class blog for insights on class-action practice.

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

---

**From:** Ian Mance <ian@emancipatenc.org>
**Sent:** Wednesday, March 1, 2023 9:20 AM
**To:** Michelle Liguori <Michelle.Liguori@elliswinters.com>
**Cc:** Benton, Jason R. <jasonbenton@parkerpoe.com>; Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <RPETTEY@ymwlaw.com>; Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** Re: Irving v. City of Raleigh - David Sweeney deposition

**External: from ian@emancipatenc.org**

---

Hi Michelle,

Yes. He said he is unable to attend today due to illness. He could be available to sit for it tomorrow if his health improves. However, he believes he got whatever he has from his wife, who remained sick for 3-4 days, so assuming he follows the same pattern, I don't know that he'll be available tomorrow. He has requested an appointment with a doctor and is waiting to hear back. I will be happy to relay any new information I receive about his condition.

Ian

On Wed, Mar 1, 2023 at 11:47 AM Michelle Liguori <Michelle.Liguori@elliswinters.com> wrote:

Ian,

I am sorry to hear about Mr. Sweeney's illness. However, I'm already in Seattle, as is Mr. Benton, and we're ready to proceed with the deposition. Can you confirm that Mr. Sweeney will not appear for the deposition as scheduled?

Assuming he will not appear today, would he be able to sit for the deposition tomorrow?

Best regards,

Michelle

**Michelle A. Liguori** | Attorney
michelle.liguori@elliswinters.com
Phone: (919) 573-1294

Fax: (919) 865-7010

ELLIS | WINTERS

See our new Best in Class blog for insights on class-action practice.

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

---

**From:** Ian Mance <ian@emancipatenc.org>
**Sent:** Wednesday, March 1, 2023 7:45 AM
**To:** Michelle Liguori <Michelle.Liguori@elliswinters.com>
**Cc:** Benton, Jason R. <jasonbenton@parkerpoe.com>; Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <RPETTEY@ymwlaw.com>;

Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** Re: Irving v. City of Raleigh - David Sweeney deposition

External: from ian@emancipatenc.org

Michelle,

I apologize for the inconvenience that I know this will cause, but I think we are going to need to reschedule Mr. Sweeney's deposition. I received a text message from him this morning at 3:20am stating, "as I write this it is 3:20 in the morning Pacific time and I am sicker than a dog and have not been to sleep all night."

I spoke with Mr. Sweeney at 7am PST this morning and he informed me that he and his family had traveled to Disneyworld last week, that his wife became very ill while they were traveling, and that he became symptomatic yesterday. He described his symptoms as nausea, vomiting, diarrhea, chills, and fever.

Ian Mance

On Tue, Feb 28, 2023 at 10:07 AM Michelle Liguori <Michelle.Liguori@elliswinters.com> wrote:

> Ian,
>
> I will be in Seattle, along with Mr. Benton, to take the deposition in person.
>
> Best regards,
>
> Michelle
>
>> On Feb 28, 2023, at 9:34 AM, Ian Mance <ian@emancipatenc.org> wrote:
>>
>> External: from ian@emancipatenc.org

Hi Michelle,

So I can let Mr. Sweeney know, can you clarify whether you will be taking his deposition in person or remotely?

Ian

On Mon, Feb 27, 2023 at 2:54 PM Michelle Liguori <Michelle.Liguori@elliswinters.com> wrote:

Ian,

We plan to proceed with Mr. Sweeney's deposition on Wednesday as noticed. We note that plaintiffs have represented that Mr. Sweeney is available on March 1 and plaintiffs' statement to the court in their filing on Friday that they have coordinated to make Mr. Sweeney available on March 1 in response to the SEU defendants' request for his deposition.

Best regards,

Michelle

**Michelle A. Liguori | Attorney**
michelle.liguori@elliswinters.com
Phone: (919) 573-1294

Fax: (919) 865-7010

<image001.png>

See our new Best in Class blog for insights on class-action practice.

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Michelle Liguori
**Sent:** Friday, February 24, 2023 3:36 PM
**To:** 'Ian Mance' <ian@emancipatenc.org>; Benton, Jason R. <jasonbenton@parkerpoe.com>
**Cc:** Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <rpettey@ymwlaw.com>; Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** RE: Irving v. City of Raleigh - deposition dates

Ian,

The SEU defendants also have noticed the deposition of Mr. Sweeney for March 1 and will be issuing a subpoena for the deposition. Please confirm that plaintiffs' counsel intend to make Mr. Sweeney available for the March 1 deposition.

Best regards,

Michelle

**Michelle A. Liguori | Attorney**
michelle.liguori@elliswinters.com
Phone:   (919) 573-1294

Fax:       (919) 865-7010

<image003.png>

See our new Best in Class blog for insights on class-action practice.

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612

6

P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Ian Mance <ian@emancipatenc.org>
**Sent:** Friday, February 24, 2023 9:37 AM
**To:** Benton, Jason R. <jasonbenton@parkerpoe.com>
**Cc:** Michelle Liguori <Michelle.Liguori@elliswinters.com>; Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <rpettey@ymwlaw.com>; Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** Re: Irving v. City of Raleigh - deposition dates

**External: from ian@emancipatenc.org**

Jason,

We are relying on the language of the order. If the court changes its order, we will certainly make Mr. Sweeney available to you. But the arguments we did or did not make in court do not control. The court's order controls, and the court's order stayed your client's participation in discovery. We feel we are on firm legal footing.

To answer your questions,

(1) Yes, our objection is specific to your office only, since you represent Detective Abdullah. We have no issue with counsel for the other defendants taking his deposition.

(2) We are objecting to you participating in any further discovery, for the reasons stated in my email.

(3) Yes.

(4) Yes.

(5) Yes.

(6) See above.

7

(7) We don't take a position on whether these witnesses should or should not sit for two depositions.

If you appear at Mr. Sweeney's deposition, we will instruct him not to answer your questions on the grounds that the court has issued an order staying your participation in the discovery process.

Ian

On Thu, Feb 23, 2023 at 5:09 PM Benton, Jason R. <jasonbenton@parkerpoe.com> wrote:

Ian-

I do not agree with, and I am frankly mystified by, your last second interpretation of Judge Boyle's 11/22/22 stay order.

Abdullah's motion for stay sought a stay of the entire case (including all discovery directed at any party) and, alternatively, a partial stay of discovery directed against him, obviously out of concern for the possibility of him having to plead the 5th Amendment in response to certain discovery questions given his criminal indictment. (D.E. 118; D.E. 119 p 8; D.E. 134 pp 3, 8). Plaintiffs opposed the entire motion but did not, themselves, make any motion or argument that any partial stay, if granted, should also prevent Abdullah from taking or participating in discovery directed at others. The Court denied our motion for a stay of the entire case but granted the alternative relief for a partial stay without protection from a deposition.

Importantly, Abe and I discussed by phone on 11/29/22 Judge Boyle's stay order and I shared my views. At no point did he express an interpretation even approaching the one you adopt below. At no point did he contend that Abdullah could not participate in discovery directed at others. In fact, on 11/30/22, I sent Abe the above-attached email making clear our view of the order *on this precise issue.* He never responded to this email or conducted himself in any manner suggesting that he thought Abdullah was foreclosed from the discovery process altogether due to the *limited* stay (and neither did any other attorney for the Plaintiffs).

In fact, your below position is incongruent with how the parties have conducted discovery in this matter since 11/22/22. Counsel for Abdullah has participated in 6 depositions (***Abdullah's*** on 12/15/22, Gwinn's on 12/17/22, Rolfe's on 1/4/23, Plaintiff Y. Irving on 1/27/23, Monroe's on 1/31/23, and Plaintiff D. Whitley's on 2/3) after the stay order was entered. We have asked questions of the witnesses at several of these depositions, without any objection from Plaintiffs. Counsel for Abdullah has also been invited to, and has attended, at least 2 discovery meet and confer conferences, on 11/22/22 and 1/26/23.

Your two case citations do not at all support the argument you make below. Neither of them concern a partial/limited stay of discovery meant to address a party's parallel criminal proceeding and possible invocation of 5th Amendment rights. Neither of them require reciprocity and, indeed, the *Lecco* case to which you cite does not discuss a general reciprocal discovery obligation, or even one in civil law; rather, the *Lecco* discussion derives from a reciprocal discovery obligation specifically set forth in a federal rule of ***criminal*** procedure (Fed.R.Crim.P. 16(b)(1)(C)).

Further, ***Plaintiffs actually took the deposition of Abdullah.*** So, even accepting your reciprocity theory, how, then, does it make any sense that Abdullah is not allowed to take the depositions "of the plaintiff and their witnesses"?

Please also note that Abe already informed defense counsel at the 11/22/22 meet and confer that he does not represent any of the *Washington* plaintiffs anymore, including Vanirvin. So, at the very least, I fail to see how Plaintiffs have any standing to object to the deposition of Vanirvin, a nonparty to this action.

Finally, I have a few questions for you, which are intended to determine the contours of the position you assert below:

(1) Is your objection aimed at my office noticing the Sweeney and Vanirvin depositions? If so, other defense counsel have cross-noticed these depositions.

(2) Are you objecting to my firm taking the lead, or starting first, on the examinations in these depositions?

(3) Are you objecting to my firm asking any questions at these depositions?

(4) Are you objecting to my firm attending these depositions?

(5) You have not mentioned anything about the Twiddy and McDonald depositions tomorrow or, for that matter, the Rattelade deposition on 2/28/23 ... are you objecting to my firm asking questions or attending those?

(6) Is it your position that Abdullah should have no chance to depose Sweeney or Vanirvin before trial?

(7) Is it your position that Sweeney and Vanirvin should sit for 2 depositions: one by all defendants other than Abdullah and one by Abdullah after any stay is lifted?

I will make myself available tomorrow to discuss the above with you further if you wish. Our plan, though, is to participate in the depositions in question.

9

Jason

---

**Jason Benton**
Partner

<image004.jpg>

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9509 | Fax: 704.335.9747 | map

Visit our website at
www.parkerpoe.com

---

**From:** Ian Mance <ian@emancipatenc.org>
**Sent:** Wednesday, February 22, 2023 4:21 PM
**To:** Benton, Jason R. <jasonbenton@parkerpoe.com>
**Cc:** Michelle Liguori <Michelle.Liguori@elliswinters.com>; Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <rpettey@ymwlaw.com>; Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** Re: Irving v. City of Raleigh - deposition dates

***Caution: External email***

---

Jason,

Plaintiffs' counsel have discussed Judge Boyle's order, and we are of the view that you are not entitled to take Mr. Sweeney or Mr. VanIrvin's depositions. We understand the November 22, 2022 Order, which was entered by the court in response to a motion you filed, to mean what it says: "discovery . . . [is] stayed as to defendant Abdullah" until at least March 21, 2023. *Irving v. City of Raleigh*, No. 5:22-CV-68-BO, 2022 WL 17159105, at *4 (E.D.N.C. Nov. 22, 2022). When an order is issued staying a defendant's participation in discovery, the order needs to be lifted by the Court before a defendant is entitled to pursue discovery of the plaintiff and their witnesses. *See, e.g., In re Computer Scis. Corp. Sec. Litig.*, No. 1:11CV610-TSE-IDD, 2011 WL 10653953, at *2 (E.D. Va. Aug. 29, 2011) (ordering a "stay of discovery [to] be lifted" to permit "the defendants [to] take [a] deposition by oral examination of [plaintiff]"). Discovery is a process that presupposes "reciprocal" obligations between the parties. *See, e.g., United States v. Lecco*, No. CRIM.A. 2:05-00107-0, 2009 WL 2915147, at *2 (S.D.W. Va. Sept. 3, 2009). You objected to reciprocal discovery and secured the right to stay your client's participation in the

process. One of the trade-offs of pursuing that strategy is that you are no longer entitled to seek discovery on the same basis as the other defendants.

We believe the existing order makes clear that you are not entitled to take discovery while the stay that you sought remains in effect. Unless you inform us that you no longer intend to pursue these depositions, we intend to communicate our position to the Court by the end of the day tomorrow.

Respectfully,

Ian Mance
EMANCIPATE NC
Attorney for the Plaintiffs


On Tue, Feb 21, 2023 at 11:54 AM Benton, Jason R. <jasonbenton@parkerpoe.com> wrote:

Ok. We will find a depo location in Seattle and send you and him a notice and subpoena and then go from there.


**Jason Benton**
Partner

<image004.jpg>

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9509 | Fax: 704.335.9747 | map

Visit our website at
www.parkerpoe.com


**From:** Ian Mance <ian@emancipatenc.org>
**Sent:** Tuesday, February 21, 2023 11:51 AM
**To:** Benton, Jason R. <jasonbenton@parkerpoe.com>
**Cc:** Michelle Liguori <Michelle.Liguori@elliswinters.com>; Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <rpettey@ymwlaw.com>; Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** Re: Irving v. City of Raleigh - deposition dates


***Caution: External email***

Jason,

I should clarify that, when Michelle asked whether he'd be appearing in North Carolina or Washington, I replied with Seattle because that's where I am assuming he will be. Given the short window between now and the close of phase 1, our assumption was that the deposition would be taken remotely, so we didn't discuss where he would be physically. He is presently on vacation and told me he would not be available to speak this week. He lives and works in Seattle, so I imagine he will be there, but I can't say for certain, and I don't know whether he has a location available there that can accommodate you.

Ian

On Mon, Feb 20, 2023 at 4:36 PM Benton, Jason R. <jasonbenton@parkerpoe.com> wrote:

Ian-

Though I understand others may appear remotely, I would like the opportunity to examine Mr. Sweeney in person. I will travel to Seattle. Can you let me know the location in Seattle where the depo needs to occur or, alternatively, let me know if I need to find a location?

Thank you,

Jason

---

**Jason Benton**
Partner

<image004.jpg>

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9509 | Fax: 704.335.9747 | map

Visit our website at
www.parkerpoe.com

---

**From:** Ian Mance <ian@emancipatenc.org>
**Sent:** Monday, February 20, 2023 12:30 PM
**To:** Michelle Liguori <Michelle.Liguori@elliswinters.com>
**Cc:** Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr.

<mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Benton, Jason R. <jasonbenton@parkerpoe.com>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <rpettey@ymwlaw.com>; Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** Re: Irving v. City of Raleigh - deposition dates

***Caution: External email***

Mr. Sweeney will need to conduct his deposition remotely from Seattle.

Ian

On Thu, Feb 16, 2023 at 3:57 PM Michelle Liguori <Michelle.Liguori@elliswinters.com> wrote:

> Thank you, Ian. Will Mr. Sweeney be made available for deposition in Washington or in North Carolina?
>
> Also, please let us know dates when Dr. Etheridge is available for a deposition, dates for re-scheduling the 30(b)(6) deposition for Emancipate, and plaintiffs' position on a potential agreement among all parties that these two depositions could be conducted after March 3.
>
> Finally, please also let us know when Emancipate will respond to the pending discovery.
>
> Best regards,
>
> Michelle
>
> **Michelle A. Liguori** | Attorney
> michelle.liguori@elliswinters.com
> Phone: (919) 573-1294
>
> Fax: (919) 865-7010
>
> <image003.png>

See our new Best in Class blog for insights on class-action practice.

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Ian Mance <ian@emancipatenc.org>
**Sent:** Wednesday, February 15, 2023 5:32 PM
**To:** Michelle Liguori <Michelle.Liguori@elliswinters.com>
**Cc:** Abraham Rubert-Schewel <schewel@tinfulton.com>; Emily Gladden <egladden@tinfulton.com>; Nichad Davis <ndavis@tinfulton.com>; Micheal L. Littlejohn Jr. <mll@littlejohn-law.com>; elizabeth@emancipatenc.org; Kibler, Dottie <dorothy.kibler@raleighnc.gov>; Petty, Amy <Amy.Petty@raleighnc.gov>; Benton, Jason R. <jasonbenton@parkerpoe.com>; Dixon, Jessica C. <jessicadixon@parkerpoe.com>; Rod Pettey <rpettey@ymwlaw.com>; Alayna Poole <apoole@ymwlaw.com>; Noreen Slattery <Noreen.Slattery@elliswinters.com>; Leslie Packer <leslie.packer@elliswinters.com>
**Subject:** Re: Irving v. City of Raleigh - deposition dates

**External: from ian@emancipatenc.org**

Hi Michelle,

Mr. Sweeney can be available for deposition on March 1. I have attached his fee schedule.

Ian Mance

On Tue, Feb 14, 2023 at 2:08 PM Michelle Liguori <Michelle.Liguori@elliswinters.com> wrote:

> Plaintiffs' counsel,

Please let us know dates between now and March 3 when Plaintiffs' experts, Dr. Mary Anne Etheridge and David Sweeney will be available for depositions.

Thank you,

Michelle


**Michelle A. Liguori** | Attorney
michelle.liguori@elliswinters.com
Phone:   (919) 573-1294

Fax:   (919) 865-7010

<image003.png>


See our new Best in Class blog for insights on class-action practice.

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com


CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.