EXHIBIT TO BE
FILED UNDER SEAL