1      A.   No.
2      Q.   You worked in another place in between?
3      A.   Right.
4      Q.   And where did you work then?
5      A.   Patrol.
6      Q.   How many years were you a Drugs and Vice
7  Detective?
8      A.   One.
9      Q.   Just one?  When you -- and you said that was
10 around 2007?
11     A.   Uh-huh.
12     Q.   When you were working in 2007 in Drugs and
13 Vice, were the practices and policies similar to the ones
14 that existed when you were sergeant?
15     A.   Yes.
16     Q.   Can you think of any policies that changed?
17     A.   No.
18     Q.   To the best of your knowledge, were all the
19 policies that were in effect in the unit in 2007 the same
20 ones that were in effect when you were the sergeant of
21 the unit?
22     A.   Yes.
23     Q.   And to be -- okay.  When you were working in
24 2007 as a drug detective, was it the practice -- was it
25 your practice to ever meet alone with CIs?

1    A.   Yes.

2    Q.   Was it the practice of other detectives that
3 you worked with in 2007 to meet alone with CIs?

4    A.   Yes.

5    Q.   When you worked as a detective in 2007 in the
6 drugs unit, vice unit, was the lock box policy -- what
7 was the lock box policy?

8    A.   I don't remember the specific policy, you know,
9 since I wasn't the one giving out the money, but it was
10 similar to what we had been doing up to this incident.

11   Q.   Did drug detectives, when you worked there in
12 2007, have access to cameras in the way that they do when
13 you were sergeant?

14   A.   No.

15   Q.   How would buys be documented in 2007?

16   A.   Very rudimentary, little cameras, terrible
17 reception that had little -- I can't think of -- losing
18 the term there.  The little disk that you put in to
19 record and put in a reader.  I can't even think of what
20 you call those, but just very ancient-type recording
21 equipment.

22   Q.   So there were cameras available to the unit;
23 they were just of poor quality?

24   A.   Right.

25   Q.   Okay.  Was it the practice of the sergeant --