Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮

▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮    ▮▮▮▮

15    Q.   What are the names of the people above your

16  rank who were aware that the actual common practice of

17  your detectives was different than the written

18  departmental policy?

19    A.   Jennings Bunch, Captain Quick, Captain Amstutz,

20  everybody.  I mean, literally everybody, especially if --

21  for the most part, anybody that was a upper-level

22  supervisor in the drug unit came from the drug unit, so

23  they -- you know, through progression, they were familiar

24  with how that was.

25    Q.   What indication did you receive from your

1    supervisors that it was okay to deviate from the written

2    policies in these instances?

3         A.    There were no conversations of it.  It was just

4    status quo.  There was no -- well, there was nobody

5    around saying, "This is okay, that's okay."  You just do

6    it.  You've learned to do from your predecessors.

7         Q.    So to be clear, during your time as sergeant,

8    did anyone above your rank come to you and say, "It is

9    okay to do these things, even though they contradict the

10   written policy"?

11        A.    No.

12        Q.    Did you assume -- you assumed it was okay?

13        A.    Yes.

14        Q.    Based on sort of things you observed within the

15   department?

16        A.    Practice, yes.

17        Q.    Okay.  Why didn't higher-ups in the department

18   change the written policy to align with the actual

19   practice, if they were aware of it and they approved of

20   it?

21             MS. KIBLER:  Object to the form.

22             THE WITNESS:  I mean, it's just basically like

23   nothing gets fixed until there's some catastrophic

24   failure, just like this situation, so nothing gets the

25   microscope until it's time to get the microscope.  It's

1  supervisors that it was okay to deviate from the written

2  policies in these instances?

3      A.   There were no conversations of it.  It was just

4  status quo.  There was no -- well, there was nobody

5  around saying, "This is okay, that's okay."  You just do

6  it.  You've learned to do from your predecessors.

7      Q.   So to be clear, during your time as sergeant,

8  did anyone above your rank come to you and say, "It is

9  okay to do these things, even though they contradict the

10  written policy"?

11      A.   No.

12      Q.   Did you assume -- you assumed it was okay?

13      A.   Yes.

14      Q.   Based on sort of things you observed within the

15  department?

16      A.   Practice, yes.

17      Q.   Okay.  Why didn't higher-ups in the department

18  change the written policy to align with the actual

19  practice, if they were aware of it and they approved of

20  it?

21          MS. KIBLER:  Object to the form.

22          THE WITNESS:  I mean, it's just basically like

23  nothing gets fixed until there's some catastrophic

24  failure, just like this situation, so nothing gets the

25  microscope until it's time to get the microscope.  It's

1   just -- I mean there's hundreds of policies that -- the

2   police department and the City have thousands of policies

3   that, you know, you don't have specific knowledge of

4   every word, so it's just -- it's not so much like they

5   are giving you approval to violate the policy.  You know,

6   they just don't receive the attention that these have

7   until something catastrophic occurs.

8        Q.   Would you agree that with respect to some of

9   these areas we have discussed, there was a significant

10  deviation between the practice and the policy?

11       A.   Yes.

12       Q.   And that department supervisors were aware of

13  that?

14       A.   Yes.

15       Q.   And chose to maintain the existing policies as

16  they were?

17       A.   Yes.

18            MS. KIBLER:  Object to the form.

19            BY MR. MANCE:

20       Q.   I'll ask you the same thing with the lock box.

21  You said at X-22 this is, quote, "precedent of literally

22  every drug unit within RPD as well as GSU."  Is that

23  correct?

24       A.   Yes.

25       Q.   And --