| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHEAL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities. <br><br> *Defendants*. | |

**PLAINTIFFS' MOTION TO FILE EXHIBITS UNDER SEAL
PURSUANT TO LOCAL RULE 79.2**

1

NOW COME Plaintiffs, by and through undersigned counsel, and hereby respectfully move the Court to file Exhibits A-D of their Memorandum in Support of their Motion to Amend the Complaint under seal. In support of this motion, Plaintiffs state the following:

1. On March 7, 2023, Plaintiffs filed a motion to amend the complaint. ECF No. 185.
2. Plaintiffs also filed a memorandum in support of their motion. ECF No. 186.
3. Plaintiffs attached deposition testimony to their memorandum of support as exhibits A-F. *Id.*
4. These exhibits were included to demonstrate the basis for the amendments to the complaint.
5. Exhibits A-D are portions of Officer Rishar Monroe's deposition transcript.
6. Officer Monroe was deposed on January 31, 2023, and the parties received his transcript on February 14, 2023.
7. The Consent Protective Order agreed to by the parties states that deposition transcripts shall be treated as confidential for a period of thirty days after their receipt. ECF No. 84.
8. Because we have not yet passed the thirty day mark, Plaintiffs respectfully request permission to file these exhibits under seal.

WHEREFORE, Plaintiffs respectfully request that this Court (1) enter an order permitting Plaintiffs to file under seal Exhibits A-D of their Memorandum in Support of their Motion to Amend the Complaint, and (2) permitting any party to move to unseal the Exhibits at a future date.

2

This the 8th day of March 2023

Respectfully,

*[signature]*
_____
Abraham Rubert-Schewel (N.C. Bar # 56863)
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Tel: (919) 451-9216
schewel@tinfulton.com

Served on all parties: Via ECF