IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-0068-BO

YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G., and EMANCIPATE NC, INC.,

    *Plaintiffs*,

  v.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHEAL MOLLERE, Officer KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.

    *Defendants*.

**ORDER GRANTING PLAINTIFFS' MOTION TO
FILE EXHIBITS UNDER SEAL**

After reviewing Plaintiffs' motion requesting permission to file documents under seal, the Court makes the following findings:

1. On March 7, 2023, Plaintiffs filed a motion to amend the complaint. ECF No. 185.
2. Plaintiffs filed a memorandum in support of their motion the same day. ECF No. 186.
3. Plaintiffs attached deposition testimony to their memorandum of support as exhibits A-F. *Id.*
4. Exhibits A-D are portions of Officer Rishar Monroe's deposition transcript.
5. Officer Monroe was deposed on January 31, 2023, and the parties received his transcript on February 14, 2023.
6. The Consent Protective Order agreed to by the parties states that deposition transcripts shall be treated as confidential for a period of thirty days after their receipt. ECF No. 84.
7. Because the thirty-day mark had not yet passed at the time this motion was filed, these Exhibits are considered confidential.

**IT IS THEREFORE ORDERED** that Plaintiffs may file Exhibits A-D of their Memorandum in Support of Plaintiffs' Motion to Amend the Complaint under seal. The parties may, at any time, move to unseal Exhibits A-D.

This the 8th day of March 2023.

_____