# EXHIBIT B

**Benton, Jason R.**

**From:** Benton, Jason R.
**Sent:** Wednesday, November 30, 2022 3:10 PM
**To:** Abraham Rubert-Schewel
**Subject:** Irving

Hey Abe-

Good talking to you yesterday. One thing I forgot to mention by way of my understanding of the limited stay order is this: I view the limited stay as only applying to discovery requests of Abdullah (excepting the deposition) and of motions practice deadlines as to Abdullah. In other words, I think Abdullah can take/request/participate in discovery of Plaintiffs and non-party witnesses but discovery directed at him (again, other than the depo) is stayed.

If you or your team have a different view, I think it would be helpful to know that now as opposed to later.

Thank you,

Jason