# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, et al., <br><br> Defendants. | **DEFENDANT OMAR I. ABDULLAH'S MOTION TO EXTEND LIMITED STAY** |

NOW COMES Defendant Omar I. Abdullah, by and through counsel, and hereby moves the Court for an Order extending the limited stay of all discovery aimed at him in this matter, and of all motions practice and trial deadlines that would otherwise be applicable to him, through at least September 15, 2023.

In support of this Motion, Defendant Abdullah relies upon the pleadings of record in this action, including his Motion to Stay Proceedings and Brief in Support thereof (D.E. 118, 119), this Court's November 22, 2022 Order (D.E. 141), and the Brief in Support of Defendant Omar I. Abdullah's Motion to Extend Limited Stay— along with the exhibits attached thereto— filed contemporaneously herewith. All defendants consent to this Motion. Undersigned counsel reached out to Plaintiffs' counsel seeking their position on the Motion but have not received a response as of the time of filing.

Respectfully submitted, this the 21st day of March, 2023.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Jessica C. Dixon
N.C. State Bar No. 36719
Daniel E. Peterson
N.C. State Bar No. 41251
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com
danielpeterson@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **Defendant Omar I. Abdullah's Motion to Extend Limited Stay** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 21st day of March, 2023.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Jessica C. Dixon
N.C. State Bar No. 36719
Daniel E. Peterson
N.C. State Bar No. 41251
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com
danielpeterson@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*