# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

|  |  |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of JALEN IRVING, JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of ROBERT WHITLEY, ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of ZIQUIS GRANT,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>Defendants. | Case No. 5:22-CV-00068-BO |

## PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE TEXT COMMUNICATIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court to compel Defendants to produce documents as follows:

The complete text message chat and thread between the VICE officer Defendants related to controlled buys involving Officer Omar Abdullah and his informant Aspirin.

In support thereof, Plaintiffs rely on the contemporaneously filed Memorandum in Support of Motion to Compel and attached exhibits.

WHEREFORE, Plaintiffs respectfully asks this Court to compel Defendant City of Raleigh to produce documents, and respectfully asks this Court to issue sanctions.

Respectfully submitted, this the 22nd day of March 2023,

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel
(N.C. Bar # 56863)
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Tel: (919) 451-9216
schewel@tinfulton.com

/s/ *Emily Gladden*
Emily D. Gladden
TIN FULTON WALKER & OWEN, PLLC
State Bar No.: 49224
204 N. Person Street
Raleigh, NC 27601
Telephone: (919) 720-4201
Facsimile: (919) 400-4516
Egladden@tinfulton.com

/s/ Nichad Davis
Nichad Davis
(N.C. Bar # 56297)
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Tel: (919) 451-9216
ndavis@tinfulton.com

*/s/ Ian Mance*
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (828) 719-5755
ian@emancipatenc.org

*/s/ Elizabeth Simpson*
Elizabeth G. Simpson
N.C. Bar No. 41596
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (919) 682-1149
elizabeth@emancipatenc.org