1    or did you have a sergeant at that time?

2         A.   Yes.

3         Q.   Who was your sergeant?

4         A.   Mike Glendy.

5         Q.   Do you know if your sergeant made a -- reviewed

6    the buy videos that were available in 2007?

7         A.   No.

8         Q.   Were there ever occasions when you were a

9    detective in 2007 on the Drug and Vice Unit where you

10   personally took money out of the drop box -- the lock

11   box?

12        A.   I don't think so.

13        Q.   Were there any occasions where you think other

14   detectives might have done so?

15        A.   Yeah.

16             MS. KIBLER:  Objection.

17             BY MR. MANCE:

18        Q.   Can you recall any specific occasions?

19        A.   No.

20        Q.   Did you have a work phone when you were

21   sergeant of the drugs unit?

22        A.   Yes.

23        Q.   Do you still possess that work phone?

24        A.   No.  It was damaged and turned in.

25        Q.   How was it damaged?

1      A.   The screen was cracked or shattered, dropped.

2      Q.   When did that happen?

3      A.   I don't know.  We tried to find the work order

4  on that, had it narrowed down to somewhat of a window,

5  but I don't know the specific date we were looking at

6  that.

7      Q.   Do you recall the circumstances of how the

8  phone became damaged?

9      A.   It got dropped and the screen shattered, that

10 tempered glass, and you couldn't do anything to the

11 screen, manipulate the screen.

12     Q.   Did you or anyone at the department attempt to

13 determine if it was possible to recover the information

14 on that phone so that you could transfer it to a new

15 phone?

16     A.   Maybe not so much that.  I think Dottie just

17 inquired with me if I still had the same phone that I had

18 back then, and we were trying to determine if we could

19 pinpoint the date that I went to IT to get a new phone.

20     Q.   What was your practice as sergeant with respect

21 to texting detectives?

22     A.   We texted a lot, almost exclusively.

23     Q.   And would you participate in those

24 conversations regularly?

25     A.   Yes.

1      Q.   And when you would text with detectives, would

2  you typically text one-on-one with detectives?

3      A.   Mostly group.  Occasionally, one-on-one, just

4  depending on what -- whether we're -- you know, there was

5  always an ongoing thread and then, you know, if it was a

6  specific question or something specific to one person, an

7  individual text.

8      Q.   Did the text -- did you have a practice of

9  always texting your officers on department-issued phones?

10     A.   For the most part.

11     Q.   Were there occasions that you did text your

12 officers on personal phones?

13     A.   Probably.

14     Q.   Do you know if your officers were texting on

15 personal or professional phones, primarily?

16     A.   For the most part, anything work related would

17 be on the work phone and then personal related would be

18 on the personal phone.

19     Q.   Okay.  Do you -- when you were sergeant of the

20 Drugs and Vice Unit, would you review -- how many

21 drug-related reports would you estimate that you might

22 review in the course of a year?

23     A.   Probably thousands because it wasn't just my

24 drug guys' reports; it's any drug report citywide from

25 somebody stopping a car and finding a dime bag of weed to