1    Q.   At the briefing?  So let's back up a bit, I
 2  guess.
 3         And just to be clear, does what you're saying
 4  also apply to when he is informing the team about
 5  controlled buys?
 6    A.   Correct.  I'm sorry.  That's what I was
 7  referring to.
 8    Q.   Okay.  So I'm discussing controlled buys,
 9  informing the team, but also informing the team about
10  search warrant execution.
11    A.   It was mostly the same way.  Like I said, he
12  would verbalize it at times.  At times, we would be
13  advised by the sergeant, and then a lot of times he
14  would -- he would just -- even if he was present and
15  could verbalize, he may leave and then text the squad
16  after he left, when he was just present with the squad.
17    Q.   And would his texts be group texts?
18    A.   Yes, as far as -- I didn't have a lot of
19  communication with him one on one.
20    Q.   Right.  So if he's informing the squad of an
21  operation, he would sometimes inform the group through a
22  group text?
23    A.   Correct.
24    Q.   Sometimes he would communicate verbally?
25    A.   Correct.