1  kind of the top two guys that are in charge of the team.
2      Q.   Who are the top two?
3      A.   Of my team, so it would be Sergeant McDonald,
4  David Mead and Thomas Webb.
5      Q.   Okay.  And I believe all three of them were
6  active in 2019 and 2020.
7      A.   Yes.
8      Q.   And just, again, that's Webb, Mead and
9  McDonald?
10     A.   Yes.
11     Q.   Are all three sergeants?
12     A.   No, Sergeant McDonald is the only sergeant over
13 that team, but, again, this was my common practice.  I
14 can only speak for what I do.
15     Q.   Any other times where you send out e-mails
16 during this process?
17     A.   If I need the search warrant read by a
18 supervisor and he's already left for the day, I will
19 e-mail that to him for him to approve.  Otherwise,
20 typically, I mean we're all in the same room.  Everybody
21 typically knows what's going on.
22     Q.   What about text messages?  Do you communicate
23 with the vice team via text message?
24     A.   Yes.
25     Q.   What types of things?

1    A.   All things, I mean, about the case, about,
2  "Hey, I've got a buy" or, "I've got a search warrant" or,
3  "Hey, I need people for this, these things at these
4  times."
5    Q.   Is this typically done in an individual,
6  one-on-one text message or on a group chat?
7    A.   It depends.
8    Q.   Do you have a group chat with Vice Team 1?
9    A.   Currently or previously?
10   Q.   Both.
11   A.   Yes.  They're just different teams.
12   Q.   Okay.  So you had a group chat with Vice Team 1
13 from 2019 and 2020?
14   A.   I believe so, yes.
15   Q.   And you have one currently, today?
16   A.   Yes.
17   Q.   Would Officer Abdullah utilize the group chat
18 to tell people what he was doing on his cases?
19   A.   Sometimes, yes.
20   Q.   Would Officer Abdullah ever text you separately
21 to tell you what he was doing on his cases?
22   A.   Typically, it was in the group chat.
23   Q.   Okay.  So let's go back to the process for the
24 search warrant execution.  Let's say you've gotten it
25 granted.  You've e-mailed it to the SEU team.  You want