IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-0068-BO

YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z.G.,

*Plaintiffs*,

v.

THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, in their individual capacities, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.

*Defendants*.

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE EXHIBIT D UNDER SEAL

This matter came before the Court upon Plaintiffs' motion to seal Exhibit D of their memorandum in support of their motion to compel Defendants' text communications.

1

Exhibit D contains text messages marked as confidential pursuant to a protective order. The protective order requires the parties to file confidential documents under seal.

    Based on the foregoing, it is hereby ORDERED that Plaintiffs may file Exhibit D of their memorandum in support of their motion to compel Defendants' text communications. under seal. The parties may, at any time, move to unseal Exhibit D.

    This the 22nd day of March 2023

    _____