UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| YOLANDA IRVING, et al., | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiffs, | ) | |
| | ) | EXHIBIT A |
| v. | ) | |
| | ) | ITEMIZATION OF COSTS |
| THE CITY OF RALEIGH, et al., | ) | INCURRED BY SEU DEFENDANTS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COST INCURRED FOR PROCESS SERVICE (28 U.S.C. § 1920(1))

| Subpoena to Mary Anne Etheridge, PhD | $95.00 |
| --- | --- |

COSTS INCURRED FOR DEPOSITION TRANSCRIPTS (28 U.S.C. § 1920(2))

| PARTY DEPOSED | ITEM DESCRIPTION | PROVIDER | DATE OF DEPOSITION | NUMBER OF PAGES IN TRANSCRIPT | PER-PAGE RATE[1] | COST |
| --- | --- | --- | --- | --- | --- | --- |
| Officer Meghan C. Gay | Transcript | Reed & Associates | 28-Oct-22 | 238 | $2.60 | $618.80 |
| Officer David Mead | Transcript | Reed & Associates | 1-Nov-22 | 103 | $2.60 | $267.80 |
| Officer Jesus Ortiz | Transcript | Reed & Associates | 1-Nov-22 | 96 | $2.60 | $249.60 |
| Yolanda Irving | Transcript | Veritext, LLC | 14-Nov-22 | 263 | $3.89 | $1,023.90 |
| Kenya Walton | Transcript | Veritext, LLC | 15-Nov-22 | 204 | $3.96 | $807.35 |
| Cydneea Harrington | Transcript | Veritext, LLC | 16-Nov-22 | 95 | $3.78 | $359.50 |

---

[1] The costs associated with transcripts provided by Veritext, LLC vary in per-page rate because Veritext outsources transcripts services to other companies, resulting in varying rates.

1

| | | | | | | |
|---|---|---|---|---|---|---|
| J.I. | Transcript | Veritext, LLC | 16-Nov-22 | 182 | $3.55 | $645.25 |
| Juwan Harrington | Transcript | Veritext, LLC | 16-Nov-22 | 72 | $3.97 | $285.75 |
| Robert Whitley, Jr. | Transcript | Veritext, LLC | 17-Nov-22 | 187 | $3.99 | $746.20 |
| Ziyel Whitley | Transcript | Veritext, LLC | 17-Nov-22 | 187 | $3.74 | $698.70 |
| Kamisha Whitley | Transcript | Veritext, LLC | 18-Nov-22 | 144 | $3.80 | $547.85 |
| Z.G. | Transcript | Veritext, LLC | 18-Nov-22 | 190 | $3.74 | $710.55 |
| Officer Omar Abdullah | Transcript | Reed & Associates | 15-Dec-22 | 180 | $2.60 | $468.00 |
| Detective Jason C. Gwinn | Transcript | Reed & Associates | 19-Dec-22 | 150 | $2.60 | $390.00 |
| Officer William Rolfe | Transcript | Reed & Associates | 17-Jan-23 | 201 | $2.60 | $522.60 |
| Yolanda Irving | Transcript, Vol. II | Veritext, LLC | 27-Jan-23 | 67 | $4.78 | $320.20 |
| Officer Rishar Pierre Monroe | Transcript | Reed & Associates | 31-Jan-23 | 182 | $2.60 | $473.20 |
| Dyamond Whitley | Transcript | Veritext, LLC | 3-Feb-23 | 127 | $4.04 | $513.00 |
| Sergeant David McDonald | Transcript | Reed & Associates | 24-Feb-23 | 80 | $2.60 | $208.00 |
| Officer Daniel Twiddy | Transcript | Reed & Associates | 24-Feb-23 | 62 | $2.60 | $161.20 |
| Sergeant Julien David Rattelade | Transcript | Reed & Associates | 28-Feb-23 | 177 | $2.60 | $460.20 |

| OTHER COSTS | INVOICE DATE | PROVIDER | DESCRIPTION | COST |
|---|---|---|---|---|
| Veritext Exhibit Package (ACE) | 7-Dec-22 | Veritext, LLC | complete exhibits list | $50.50 |
| Scanned Exhibits | 13-Jan-23 | Reed & Associates | complete exhibits list; 68 pages, $0.50/page | $34.00 |

2

| TOTAL | | | $10,562.15 |
|---|---|---|---|

COSTS INCURRED FOR MEDICAL RECORDS (28 U.S.C. § 1920(4))

| RECORD | COST |
|---|---|
| Medical Records of Kenya Walton from Vidant Medical Center | $10.84 |
| Medical Records of Jalen Irving from NextCare Urgent Care | $10 |
| Medical Records of Kamisha S. Whitley from Wake County Human Services | $19.25 |
| Medical Records of Yolanda Irving from Urban Ministries of Wake County | $17.25 |
| Medical Records of Kenya Walton from Ciox Health | $82 |
| Medical Records of Kenya Walton from Wake County EMS | $32 |
| **TOTAL** | $171.34 |