UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

YOLANDA IRVING, et al.,                    )
                                           )
                    Plaintiffs,            )
                                           )          EXHIBIT B
v.                                         )
                                           )     TRUE COPIES OF INVOICES
THE CITY OF RALEIGH, et al.,               )       ILLUSTRATING COSTS
                                           )          INCURRED BY
                    Defendants.            )         SEU DEFENDANTS
_____            )

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC 28105
Phone: 980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/14/2022 | 7438 |

**BILL TO**

Leslie C. Packer, Esquire
Ellis & Winters LLP
4131 Parkdale Avenue, Suite 400
Raleigh, NC 27612

| TERMS | REP |
|-------|-----|
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
|-------------|-----------|--------|
| In Re: Yolanda Irving, et al. vs. City of Raleigh, et al.; Civil Action No. 5:22-cv-00068-BO | | |
| Transcript Copy - Deposition of OFFICER MEGHAN C. GAY on 10/28/22 | 238 | 618.80 |
| ** Electronic Copy Only (11/14/22) | | |

Thank you for your business.

| **Total** | $618.80 |
|-----------|---------|

Past-due balances may bear interest at the rate of
1.5% per month.

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC 28105
Phone: 980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/23/2022 | 7455 |

**BILL TO**

Leslie C. Packer, Esquire
Ellis & Winters LLP
4131 Parkdale Avenue, Suite 400
Raleigh, NC 27612

| TERMS | REP |
|-------|-----|
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
|-------------|-----------|--------|
| In Re: Yolanda Irving, et al. v. The City of Raleigh, et al.; 5:22-cv-00068-BO | | |
| Transcript Copy - Deposition of OFFICER DAVID MEAD on 11/1/22 | 103 | 267.80 |
| Transcript Copy - Deposition of OFFICER JESUS ORTIZ on 11/1/22 | 96 | 249.60 |
| ** Electronic Copy Only | | |

Thank you for your business.

| **Total** | **$517.40** |
|-----------|-------------|

Past-due balances may bear interest at the rate of
1.5% per month.

## Veritext, LLC - Southeast Division

Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Michelle Liguori Esq
Ellis & Winters LLP
4131 Parklake Avenue
Suite 400
Raleigh, NC, 27612

| | |
|---|---|
| **Invoice #:** | **6208004** |
| **Invoice Date:** | **11/30/2022** |
| **Balance Due:** | **$1,023.90** |

| **Case: Irving, Yolanda v. The City Of Raleigh (522CV00068BO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5551369   |   Job Date: 11/14/2022   |   Delivery: Normal

| Location: | Raleigh, NC |
|---|---|
| Billing Atty: | Michelle Liguori Esq |
| Scheduling Atty: | Jason Benton | Parker Poe Adams & Bernstein |

| **Witness: Yolanda Irving** | **Amount** |
|---|---|
| Certified Transcript - Medical, Technical or Video | $1,023.90 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,023.90** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,023.90** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6208004**
**Invoice Date: 11/30/2022**
**Balance Due: $1,023.90**

28398

**Veritext, LLC - Southeast Division**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Leslie C. Packer Esq
Ellis & Winters LLP
4131 Parklake Avenue
Suite 400
Raleigh, NC, 27612

| | |
|---|---|
| **Invoice #:** | **6206984** |
| **Invoice Date:** | **11/30/2022** |
| **Balance Due:** | **$807.35** |

| Case: Irving, Yolanda v. The City Of Raleigh (522CV00068BO) | Proceeding Type: Depositions |
|---|---|

Job #: 5552433   |   Job Date: 11/15/2022   |   Delivery: Normal

| | |
|---|---|
| Location: | Raleigh, NC |
| Billing Atty: | Leslie C. Packer Esq |
| Scheduling Atty: | Jason Benton | Parker Poe Adams & Bernstein |

| Witness: Kenya Walton | Amount |
|---|---|
| Certified Transcript - Medical, Technical or Video | $807.35 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$807.35** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$807.35** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6206984
**Invoice Date:** 11/30/2022
**Balance Due:** $807.35

28398

**Veritext, LLC - Southeast Division**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | Leslie C. Packer Esq | Invoice #: | 6220448 |
| | Ellis & Winters LLP | Invoice Date: | 12/7/2022 |
| | 4131 Parklake Avenue | Balance Due: | $1,308.90 |
| | Suite 400 | | |
| | Raleigh, NC, 27612 | | |

| Case: Irving, Yolanda v. The City Of Raleigh (522CV00068BO) | Proceeding Type: Depositions |
|---|---|

Job #: 5552495  |  Job Date: 11/18/2022  |  Delivery: Normal

| | |
|---|---|
| Location: | Raleigh, NC |
| Billing Atty: | Leslie C. Packer Esq |
| Scheduling Atty: | Jason Benton | Parker Poe Adams & Bernstein |

| Witness: Kamisha Whitley | Amount |
|---|---|
| Certified Transcript - Medical, Technical or Video | $547.85 |

| Witness: Z. G. | Amount |
|---|---|
| Certified Transcript - Medical, Technical or Video | $710.55 |

| | Amount |
|---|---|
| Veritext Exhibit Package (ACE) | $50.50 |

| Notes: | Invoice Total: | $1,308.90 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,308.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | A/C Name:Veritext | Invoice #: 6220448 |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | Invoice Date: 12/7/2022 |
| Chicago IL 60694-1303 | Bank Addr:311 W. Monroe Chicago, IL 60606 | Balance Due: $1,308.90 |
| Fed. Tax ID: 20-3132569 | Account No:4353454 ABA:071000288 | |
| | Swift: HATRUS44 | |

Pay by Credit Card: www.veritext.com

28398



Bill To: Michelle Liguori Esq
Ellis & Winters LLP
4131 Parklake Avenue
Suite 400
Raleigh, NC, 27612

| | |
|---|---|
| Invoice #: | 6240179 |
| Invoice Date: | 12/15/2022 |
| Balance Due: | $1,444.90 |

| Case: Irving, Yolanda v. The City Of Raleigh (522CV00068BO) | Proceeding Type: Depositions |
|---|---|

Job #: 5552478 | Job Date: 11/17/2022 | Delivery: Normal

Location: Raleigh, NC

Billing Atty: Michelle Liguori Esq

Scheduling Atty: Jason Benton | Parker Poe Adams & Bernstein

| Witness: Robert Whitley, Jr. | Amount |
|---|---|
| Certified Transcript - Medical, Technical or Video | $746.20 |

| Witness: Ziyel Whitley | Amount |
|---|---|
| Certified Transcript - Medical, Technical or Video | $698.70 |

| Notes: | Invoice Total: | $1,444.90 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,444.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Bank Addr:311 W. Monroe Chicago, IL 60606
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6240179
**Invoice Date:** 12/15/2022
**Balance Due:** $1,444.90

28398

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC 28105
Phone: 980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 12/30/2022 | 7496 |

| BILL TO |
|---------|
| Michelle Liguori, Esquire<br>Ellis & Winters, LLP<br>4131 Parkdale Avenue, Suite 400<br>Raleigh, NC 27612 |

| TERMS | REP |
|-------|-----|
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
|-------------|-----------|--------|
| In Re: Yolanda Irving, et al. vs. City of Raleigh, et al.; Civil Action No. 5:22-cv-00068-BO | | |
| Transcript Copy - Deposition of OFFICER OMAR ABDULLAH on 12/15/22 | 180 | 468.00 |
| ** Electronic Copy Only | | |

Thank you for your business.

| **Total** | $468.00 |
|-----------|---------|

Past-due balances may bear interest at the rate of
1.5% per month.

**Veritext, LLC - Southeast Division**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID:20-3132569



| Bill To: | Michelle Liguori Esq | | |
|---|---|---|---|
| | Ellis & Winters LLP | **Invoice #:** | 6290796 |
| | 4131 Parklake Avenue | **Invoice Date:** | 1/12/2023 |
| | Suite 400 | **Balance Due:** | $1,290.50 |
| | Raleigh, NC, 27612 | | |

| Case: Irving, Yolanda v. The City Of Raleigh (522CV00068BO) | Proceeding Type: Depositions |
|---|---|

Job #: 5552453    |    Job Date: 11/16/2022    |    Delivery: Normal

| | |
|---|---|
| Location: | Raleigh, NC |
| Billing Atty: | Michelle Liguori Esq |
| Scheduling Atty: | Jason Benton | Parker Poe Adams & Bernstein |

| Witness: Cydneea Harrington | Amount |
|---|---|
| Transcript Services | $359.50 |

| Witness: J.I. | Amount |
|---|---|
| Transcript Services | $645.25 |

| Witness: Juwan Harrington | Amount |
|---|---|
| Transcript Services | $285.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,290.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,290.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Bank Addr:311 W. Monroe Chicago, IL 60606
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6290796
**Invoice Date:** 1/12/2023
**Balance Due:** $1,290.50

28398

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC 28105
Phone: 980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/13/2023 | 7514 |

**BILL TO**

Michelle Liguori, Esquire
Ellis & Winters LLP
4131 Parkdale Avenue, Suite 400
Raleigh, NC 27612

| TERMS | REP |
|-------|-----|
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
|-------------|-----------|--------|
| In Re: Yolanda Irving, et al. vs. City of Raleigh, et al.; Civil Action No. 5:22-cv-00068-BO | | |
| Transcript Copy - Deposition of DETECTIVE JASON C. GWINN on 12/19/22 | 150 | 390.00 |
| Scanned Exhibits (discounted) | 68 | 34.00 |
| ** Electronic Copy Only | | |

Thank you for your business.

| **Total** | $424.00 |
|-----------|---------|

Past-due balances may bear interest at the rate of
1.5% per month.

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC  28105
Phone:  980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/31/2023 | 7533 |

**BILL TO**

Michelle Liguori, Esquire
Ellis & Winters, LLP
4131 Parkdale Avenue, Suite 400
Raleigh, NC  27612

| TERMS | REP |
|-------|-----|
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
|-------------|-----------|--------|
| In Re:  Yolanda Irving, et al. vs. City of Raleigh, et al.; Civil Action No. 5:22-cv-00068-BO | | |
| Transcript Copy - Deposition of OFFICER WILLIAM ROLFE on 1/17/23 | 201 | 522.60 |
| ** Electronic Copy Only | | |

Thank you for your business.

| **Total** | $522.60 |
|-----------|---------|

Past-due balances may bear interest at the rate of
1.5% per month.

**Veritext, LLC - Southeast Division**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Michelle Liguori Esq | Invoice #: | 6349414 |
| Ellis & Winters LLP | Invoice Date: | 2/8/2023 |
| 4131 Parklake Avenue | Balance Due: | $513.00 |
| Suite 400 | | |
| Raleigh, NC, 27612 | | |

| | |
|---|---|
| Case: Irving, Yolanda v. The City Of Raleigh (522CV00068BO) | Proceeding Type: Depositions |

Job #: 5694599  |  Job Date: 2/3/2023  |  Delivery: Normal

| | |
|---|---|
| Location: | Raleigh, NC |
| Billing Atty: | Michelle Liguori Esq |
| Scheduling Atty: | Jason Benton | Parker Poe Adams & Bernstein |

| Witness: Dyamond Whitley | Amount |
|---|---|
| Transcript Services | $513.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $513.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $513.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6349414
**Invoice Date:** 2/8/2023
**Balance Due:** $513.00

28398

**Veritext, LLC - Southeast Division**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: Michelle Liguori Esq | | | |
|---|---|---|---|
| Ellis & Winters LLP | | **Invoice #:** | 6354891 |
| 4131 Parklake Avenue | | **Invoice Date:** | 2/10/2023 |
| Suite 400 | | **Balance Due:** | $320.20 |
| Raleigh, NC, 27612 | | | |

| Case: Irving, Yolanda v. The City Of Raleigh (522CV00068BO) | Proceeding Type: Depositions |
|---|---|

Job #: 5680105   |   Job Date: 1/27/2023   |   Delivery: Normal

| Location: | Raleigh, NC |
|---|---|
| Billing Atty: | Michelle Liguori Esq |
| Scheduling Atty: | Jason Benton | Parker Poe Adams & Bernstein |

| Witness: Yolanda Irving , Vol II | Amount |
|---|---|
| Transcript Services | $320.20 |

| Notes: | | Invoice Total: | $320.20 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $320.20 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6354891
**Invoice Date:** 2/10/2023
**Balance Due:** $320.20

28398

Case 5:22-cv-00068-BO   Document 198-4   Filed 03/27/23   Page 13 of 23

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC 28105
Phone: 980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/1/2023 | 7563 |

**BILL TO**

Michelle Liguori, Esquire
Ellis & Winters, LLP
4131 Parkdale Avenue, Suite 400
Raleigh, NC 27612

| TERMS | REP |
|-------|-----|
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
|-------------|-----------|--------|
| In Re: Yolanda Irving, et al. vs. City of Raleigh, et al.; Civil Action No. 5:22-cv-00068-BO<br><br>Transcript Copy - Deposition of OFFICER RISHAR PIERRE MONROE on 1/31/23<br><br>** Electronic Copy Only | 182 | 473.20 |

Thank you for your business.

| **Total** | **$473.20** |
|-----------|-------------|

Past-due balances may bear interest at the rate of
1.5% per month.

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC 28105
Phone: 980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/15/2023 | 7582 |

**BILL TO**

Leslie C. Packer, Esquire
Ellis & Winters LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612

| TERMS | REP |
|-------|-----|
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
|-------------|-----------|--------|
| In Re: Yolanda Irving, et al. vs. City of Raleigh, et al.; Civil Action No. 5:22-cv-00068-BO | | |
| Transcript Copy - Deposition of SERGEANT DAVID McDONALD on 2/24/23 | 80 | 208.00 |
| Transcript Copy - Deposition of OFFICER DANIEL TWIDDY on 2/24/23 | 62 | 161.20 |
| ** Electronic Copy Only | | |

Thank you for your business.

**Total** $369.20

Past-due balances may bear interest at the rate of
1.5% per month.

# REED & ASSOCIATES

2401 Whirlaway Court
Matthews, NC 28105
Phone: 980-339-3575
VReed@carolina.rr.com

# Invoice

| DATE | INVOICE NO. |
| --- | --- |
| 3/22/2023 | 7589 |

**BILL TO**

Leslie C. Packer, Esquire
Ellis & Winters LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612

| TERMS | REP |
| --- | --- |
| Net 30 | DH |

| DESCRIPTION | QTY/PAGES | AMOUNT |
| --- | --- | --- |
| In Re: Yolanda Irving, et al. vs. City of Raleigh, et al.; Civil Action No. 5:22-cv-00068-BO<br><br>Transcript Copy - Deposition of SGT. JULIEN DAVID RATTELADE on 2/28/23<br><br>** Electronic Copy Only | 177 | 460.20 |

Thank you for your business.

| **Total** | $460.20 |
| --- | --- |

Past-due balances may bear interest at the rate of
1.5% per month.

# INVOICE



**Legal Wheels**
1101 Haynes St Ste 2
Raleigh, NC 27604

dispatch@legalwheels.com
(919) 836-2210
www.legalwheels.com

## Ellis & Winters

**Bill to**
Ellis & Winters
4131 Parklake Ave., Ste. 400
Raleigh, NC 27612

**Ship to**
Ellis & Winters
4131 Parklake Ave., Ste. 400
Raleigh, NC 27612

**Invoice details**
Invoice no.: 8633
Invoice date: 2/25/23
Terms: Net 10
Due date: 3/7/23

| Product or service | | Amount |
|---|---|---|
| 1. **Process Service**<br>Service date: 2/24/23<br>Subpoena: Mary Anne Etheridge, PhD, Cary NC per Samuel Briggs (13946-02) - Served | 1 unit × $95.00 | $95.00 |

## Ways to pay



Please Pay Here.

Pay invoice

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CiOX
### HEALTH
# INVOICE

Invoice #:    **0404118338**
Date:    **02/15/2023**
Customer #:    **2348505**

| Ship to: |
|---|
| ELLIS AND WINTERS LLP LAW |
| ELLIS AND WINTERS LLP LAW |
| PO BOX 33550 |
| RALEIGH,NC 27636-3550 |

| Bill to: |
|---|
| ELLIS AND WINTERS LLP LAW |
| ELLIS AND WINTERS LLP LAW |
| PO BOX 33550 |
| RALEIGH,NC 27636-3550 |

| Records from: |
|---|
| VIDANT MEDICAL CENTER |
| 2300 BEASLEY DRIVE |
| DOCTORS PARK 8 |
| GREENVILLE,NC 27835 |

**Requested By:**    ELLIS AND WINTERS LLP LAW    **DOB :**    07/07/1979
**Patient Name:**    WALTON KENYA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.00 | 0.00 |
| Shipping | | | 0.84 |
| Subtotal | | | 10.84 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 10.84 |
| Balance Due | | | 10.84 |

| Terms: Net 30 days | **Please remit this amount : $10.84(USD)** |
|---|---|

---

✂

---

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

| Invoice #:    **0404118338** |
|---|
| Check #_____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.



# *Invoice*

Date:     2/20/23                              Invoice # **0223-124-NC**

To:       Ellis Winters
          PO BOX 33550
          Raleigh, NC 27636
          919-865-7010

Patient: Jalen Irving                          DOB:     8/11/07
Order#

| NextCare Fee | Description | Access Fee | Amount |
|---|---|---|---|
| | Medical Record Request Processing Fee | | |
| | Medical Record Request Processing Fee—Flat Fee | | $      10.00 |
| | Affidavit Fee / Records Certification | | |
| | X-RAY Flims / Digital CD | | |
| | Tax ID 58-2380955 | | |
| | | | 10.00 |

PLEASE INCLUDE INVOICE NUMBER WITH REMITTANCE TO:

*NextCare Urgent Care–Attn: Medical Records*
*2145 E. Baseline Road, Suite 101*
*Tempe, AZ 85283*
betsyjohnson@nextcare.com
*CHECKS ONLY ACCEPTED-THANK YOU*



**Human Services**

CONSUMER RECORDS
# BILLING STATEMENT

Date: 02/22/2023

Description of Charges: Reviewing, screening, and copying

Consumer Record #: _2098811_

Processing 1 -25 pages _25_ pages @ $ 0.75/ea: $    18.75

_2_ additional pages @ $ 0.25/ea: $    0.50

: $ _____

## Total Amount Due:    $    19.25

Payment should be made payable to the location selected below:

| ✓ Public Health Center | WCHS - Swinburne |
|---|---|
| Attn: Consumer Records | Attn: Consumer Records |
| PO Box 14049 | 220 Swinburne Rd. |
| Raleigh, NC 27620-40449 | Raleigh, NC 27620-6833 |
| Phone: (919) 250-4485 | Phone: (919) 212-9408 |
| Fax: (919) 250-3856 | Fax: (919) 743-4866 |

Tax ID#: **566000347**

Total Due 30 Days From Date Of Statement.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please Return This Portion With Your Payment.

Amount Paid: $ _19.25_

Requestor: _Ellis & Winters, LLP-Atty @ Law_

_P.O.Box 33550_

_Raleigh NC 27636_

Payment in Reference to: Patient Name: _Kamisha S. Whitley_

Patient Record #: _2098811_

## Thank You For Your Payment!

Customer Copy

HS-3119 Rev 10/07/21



**urban ministries**
**OF WAKE COUNTY**
COMPASSION. DIGNITY. CARE.

February 23, 2023

**Ellis & Winters LLP**                    **Patient Name: Yolanda**
**P.O. Box 33550, Raleigh, NC 27636**      **Chusandra Irving**
**Facsimile 919-865-7010**                 **DOB: 9/7/1976**
                                           **Fee: $17.25**

To whom it may concern,

We have received your medical records request for your client <u>Yolanda Chusandra</u>
<u>Irving</u>, **DOB 9/7/1976.**  However, we do not have any records for Alcohol/Substance
Abuse or Metal Health Information. If you would like to proceed with copies of medical
records please see the information below:

Urban Ministries of Wake County, Inc. has received your request for medical information
for a patient seen in Urban Ministries of Wake County Open Door Clinic.  The total
number of pages for the period you requested is **23 pages.** The fees associated with the
searching, handling, copying, and sending of these medical records are calculated using
North Carolina General Statutes §90-411, where a minimum of $10.00 may be imposed.
The fee schedule is as follows:

     First 25 pages: $0.75 per page
     26-100 pages: $0.50 per page
     100 plus pages: $0.25 per page

The total fee for faxing these medical records is **$17.25**. Please remit exact cash or a
check for this amount, payable to **Urban Ministries of Wake County, Inc**, to the
address below.  Upon receipt of payment the records you requested will be promptly
faxed to your office. If you have any questions, please call us at (919) 256-2176.

Sincerely,
Darlene Gonzalez
Patient Care Coordinator
Open Door Clinic
919-256-2176
Urban Ministries of Wake County

Open Door Clinic ▪ 1390 Capital Boulevard  ▪  Raleigh, NC 27603 ▪  (919) 256-2176 ▪ fax: (919) 834-7306

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 – 2659941
1-800-367-1500



**CIOX**
HEALTH
**INVOICE**

Invoice #: **0404806015**
Date: **02/22/2023**
Customer #: **2348505**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| ELLIS AND WINTERS LLP LAW<br>ELLIS AND WINTERS LLP LAW<br>PO BOX 33550<br>RALEIGH,NC 27636-3550 | ELLIS AND WINTERS LLP LAW<br>ELLIS AND WINTERS LLP LAW<br>PO BOX 33550<br>RALEIGH,NC 27636-3550 | VIDANT MEDICAL CENTER<br>2300 BEASLEY DRIVE<br>DOCTORS PARK 8<br>GREENVILLE,NC 27835 |

**Requested By:** ELLIS AND WINTERS LLP LAW      **DOB :**      07/07/1979
**Patient Name:** WALTON KENYA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 5.00 |
| Retrieval Fee | | | 5.00 |
| Per Page Copy (Paper) 3 | 11 | 0.75 | 8.25 |
| Per Page Copy (Paper) 4 | 14 | 0.00 | 0.00 |
| Per Page Copy (Paper) 2 | 75 | 0.50 | 37.50 |
| Per Page Copy (Paper) 1 | 105 | 0.25 | 26.25 |
| Shipping | | | 0.00 |
| Subtotal | | | 82.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 82.00 |
| Balance Due | | | 82.00 |

**Terms: Net 30 days**      **Please remit this amount : $82.00(USD)**

- - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: | **0404806015** |
|---|---|

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://www.smartrequest.com/

Check #_____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

**Wake County EMS**

# INVOICE

**Make check payable to:**
ChartSwap
2951 Marina Bay Drive
Suite 130-132
League City TX 77573
EIN: 47-2854507

Invoice #: REQ-14653763
Invoice Date: 06 Mar 2023

**For:** Record Requests

**Bill to:**

Ellis & Winters LLP
PO Box 33550
Raleigh, NC  27636

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Walton, Kenya, REQ-14653763 | | | |
| **Provider Fees** | | | |
| Base Fee | 1 | $10.00 | $10.00 |
| Pages 0 - 13 | 9 | $0.00 | $0.00 |
| **ChartSwap Fees** | | | |
| Instant Download Fee | 1 | $22.00 | $22.00 |

**Total** **$32.00**

**ATTENTION: To avoid delays in processing your payment:**

- Checks **MUST** be made payable to payee listed above, checks listing any other payee will be returned.
- Please include the above invoice # on your check.
- Please **DO NOT STAPLE** invoices or checks.
- A $12.00 fee will be assessed on any returned checks.
- Allow at least 14 days for receipt and processing of your check.
- No CASH please.

**For immediate processing, pay online via credit/debit card by logging into your ChartSwap account.**