IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J.I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, and NANETTA GRANT as the natural parent and guardian of Z.G., <br><br>  Plaintiffs, <br><br> vs. <br><br> THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, in their individual capacities, <br><br> Defendants. | **CONSENT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** <br> **(Individual Defendants only)** |

NOW COME the Defendants Abdullah, Rolfe, Monroe, Rattelade and Gay (the "individual capacity Defendants"), through counsel, and respectfully move the Court for entry of an Order granting a brief extension of the deadline for filing of dispositive motions, through and including April 5, 2023. In support of this motion, the Defendants show unto the Court the following:

1. Plaintiff filed this action on February 22, 2022, and have twice amended their Complaint. After the second amendment, the lawsuit contained 11 plaintiffs and 17 defendants.

2. On July 6, 2022, the Court entered a scheduling order bifurcating discovery, with Phase I discovery relating to the claims against the individual defendants and Phase II discovery relating to the claims against the City of Raleigh and official capacity defendants. DE 69.

3. On January 3, 2023, the Court entered an Order extending the deadlines for Phase I discovery and dispositive motions. The deadline for the individual capacity Defendants to file dispositive motions is currently March 31, 2023. DE 156.

4. On February 22, 2023, counsel for Defendant Abdullah noticed the deposition of Plaintiffs' designated expert witness, David T. Sweeney, for March 1, 2023, in-person in Seattle, Washington, where Mr. Sweeney resides.

5. On February 27 and 28, 2023, counsel for Defendant Abdullah travelled to Seattle to conduct this deposition. On the morning of the scheduled deposition, Plaintiffs' counsel notified all other counsel that Mr. Sweeney was ill and could not attend. Mr. Sweeney also represented that he was too ill to attend a deposition the following day. As a result, Sweeney's deposition was postponed.

6. On March 3, 2023, Defendants' counsel filed a consent motion to extend the discovery deadline to allow for Mr. Sweeney's deposition to be taken, together with an extension of the dispositive motion deadline to May 1, 2023. DE 183. The Court has not yet ruled on this motion.

7. On March 13, 2023, the Court entered an Order dismissing the claims against 11 of the defendants (the "SEU officers") and dismissing Plaintiff Emancipate. DE 191.

8. On March 29, 2023, by agreement of the parties, Mr. Sweeney's deposition was conducted by remote audio-video conference.

9. Defendant Abdullah's counsel requested an expedited transcript of Mr. Sweeney's deposition, but, as of the time of filing of this Motion, the court reporter has not delivered the transcript. Defendants' counsel anticipate that Sweeney's testimony will be needed for the preparation of their dispositive motions. Accordingly, if the Court is not inclined to

grant the extension requested in D.E. 183, Defendants alternatively request a brief extension, through April 5, 2023, through which to file their dispositive motions.

10. Plaintiffs' counsel, Mr. Rubert-Schewel, has been consulted and does not object to this request for a brief extension.

11. Defendant Rolfe's counsel, Mr. Blanchard, has been authorized to file this motion on behalf of all of the remaining individual capacity Defendants.

WHEREFORE, the individual capacity Defendants hereby request that the Court enter an Order extending the deadline for them to file their dispositive motions, at least through and including April 5, 2023.   A proposed Order is attached.

Respectfully submitted this the 31st day of March, 2023.

/s/Norwood P. Blanchard, III
Norwood P. Blanchard, III
NC State Bar No. 26470
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Tel: (910) 762-9711
Fax: (704) 334-4706
norwood@cmclawfirm.com
*Attorney for Defendant Sergeant William Rolfe*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2023, a copy of the foregoing **Consent Motion for Extension of Dispositive Motion Deadline** was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the counsel of record as follows:

Robin L. Tatum, City Attorney
Dorothy V. Kibler, Deputy City Attorney
N.C. Bar No. 13571
P.O. Box 1949
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
ATTORNEYS FOR DEFENDANT CITY
OF RALEIGH

Michael L. Littlejohn, Jr.
Littlejohn Law, PLLC
227 W. 4th Street, Ste B-113
Charlotte, NC 28202
Email: mll@littlejohnlaw.com
*Attorneys for Plaintiffs*

Abraham Rubert-Schewel, Esq.
Emily Gladden, Esq.
Tin Fulton Walker & Owen, PLLC
204 N. Person Street
Raleigh, NC 27601
Email: schewel@tinfulton.com
Email: egladded@tinfulton.com
*Attorneys for Plaintiffs*

RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpetty@ymwlaw.com
Yates, McLamb & Weyher, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
*Counsel for Officer Rishar Pierre Monroe,*
*Officer Julien David Rattelade and*
*Officer Meghan Caroline Gay*

Ian A. Mance
Elizabeth G. Simpson
Emancipate NC
P.O. Box 309
Durham, NC 27702
Email: ian@emancipatenc.com
Email: elizabeth@emancipatenc.com

Jason R. Benton, Esq.
NC State Bar No.: 27710
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com

    This the 31st day of March, 2023.

/s/Norwood P. Blanchard, III
Norwood P. Blanchard, III