IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:22-CV-00068-BO

| YOLANDA IRVING, *et al..*, | : |  |
| :--- | :--- | :--- |
| Plaintiffs, | : | |
| | : | **ORDER** |
| vs. | : | |
| | : | |
| THE CITY OF RALEIGH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

THIS MATTER is before the Court on the motion of the individual Defendants Rolfe, Abdullah, Gay, Monroe and Rattelade, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for an Order extending the time for them to file dispositive motions. The Court concludes that good cause has been shown. Accordingly, the motion is hereby **GRANTED** and it is **ORDERED** that the individual capacity defendants shall file their dispositive motions on or before April 5, 2023.

SO ORDERED, this the \_\_\_\_ day of March, 2023.

_____
United States Magistrate Judge

.