IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC. | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**APPENDIX OF EXHIBITS**
**to Memorandum of Law in Support of Defendant Gay, Monroe and Rattelade's Motion for Summary Judgment**

EXHIBIT A             Deposition of Sergeant Julien David Rattelade

EXHIBIT B             Deposition of Officer Rishar Pierre Monroe

EXHIBIT C             Deposition of Officer Meghan Carolina Gay

| | |
|---|---|
| EXHIBIT D | Deposition of Officer Omar Abdullah |
| EXHIBIT E | Deposition of Officer William Rolfe |
| EXHIBIT F | Deposition of Kenya Walton |
| EXHIBIT G | Deposition of Officer Jesus M. Ortiz |
| EXHIBIT H | Deposition of Officer David Mead |
| EXHIBIT I | *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986) |
| EXHIBIT J | *Cray Commc'ns, Inc. v. Novatel Computer Sys., Inc.*, 33 F.3d 390, 393–94 (4th Cir. 1994) |
| EXHIBIT K | *Bailey v. Polk*, 2011 WL 4565469 (W.D.N.C. March 7, 2011) |
| EXHIBIT L | *Franks v. Delaware*, 438 U.S. 154,171 98 S. Ct. 2674 (1978) |
| EXHIBIT M | *Miller v. Prince George's County, Md.*, 475 F. 3d 621, 627 (4th Cir. 2007) |
| EXHIBIT N | *Hinkle v. City of Clarksburg, W. Va.*, 81 F.3d 416, 421 (4th Cir.1996) |
| EXHIBIT O | *Hafner v. Brown*, 983 F.2d 570, 577 (4th Cir.1992) |
| EXHIBIT P | *Randall v. Prince George's Cty*, 302 F.3d 188, 204 (4th Cir. 2002) |