IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, et al., <br><br> Defendants. | **OMAR I. ABDULLAH'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Omar I. Abdullah ("Abdullah"), through counsel and pursuant to Local Civil Rule 56.1 *et seq.* and Rule 56 of the Federal Rules of Civil Procedure, hereby respectfully moves the Court for summary judgment in his favor as to all claims asserted against him by the Plaintiffs. (the "Motion").

In support of this Motion, Abdullah relies on the pleadings, all discovery in this matter, the Statement of Material Facts, the Declaration of Defendant Omar I. Abdullah, the deposition testimony and exhibits, the Memorandum of Law in Support of this Motion, and such other matters properly of record at the time of the Court's ruling on this matter. Additionally, to the extent they support this Motion, Abdullah also relies on the summary judgment motions, briefs and supporting documents filed by co-defendants in this matter.

WHEREFORE, Defendant Omar I. Abdullah respectfully moves this Honorable Court for an Order granting this Motion for Summary Judgment and entering judgment in his favor, dismissing all claims asserted against him, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted, this the 31st day of March, 2023.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Jessica C. Dixon
N.C. State Bar No. 36719
Daniel E. Peterson
N.C. State Bar No. 41251
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com
danielpeterson@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **Omar I. Abdullah's Motion for Summary Judgment** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 31st day of March, 2023.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
Daniel E. Peterson
N.C. State Bar No. 41251
Jessica C. Dixon
N.C. State Bar No. 36719
**PARKER POE ADAMS & BERNSTEIN LLP**
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 372.9000
Facsimile: (704) 334.4706
Email: jasonbenton@parkerpoe.com
　　　　danielpeterson@parkerpoe.com
　　　　jessicadixon@parkerpoe.com

*Attorneys for Defendant Omar I. Abdullah*