FILED: April 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1399
(5:22-cv-00068-BO)

_____

YOLANDA IRVING, individually and as the natural parent of J.I.; JUWAN HARRINGTON; CYDNEEA HARRINGTON; KENYA WALTON, individually and as the natural parent and guardian of R.W.; ZIYEL WHITLEY; DYAMOND WHITLEY; KAMISHA WHITLEY; NANETTA GRANT, as the natural parent and guardian of Z.G.; EMANCIPATE NC, INC.

        Plaintiffs - Appellants

v.

THE CITY OF RALEIGH; OMAR I. ABDULLAH, Officer, in their individual capacity; WILLIAM ROLFE, Sergeant, in their individual capacity; RISHAR PIERRE MONROE, Officer, in their individual capacity; JULIEN DAVID RATTELADE, Officer, in their individual capacity; MEGHAN CAROLINE GAY, Officer, in their individual capacity; DAVID MEAD, Officer, in their individual capacity; DAVID MCDONALD, Officer, in their individual capacity; JESUS ORTIZ, Officer, in their individual capacity; KYLE PERRIN, Officer, in their individual capacity; MICHAEL MOLLERE, Officer, in their individual capacity; KYLE THOMPSON, Officer, in their individual capacity; VINCENT DEBONIS, Officer, in their individual capacity; DANIEL TWIDDY, Officer, in their individual capacity; THOMAS WEBB, Officer, in their individual capacity; DAVID GARNER, Officer, in their individual capacity; ESTELLA PATTERSON, Chief of Police, in their official capacity; MARCHELL ADAMS-DAVID, City Manager, in their official capacity

        Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:22-cv-00068-BO |
| Date notice of appeal filed in originating court: | 04/10/2023 |
| Appellant(s) | Yolanda Irving; Juwan Harrington; Cydneea Harrington; Kenya Walton; Ziyel Whitley; Dyamond Whitley; Kamisha Whitley; Nanetta Grant; Emancipate NC, Inc. |
| Appellate Case Number | 23-1399 |
| Case Manager | Karen Stump<br>804-916-2704 |