IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF RALEIGH, et al. ) <br> ) <br> Defendants. ) <br> ) | **ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE BRIEF AND FOR A WORD AND PAGE COUNT EXTENSION** |

This matter was heard by the undersigned on a motion by Plaintiffs, filed pursuant to Fed. R. Civ. P. 6(b) to extend time to respond to defendants' motions for summary judgement. And pursuant to Local Civil Rules 7.1 and 7.2 for an enlargement of the word and page count to 15,000 words and 45 pages or less in a consolidated response brief.

It appears to the Court that the time for responding has not expired, that defendants' counsel has consented to the extension of time to respond and to the enlargement of the page and word count, and that good cause exists to grant this motion.

IT IS THEREFORE ORDERED that the deadline for responding to dispositive motions is extended to June 1, 2023, and that Plaintiffs may respond in a consolidated brief of 15,000 words and 45 pages or less.

This the 18 of April 2023.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE