IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>Defendants. | **ORDER GRANTING OMAR I. ABDULLAH'S AMENDED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |

This matter is before the Court on Defendant Omar I. Abdullah's amended motion for leave to file Exhibit A to his Declaration submitted in support of Amended Motion for Summary Judgment under seal pursuant to Local Civil Rule 79.2 and in accordance with Section V.G. of the Electronic Case Filing Administrative Policies and Procedures Manual. Having carefully considered the motion, the Court finds and concludes that Exhibit A to Omar I. Abdullah's Declaration is confidential according to the provisions of the Consent Protective Order and N.C.G.S. § 132-1.4, and, therefore, should be filed under seal. For good cause shown, the motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**, that Defendant Omar Abdullah may file Exhibit A to his Declaration under seal.

SO ORDERED, this the ____ day of _____, 2023.

_____
Terrence W. Boyle
United States District Court