IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

YOLANDA IRVING, individually and as the
natural parent and guardian of J. I., JUWAN
HARRINGTON, CYDNEEA HARRINGTON,
KENYA WALTON, individually and as the
natural parent and guardian of R.W., ZIYEL
WHITLEY, DYAMOND WHITLEY,
KAMISHA WHITLEY, NANETTA GRANT as
the natural parent and guardian of Z. G., and
EMANCIPATE NC., INC.

              Plaintiffs,

vs.

THE CITY OF RALEIGH, Officer OMAR I.
ABDULLAH, Sergeant WILLIAM ROLFE,
Officer RISHAR PIERRE MONROE, Officer
JULIEN DAVID RATTELADE, and Officer
MEGHAN CAROLINE GAY, Officer DAVID
MEAD, Officer JESUS ORTIZ, Officer KYLE
PERRIN, Officer MICHAEL MOLLERE,
Officer, KYLE THOMPSON, Officer
VINCENT DEBONIS, Officer DANIEL
TWIDDY, Officer THOMAS WEBB, Officer
DAVID MCDONALD, Officer DAVID
GARNER, Chief of Police ESTELLA
PATTERSON and City Manager MARCHELL
ADAMS-DAVID, in their official capacities.

              Defendants.

**DEFENDANT GAY, MONROE AND
RATTELADE'S AMENDED MOTION
FOR SUMMARY JUDGMENT**

Defendants Meghan Gay, Rishar Monroe, and Julien Rattelade (collectively, "Vice

Defendants"), through counsel and pursuant to Local Civil Rule 56.1 and Rule 56 of the Federal

Rules of Civil Procedure, hereby move the Court for summary judgment in their favor as to all

claims asserted against them by Plaintiffs.

In support of Vice Defendants' Amended Motion for Summary Judgment, Vice Defendants rely upon the pleadings, discovery in this matter, their Statement of Material Facts, deposition testimony taken in this matter and exhibits, Vice Defendants Amended Memorandum of Law in Support of the Amended Motion for Summary Judgment, and other supporting materials properly of record before this Court. To the extent that they support Vice Defendants' Amended Motion for Summary Judgment, Vice Defendants also rely upon the summary judgment motions, briefs, and supporting documents filed by co-defendants and any amended summary judgment motions, briefs and supporting documents filed by co-defendants in this matter.

Wherefore, Vice Defendants respectfully move this Court for an Order granting this Amended Motion for Summary Judgment and entering judgment in their favor, dismissing all claims asserted against Vice Defendants, and for such other and further relief as the Court may deem just and proper.

This the 1st day of May, 2023.

/s/ Alayna M. Poole
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@rpsplaw.com
ALAYNA M. POOLE
N.C. State Bar No.: 57880
apoole@rpsplaw.com
PETTEY & PARTRICK, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
*Counsel for R.P. Monroe, J.D. Rattelade, and M.C. Gay in their individual capacities*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | | |
|---|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| Defendants. | ) ) ) | |

I hereby certify that on May 1, 2023, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following CM/ECF participants: Abraham Rubert-Schewel (schewel@tinfulton.com), Emily D.

Gladden (Egladden@tinfulton.com), Michael L. Littlejohn, Jr. (mll@littlejohn-law.com), Nichad

Davis (ndavis@tinfulton.com), Ian A. Mance (ian@emancipatenc.com) and Elizabeth Simpson

(elizabeth@emancipatenc.com), *Counsel for Plaintiffs;* Amy C. Petty (Amy.Petty@raleighnc.gov), Dorothy V. Kibler (Dorothy.Kibler@raleighnc.gov), Leslie C. Packer (leslie.packer@elliswinters.com), and Michelle A. Liguori (michelle.liguori@elliswinters.com) *Counsel for Defendant The City of Raleigh;* Daniel E. Peterson (danielpeterson@parkerpoe.com), Jason R. Benton (jasonbenton@parkerpoe.com) and Jessica C. Dixon (jessicadixon@parkerpoe.com), *Counsel for Defendant Omar Abdullah;* and Norwood P. Blanchard, III (norwood@cmclawfirm.com), *Counsel for Defendant William Rolfe,* and I hereby certify that I have mailed the document to the following non-CM/ECF participants: None.

Respectfully submitted,

BY:  /s/ Alayna M. Poole
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@rpsplaw.com
ALAYNA M. POOLE
N.C. State Bar No.: 57880
apoole@rpsplaw.com
PETTEY & PARTRICK, LLP
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone:  (919) 835-0900
Facsimile:  (919) 835-0910
*Counsel for R.P. Monroe, J.D. Rattelade, and*
*M.C. Gay in their individual capacities*