1  detective.

2      Q.   Do you recall anything further at this time?

3      A.   In regards to?

4      Q.   What happened after the arrest of Curtis Logan?

5      A.   I mean, I believe Detective Monroe was the one

6  that collected evidence, if I recall correctly.  I don't

7  remember.  I may have done charging.  I don't recall my

8  particular role that day.

9      Q.   So on multiple occasions, you -- well, strike

10 that.  What does it mean to do charging?

11     A.   Writing up the warrants that are then sworn out

12 by the detective who's in charge of the case.

13     Q.   How often did you do that for Abdullah?

14     A.   Fairly often.

15     Q.   How many times would you say you did that on

16 cases where Aspirin was involved?

17     A.   I couldn't give you an exact number.  Everybody

18 kind of had -- filled different roles when we did a

19 takedown or a search warrant.  We tried to work as many

20 people as possible to get it done as efficiently as

21 possible.

22     Q.   Okay.  I'm going to -- and I'm sorry I don't

23 have multiple copies of this because I wasn't expecting

24 to use it, but I'm going to show you Officer

25 Rattelade's -- Detective Rattelade's and now Sergeant

1    expressed concerns to me, he had also expressed them to

2    Rolfe and it was being expressed by my senior detective

3    that was training me.

4         Q.   But I -- so you relied on Monroe to do that?

5         A.   Yes.

6         Q.   But my understanding is you only know of one

7    time prior to May 21, 2020, where you believe Monroe or

8    Rattelade actually expressed concerns to a supervisor?

9              MR. PETTEY:  Objection.

10             THE WITNESS:  Regarding Dennis Williams and his

11   buys, I don't recall that.  That was a -- that's

12   something that I recall and then I recall him going to a

13   supervisor after the May 21st, but anything other than

14   that -- I mean, we had ongoing conversations, but I can't

15   pinpoint a time.  Does that make sense?  Or a date that

16   they occurred on.  I mean, he was training me throughout

17   this whole period.

18             BY MR. SCHEWEL:

19        Q.   After January 2nd, 2020, after this happened,

20   did you still believe that Aspirin was a reliable CI?

21        A.   Yes.

22        Q.   Why?

23        A.   The opinion expressed at that time was that the

24   drug dealer was trying to rip off Aspirin, if the drugs

25   were, in fact, fake.  Again, we did not have anything

1      Q.   Was it your belief that Williams was purchasing

2  marijuana and not actually purchasing heroin?

3      A.   At what time frame?

4      Q.   Is that your belief today?

5      A.   That is my belief today.

6      Q.   Was that your belief on May 22nd, 2021 -- 2020?

7      A.   I don't believe that was my belief until

8  conversations started occurring about the totality of the

9  circumstances.  I cannot give you an exact date as to

10 when that became the topic of discussion, but it was

11 after May 21st.

12     Q.   Was it after Abdullah was suspended or before

13 Abdullah was suspended?

14     A.   Somewhere in that time frame.

15     Q.   How do you think the fake heroin was produced?

16     A.   In what -- define "produced."

17     Q.   Well, we know that in at least or approximately

18 15 cases, fake heroin was produced.  How do you think it

19 got there?

20     A.   Based on my belief at this current time?

21     Q.   Yeah.

22     A.   That Dennis Williams was bringing that to the

23 takedowns.

24     Q.   So how do you think that he did that without

25 Abdullah or anyone else on the vice team catching him?

1   I --

2        Q.   I'm just asking if you did.

3        A.   No, I don't believe so.

4        Q.   So after you learned all of this about

5   Williams, that he was covering his body camera, that his

6   heroin had field tested negative, you say, once --

7        A.   Twice.

8        Q.   Well, let's say prior to May 20th.  That he had

9   claimed to buy drugs for way less than they should have

10  cost, that the drugs on at least one occasion did not

11  look like heroin -- and I think I said this already, but

12  that his livestream was not showing a transaction or a

13  sale occurring.  Your testimony is that you still

14  believed him to be a reliable and credible informant?

15       A.   After learning all of that?

16       Q.   Prior to May 20th, 2020, yes.

17       A.   So, again, he was not my CI.  I did not make

18  the determination for whether or not he was credible.

19       Q.   I'm not asking if you did.  I'm just asking if,

20  on May 19th, 2020, did you believe Aspirin was a credible

21  and reliable informant?

22       A.   I don't think I would have used him, but I

23  can't make the -- I don't make the determination for

24  other people's CIs.

25       Q.   Well, I mean, if you were in the same situation

 1       A.   I believe it was Officer Garner, based on the

 2  voice.

 3       Q.   And Garner is an SEU officer?

 4       A.   Yes.

 5       Q.   And Garner -- earlier in the video, you saw he

 6  had a firearm in his hand?

 7       A.   I believe so.

 8       Q.   And his firearm appeared to have a flashlight

 9  on it?

10       A.   I believe they have flashlights on their

11  firearms, yes.

12       Q.   Okay.  And this was a -- it was -- it was not a

13  rifle?

14       A.   It looked like a handgun.

15       Q.   Looked like a handgun.  Thank you.  That's the

16  word I'm trying to come up with.

17       And where is the flashlight on the handgun?

18       A.   Underneath the barrel.

19       Q.   And how do you operate the flashlight?

20       A.   Typically, it's a one-fingered -- there's a

21  switch on the back of it that you can click on and off.

22       Q.   On the back of --

23       A.   The flashlight.

24       Q.   -- the flashlight.  Okay.  So you do it with

25  your thumb?