1  would have fake heroin?
2      A.   This isn't Aspirin.  This is what's going to be
3  found in the search of the residence.  All of these are
4  bets on what we're going to find in the search of the
5  residence.
6      Q.   Okay.  So why were you sure that you were going
7  to find fake heroin?
8      A.   Because at this time, I did not believe
9  Detective Abdullah was managing Aspirin properly and that
10 because of the way he was managing him, they were being
11 ripped off by drug dealers.
12     Q.   Okay.  So you thought the search would result
13 in fake heroin?
14     A.   Yes.
15     Q.   Had operations involving Aspirin in the past,
16 prior to this incident, resulted in fake heroin?
17     A.   At this time, I can't say for sure because I
18 don't know what the lab reports were.
19     Q.   Well, I mean, you had field tested alleged
20 heroin produced by Aspirin prior to this?
21     A.   Alleged heroin, yes, but not for other
22 narcotics.
23     Q.   Well, then, let me ask you this.  Why were you
24 sure it would be fake heroin?
25     A.   Because it was my opinion that Detective

1        BY MR. SCHEWEL:
2    Q.   And prior to May 21, 2020, did you believe that
3  Aspirin had been ripped?
4    A.   Yes.
5    Q.   And so you were betting or predicting that this
6  could happen again?
7    A.   Yes.
8    Q.   Now, I think you just said that your belief was
9  that actual narcotics were being purchased on Aspirin's
10 first controlled buy.
11   A.   That was my belief.
12   Q.   Was it -- were you present for the first
13 controlled buys in cases involving Aspirin?
14   A.   I do not recall and do not believe I was
15 present for this controlled buy, but I had been present
16 for controlled buys with Detective Abdullah in the past.
17   Q.   And you're saying that during the first
18 controlled buys involving Aspirin -- and I'm not just
19 asking you about for this case.  I'm asking you in
20 general.  You didn't have concerns about the initial
21 controlled buys involving a suspect?
22   A.   With the limited information I was provided and
23 my role in those buys, I didn't have a concern at that
24 time.
25   Q.   So your concern with Aspirin was primarily the

1      A.   I don't know the details of the case prior.
2  Once again, I have one piece that day, that buy.  I don't
3  know what he bought from him previously.  I don't have
4  any details to the investigation before, just that
5  takedown and provided with that evidence.
6      Q.   So you're saying maybe you would have charged
7  Curtis Logan with trafficking heroin?
8      A.   I can't answer that.  I don't have the details.
9      Q.   Did you at this time attempt to stop Officer
10 Abdullah from charging Curtis Logan with trafficking
11 heroin?
12          MR. PETTEY:  Objection.
13          THE WITNESS:  I provided him what I knew about
14 the evidence.  That was it.  I didn't do anything else
15 with the investigation.
16          BY MR. SCHEWEL:
17     Q.   Were you ever present for a takedown involving
18 Aspirin and Abdullah where heroin was located on the
19 person seized?
20     A.   No.
21     Q.   Were you ever present for a takedown involving
22 or I guess -- strike that.
23          Were you ever present for a search warrant
24 execution where heroin was located at the home or
25 apartment in a case involving Aspirin?

1     A.    Not that I can recall.
2     Q.    As you sit here today, is it your belief that
3  Williams was purchasing marijuana and not actually
4  purchasing heroin?
5          MR. PETTEY:  Objection.
6          THE WITNESS:  At least on one case because I
7  believed the individual when I spoke with him in the
8  debrief.
9          BY MR. SCHEWEL:
10    Q.    What do you think was happening in the other
11 cases?
12    A.    It's an assumption that this was happening, but
13 I still don't know for sure.
14    Q.    I'm not asking for sure.  I'm asking your
15 opinion.
16    A.    It's my assumption that the same scenario
17 happened in other cases.
18    Q.    The scenario being that Williams would purchase
19 marijuana?
20    A.    That he would meet with drug dealers that he
21 previously set up controlled buys with, would meet them,
22 purchase controlled substances from them, and then at
23 some point, in some manner or some fashion, provide
24 Detective Abdullah with something that he did not
25 purchase.

 1   Q.  And you stated that Officer Abdullah led the
 2   briefing and he had explained that he had made a
 3   controlled buy using Aspirin the day before?
 4   A.  Yes.
 5   Q.  And that that controlled buy was the basis for
 6   the search warrant?
 7   A.  Yes.
 8   Q.  And he described the target of the operation,
 9   who was Marcus VanIrvin?
10   A.  Don't recall his description of the suspect,
11   but he stated a suspect was there.
12   Q.  Okay.  And Abdullah told the vice team the
13   target's address?
14   A.  Yes.
15   Q.  And the SEU team?
16   A.  Correct.
17   Q.  And he informed everyone at that meeting that
18   he was going to conduct a second controlled buy prior to
19   execution of the warrant?
20   A.  Yes.
21   Q.  And after this meeting, the vice team,
22   including yourself, went to the location?
23   A.  To that area, yes.
24   Q.  Where did you go?
25   A.  I was assigned to the rear of the apartment.

1       Q.   Who was in your vehicle?
2       A.   I don't recall who was in my vehicle.  I can
3  only remember moving on foot across the back of the
4  apartment complex.
5       Q.   Do you recall that Rattelade and Gwinn drove
6  Aspirin to the scene?
7       A.   Yes, I do know that.
8       Q.   Why would Rattelade and Gwinn drive Aspirin to
9  the scene if it was Abdullah's operation?
10      A.   Because whenever we do operations and search
11 warrants, the SWAT team operators don't drive their van
12 because they're all loaded down with equipment, so
13 whoever the lead detective is, and it's their search
14 warrant, they know where they're going and their address.
15 They drive the vehicle while the SWAT team is in the rear
16 of the van, so it's the lead detective's job to drive
17 that vehicle there so that they can deploy to the
18 address, so it leaves your other teammates.
19           In this particular case, someone had to drop
20 off the CI because Abdullah was staged in the SWAT team
21 van as the driver while the SWAT team was suited in the
22 back of the van.
23      Q.   Is that true for takedowns as well?
24      A.   Takedowns can be different because sometimes
25 they have a van, sometimes they load in unmarked