```
 1           A.   Wake Tech.
 2           Q.   When did you apply?
 3           A.   Right after high school.
 4           Q.   Why did you decide not to go to Wake
 5     Tech?
 6           A.   I'm not sure.
 7           Q.   As far as -- help me here, you applied so
 8     you had interest in going to Wake Tech; is that
 9     right?
10           A.   Yes.
11           Q.   And what were you looking to get into?
12           A.   Sports med.
13           Q.   Did anything happen that caused you not
14     to go to Wake Tech?
15           A.   No.
16           Q.   Were you accepted into Wake Tech?
17           A.   Yes.
18           Q.   So you were accepted, nothing happened to
19     keep you out of Wake Tech.  Why didn't you start
20     school?
21           A.   I started school.
22           Q.   Okay.
23           A.   I just didn't go.
24           Q.   So you would have started school was it
25     the fall after you had graduated from high school?
```

```
 1              A.   Yes.
 2              Q.   And you graduated from high school in
 3      what year?
 4              A.   2020.
 5              Q.   So you started Wake Tech in the fall, and
 6      how long did you go?
 7              A.   Probably like two, three weeks.
 8              Q.   And then you just stopped completely?
 9              A.   Yes.
10              Q.   Why was that?
11              A.   I was trying to work, yes.
12              Q.   Were you actually -- did you actually
13      have a job at that time?
14              A.   Yes.
15              Q.   Where were you working?
16              A.   Amazon.
17              Q.   What did you do for them?
18              A.   Packing.
19              Q.   Was that a full- or part-time job?
20              A.   Full.
21              Q.   Forty hours or more a week?
22              A.   Yes.
23              Q.   So then you decided to stop going to Wake
24      Tech to continue working at Amazon?
25              A.   Yes.
```

1  Q. Other than that officer, did anybody else
2  treat you roughly?
3  A. No.
4  Q. Can you remember anything else that
5  happened then?
6  A. No.
7  Q. Anything that was said?
8  A. No.
9  Q. Did your mother start talking to you
10 about what happened?
11 A. Yes.
12 Q. What did she say?
13 A. She basically asked what happened, why
14 did we run.
15 Q. What did you tell her?
16 A. I said because I seen Zaquis run.
17 Q. Had your mother ever told you not to run
18 from police in the past?
19 A. Yes.
20 Q. Tell me about that. More than one time?
21 A. It was like when we were growing up, she
22 always said don't run because it makes it seem
23 like you're doing something.
24 Q. Did your mom mention that to you again
25 that day after this had happened?

```
 1        A.   No.
 2        Q.   Did your mom say anything that -- like,
 3   you shouldn't have run?
 4        A.   Yes.
 5        Q.   What else?  What do you recall her
 6   saying?
 7        A.   All she said was why did we run and we
 8   shouldn't had ran.
 9        Q.   Then what happened?
10        A.   I'm not sure.
11        Q.   What did y'all do the rest of the day?
12        A.   We talked about what happened, and after,
13   like, a few minutes we just forgot about it.
14        Q.   Do you remember what you did the rest of
15   the day?
16        A.   We walked my cousin to her house.
17        Q.   What's her anyway?
18        A.   Brianna.
19        Q.   Did you tell Brianna what happened?
20        A.   Yes.
21        Q.   Were you hurting in any way from what
22   happened, any bruises or anything like that?
23        A.   No.
24        Q.   How were you feeling when you're at your
25   cousin's house?
```

1    after there was -- they told me and Zaquis to come
2    downstairs so we came downstairs, and then they
3    asked if anybody else was upstairs, and we said
4    Kamisha and Robert, and then afterwards they told
5    them to come downstairs.
6         Q.   And you testified earlier today that when
7    you did come downstairs officers pointed guns at
8    you?
9         A.   Yes.
10        Q.   Can you describe how the guns were held?
11   How the officers were holding the guns?
12        A.   They were behind the wall of the living
13   room.  Like, how our living room is set up, there
14   is little wall right there before you enter the
15   kitchen.  So they were sitting there at the wall,
16   and they were pointing it at me and Zaquis.
17             It was like two police officers.  I
18   didn't see the other ones.  It was four of them,
19   but it was two of them pointing a gun, and they
20   told us to come downstairs all the way and told us
21   to come outside.  We'll grab this and told us to
22   come outside.
23        Q.   Where exactly was the gun pointed?
24        A.   At me and Zaquis's body.
25        Q.   What part of your body?

1          A.    The upper body, like the chest.
2          Q.    How long do you recall the officers
3    holding the firearms in that manner?
4          A.    Probably like four, five seconds.
5          Q.    And is it correct though when the officer
6    entered your apartment they did not break down the
7    door?
8          A.    No.
9          Q.    I just want to clarify that question for
10   the record.  Is it correct that the officers did
11   not break down the door?
12         A.    Yes.
13         Q.    Before May 21, 2020, had you ever seen
14   SWAT officers in your neighborhood?
15         A.    I'm not sure.
16         Q.    Had you ever seen SWAT officers anywhere
17   else?
18         A.    No.
19               MS. LIGUORI:  I have no further
20   questions.
21
22                     EXAMINATION
23   BY MS. DIXON:
24         Q.    Dyamond, I have a few questions for you.
25   My name is Jessica Dixon, and I represent Omar

1          A.    Yes.
2          Q.    Is that why you ran?
3          A.    Yes.
4          Q.    When you ran into your apartment, you
5    stated that you went upstairs?
6          A.    Yes.
7          Q.    When you were running upstairs, were you
8    scared?
9          A.    Yes.
10         Q.    You also stated that you informed Kamisha
11   of what was happening.  Why was that important?
12         A.    Because she was pregnant.
13         Q.    Why did that matter at that time?
14         A.    Because I didn't want to see nothing
15   happen to my nephew or my sister.
16         Q.    You later said that the police began to
17   tell you and Zaquis to come downstairs?
18         A.    Yes.
19         Q.    When the officers were speaking to you,
20   was it in a calm tone or was it more like
21   commands?
22         A.    One of the officers said it like in a
23   calm tone because we said my sister was pregnant.
24         Q.    And then what about the other officers?
25         A.    It was just one talking.  I don't know