Kenya Walton                                    November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 6

```
 1         Q.   Without telling -- I assume you met with your
 2    attorney?
 3         A.   Yes.
 4         Q.   Without telling me anything that you discussed
 5    with your attorney, did you review any documents?
 6         A.   No.
 7         Q.   Did you review any videos?
 8         A.   Yes.
 9         Q.   Were the videos that you reviewed the police body
10    cam videos?
11         A.   Yes.
12         Q.   Do you remember which ones you reviewed?
13         A.   Me coming inside the house.
14         Q.   Any others?
15         A.   No, ma'am.
16         Q.   Have you ever given a deposition before?
17         A.   No, ma'am.
18         Q.   Have you ever had to testify for any reason?
19         A.   No, ma'am.
20         Q.   What is your date of birth?
21         A.   07-07-1979.
22         Q.   And your current name is Kenya Walton?
23         A.   Yes.
24         Q.   What are the other names that you've had either
25    due to marriage or --
```

Kenya Walton  November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 14

```
1     Q.   What type of work did you do before that?
2     A.   I was a store manager at City Trends.
3     Q.   I'm sorry -- at where?
4     A.   City Trends.
5     Q.   And how long did you work at City Trends?
6     A.   About two years.
7     Q.   And how about before that?
8     A.   The Shoe Department.
9     Q.   For which store?
10    A.   New Hope.
11    Q.   So in May of 2020, were you driving school buses
12  for Wake County?
13    A.   I was at -- we were still employed, but it was
14  COVID. So we were shutdown.
15    Q.   Were you getting a paycheck?
16    A.   Unemployment, yes.
17    Q.   Okay. So you were not able to work as a bus
18  driver obviously when the schools were shut down?
19    A.   No, ma'am.
20    Q.   What is your educational background?
21    A.   High school.
22    Q.   Where did you go to high school?
23    A.   Sanderson High.
24    Q.   In Raleigh?
25    A.   Yes, ma'am.
```

Kenya Walton    November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 17

1    there?
2         A.   No.  Because when I first moved there, I was in
3    school and working.  So at first -- I don't remember how
4    much it was.  But once I finished Wake Tech, it went, and I
5    was working and wasn't on unemployment, it was based off my
6    income.
7         Q.   Where were you going to school while you were
8    working?
9         A.   Wake Tech.
10        Q.   What were you studying at Wake Tech?
11        A.   My GED.
12        Q.   And did you get your GED?
13        A.   Yes.
14        Q.   When did you get that?
15        A.   I don't remember the date.
16        Q.   Sometime while you were living at Burgundy?
17        A.   Yes.  It was.
18        Q.   And the amount of rent that you paid was based on
19   the amount of income that you had?
20        A.   Yes.
21        Q.   Can you describe the neighborhood when you lived
22   at 1628 Burgundy, what it was like?
23        A.   I didn't go around the neighborhood, so I
24   can't -- I know the part I lived at wasn't as terrible as
25   the top.

Kenya Walton   November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 32

```
 1   or when she go out of town, stuff like that.  It wasn't
 2   never about the neighborhood.
 3        Q.   Before May of 2020, had you ever had any
 4   conversations with your children about how they should
 5   interact with the police if they encountered police?
 6        A.   Yes.
 7        Q.   What had you told your children?
 8        A.   I did my background on Leesville High School
 9   because I didn't want them to go to Leesville.
10             It's a card that I gave them, a blue little card
11   that I gave my boys, which was Ziyel, Dyamond, and Robert,
12   when they started high school, their rights, what the
13   police officer is supposed to say to them, the dos or
14   don'ts, or how they're supposed to be treated.
15        Q.   That was a card?
16        A.   Yes.
17        Q.   Do you remember where you got it?
18        A.   The courthouse.
19        Q.   And did you give one of those cards to each of
20   your boys?
21        A.   Yes.
22        Q.   So basically it was to inform them about their
23   rights?
24        A.   Yes.
25        Q.   And did you ever have any conversations with them
```

Kenya Walton                                           November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 33

1     about how they should interact with if approached or
2     encountered by a police officer?
3         A.   Yes.  It was, everything was all on that card.
4         Q.   Do you remember anything about what it said on
5     the card?
6         A.   About being Mirandized, basically the rules and,
7     I mean not the rules, about their rights like they do and
8     they don't have, what to do if they are approached, follow
9     directions, stuff like that.
10        Q.   Is there a reason that you gave the card to the
11    boys and not the girls?
12        A.   Yes.
13        Q.   What's that?
14        A.   Because I fear for my boys more than I fear for
15    my girls.
16        Q.   Did you ever have any other conversations with
17    your boys about interacting with the police?
18        A.   No.
19        Q.   What was it that you were worried about about
20    Leesville High School?
21        A.   They had a bad reputation.
22        Q.   And did they end up going there?
23        A.   Yes.  My mom talked me into it.
24        Q.   Did they encounter any problems at Leesville?
25        A.   Yes.

```
1         A.    Well, I got a telephone call as I was walking out
2    of the store.  The guy I was dating at the time, his sister
3    said there was a whole lot of cops at the door.  And I was
4    already on my way walking out the door of the store.
5         Q.    So somebody called you on your cell phone as you
6    were leaving Food Lion?
7         A.    Yes.
8         Q.    And you said it was the sister of the guy you
9    were dating.  Is that right?
10        A.    Yes.
11        Q.    Who were you dating at the time?
12        A.    Brian Gunter.
13        Q.    And what -- Brian Hunter?
14        A.    Gunter.
15        Q.    Gunter?
16        A.    Yes.
17        Q.    And what was Brian's sister's name?
18        A.    Aries.  I don't know her last name.  It's not the
19   same as his.
20        Q.    How did she know that there were police at your
21   place?
22        A.    She was, she was out there at a friend's house.
23        Q.    So she could see them?
24        A.    Yeah.
25        Q.    What did she tell you?
```

Kenya Walton                                        November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 45

```
1          A.    What do you mean by describe?
2          Q.    What race he was?
3          A.    He was Caucasian.
4          Q.    What was he wearing?
5          A.    He had an ATF vest on.  He had a helmet or
6     something on his head.  And he had a big old gun.
7          Q.    So as you parked your car, he approached your
8     car.  And did you have to role down your window?
9          A.    Yes.
10         Q.    And you did that?
11         A.    Yes.
12         Q.    And then he asked you where you, which apartment
13    you lived in?
14         A.    Uh-huh.
15         Q.    Is that a yes?
16         A.    Yes.
17         Q.    And you told him which one.  And he asked you to
18    go with him?
19         A.    Yes.  He said you can get out and come in the
20    house with me.
21         Q.    Did he say anything else to you?
22         A.    No.
23         Q.    Did you say anything else to him?
24         A.    No.
25         Q.    Can you describe him any more than you already
```

Kenya Walton                                November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 49

1      Q.   Do you recall any other questions that the
2  officers asked you?
3      A.   He asked could they search my house.
4      Q.   What did you say?
5      A.   Yes.
6      Q.   And this officer who asked about counterfeit
7  money and if they could search your house, can you describe
8  this officer?
9      A.   He was African-American with cornrows.
10     Q.   Do you know now who that officer was?
11     A.   Yes.
12     Q.   Who was it?
13     A.   The Abdullah guy.
14     Q.   Okay.  So you believe now that was Detective
15 Abdullah who asked you that?
16     A.   Yes.
17     Q.   And you gave Detective Abdullah permission to
18 search your house?
19     A.   Yes.
20     Q.   Did they then search your house?
21     A.   Yes.
22     Q.   Did they find anything --
23     A.   No.
24     Q.   -- as a result of the search?
25          What do you recall happening next?

Kenya Walton                                    November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 50

1       A.   Then they went out the back door.  Then they said
2    something about heroine.
3            And they said that a guy went through the attic
4    of Yolanda's house and I guess the attics were attached.
5    I'm not for sure about the attics being attached.
6       Q.   But you understood that they, the police officers
7    were telling you that somebody had gone through the attic
8    of Yolanda's house?
9       A.   (No audible response)
10      Q.   And you said -- you nodded yes?
11      A.   Yes.  I'm sorry.
12      Q.   Do you recall anything else they said about that?
13      A.   No.
14      Q.   What happened next?
15      A.   I sat in there with the kids.
16      Q.   You sat inside with the kids while they searched
17   your house?
18      A.   Yes.
19      Q.   And how long did that take?
20      A.   Not long.
21      Q.   What happened when they had completed their
22   search?
23      A.   They just told me to sit tight.
24      Q.   And at some point, did they finish?
25      A.   Yes.

Kenya Walton                                    November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 101

1      in your apartment?
2           A.   Kamisha, Kamisha -- I'm not for sure how the
3      story went -- but I know she said she, she had went outside
4      to talk to Jasmine.  And when she came back in the house,
5      the back door was open.  So --
6           Q.   And you discovered the money and the shoes were
7      gone?
8           A.   Yes.  Because the screen door where I park at in
9      the back, the screen in the boys' room was out.  And I
10     found Dyamond's Air Force 1s, they were brand new, I only
11     found one shoe.  And I was like why is Dyamond's shoe --
12     that's when -- Kamisha was still in the front.  And she was
13     like well, George asked if he could come in and use the
14     bathroom.
15          I said okay.  I said so why is Dyamond's --
16     that's when I went in there and all Dyamond's shoes were
17     missing.  And I checked my top drawer, and the 3000 dollars
18     in my top drawer was missing.
19          Q.   Do you know if that money or those shoes were
20     ever recovered?
21          A.   I know he admitted to it, but it was not
22     recovered.
23          Q.   Have you been the victim of a crime on any other
24     occasions?
25          A.   My car was stolen.

Kenya Walton                                            November 15, 2022
Irving, Yolandav. The City Of Raleigh

Page 103

1    Dyamond's clothes.
2            And we called the police then.  And the police
3    came to -- the police came -- well, I called the police,
4    and the police came to my job.  But I had to file a civil
5    suit or something like that.
6        Q.   Okay.  Did you file a lawsuit?
7        A.   No.
8        Q.   You knew who had done it?
9        A.   Yes.
10       Q.   Who was he?
11       A.   My ex-boyfriend.  His name is Rashid Campbell.
12       Q.   Did you ever get the clothes back?
13       A.   No.
14       Q.   Are there any other times you can think of that
15   you've been a victim of a crime?
16       A.   Another ex-boyfriend.
17       Q.   What happened with him?
18       A.   I broke up with him, and he tried to kill me.
19       Q.   Oh.  How did he do that?
20       A.   He -- when I was leaving, I was leaving the
21   house, I was leaving the house, going to the beach.
22            And he pulled up.  And he asked could we have a
23   conversation.  I said no.
24            When I said no, like 30 minutes, 45 minutes
25   later, he came while I was putting my bags in the trunk and

Veritext Legal Solutions
800-743-DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 5:22-cv-00068-BO   Document 235-5   Filed 05/01/23   Page 11 of 11