Robert Whitley , Jr.  November 17, 2022
Irving, Yolandav. The City Of Raleigh

Page 46

1  pointing a gun at you?
2      A.   Not really, no.
3      Q.   Okay.  You said that you saw the police pointing
4  guns at your brothers?
5      A.   Yes.
6      Q.   Okay.  And describe that.
7      A.   Like not like aggressively but like more of a
8  defense --
9      Q.   When you say --
10     A.   -- pointing a gun, like they were ready to shoot
11 but, until they knew we didn't have no guns, they just
12 relaxed, no weapons or nothing, they relaxed.
13     Q.   Okay.  So when you -- from your observation, when
14 it appeared that you all did not have guns, the officers
15 relaxed?
16     A.   Yes.
17     Q.   So you're at the, you're coming down the base of
18 the stairs.  Then what happens?
19     A.   We went into, sorry, we went to the living room,
20 while my brother and Z.G. was, when they called them to the
21 front part to like basically hold them at the front door.
22     Q.   At any point in time, did you hear any of the
23 officers threaten to shoot anyone?
24     A.   No.
25     Q.   Never heard any commands like stop or I'll shoot

Robert Whitley , Jr.                                    November 17, 2022
Irving, Yolandav. The City Of Raleigh

Page 50

1      A.   No, sir.
2      Q.   Okay.  What were the officers doing that you
3   could see?
4      A.   Some were like cool, just talking to my brother
5   and Z.G.  And some -- I'm not sure what the others was
6   doing.
7      Q.   I missed that.  You said some were cool talking
8   with -- what do you mean by they were cool?
9      A.   Like they were just normally talking to Z.G. and
10  Dyamond.
11     Q.   Was Z.G. and Dyamond, were they seated?  Were
12  they standing?  What?
13     A.   Seated.
14     Q.   Could you hear what was being said?
15     A.   I wasn't really listening.
16     Q.   But at least what it appeared to you, they were,
17  the officers were having a, did it appear to be a friendly
18  conversation with them?
19     A.   Yes, sir.
20     Q.   And how did your brother Dyamond appear to you as
21  he was talking -- did he talk with the officers?
22     A.   Yes, sir.
23     Q.   And how did he appear to you?
24     A.   Calm.
25     Q.   What about Z.G.?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 5:22-cv-00068-BO   Document 235-6   Filed 03/01/23   Page 2 of 2