Z. G.  November 18, 2022
Irving, Yolandav. The City Of Raleigh

Page 60

1                THE WITNESS:  No.
2       BY MS. KIBLER:
3            Q.   Do you remember anybody being involved in gang
4       activity who lived on Burgundy Street?
5            A.   Of course.
6            Q.   You say of course?
7            A.   Yes.
8            Q.   What gang, what gang sects or what gangs lived on
9       Burgundy Street, like Bloods, Crips?
10           A.   Yeah.
11           Q.   Both Bloods and Crips?
12                Tell me the things that the members of the Bloods
13      gang would do on Burgundy Street.
14           A.   They were like regular old people, they just be
15      chilling.
16           Q.   Do you know if any of the gang members sold drugs
17      from their homes at Burgundy?
18           A.   I know they did.
19           Q.   How many gang members do you think lived in the
20      Raleigh North Apartments?
21           A.   It's all over.  That's what Raleigh North is
22      known for.
23           Q.   Did it make you fearful that there were gang
24      members selling drugs in Raleigh North?
25           A.   No.  That was them and their business.  It didn't

Z. G. November 18, 2022
Irving, Yolandav. The City Of Raleigh

Page 62

1      A.   I mean yes, it's them doing their job.  But I
2   mean -- I don't know.
3           To me, it always seems like their purpose wasn't
4   that purpose.  Like they were doing, they were doing -- I
5   don't know how to explain myself.  I don't know.
6      Q.   Had you ever seen drug detectives in that
7   neighborhood before May 2020?
8      A.   Drug detectives?
9      Q.   Yes, sir.
10     A.   Like undercover cops?
11     Q.   Yes, sir.
12     A.   Yeah.
13     Q.   Tell me about the people that you saw, the
14  undercover cops in the Raleigh North neighborhood.
15     A.   They ran them out the neighborhood.
16     Q.   I'm sorry?  They --
17     A.   Ran them out the neighborhood.
18     Q.   So the police officers got run out of the
19  neighborhood?
20     A.   Uh-huh.
21     Q.   What do you mean by that?
22     A.   Beat up.
23     Q.   So tell me, tell me more about what you mean
24  about people getting beat up, the police officers getting
25  beat up.

Z. G.  November 18, 2022
Irving, Yolandav. The City Of Raleigh

Page 63

1    A.    Beat -- like --
2    Q.    Yeah -- somebody tried to hit a police officer?
3    A.    They did.
4    Q.    Did, di you see that happen?
5    A.    Huh-huh.
6    Q.    But you heard about it?
7          And how close was that to May 2022 [sic]?
8    A.    I'm not sure.
9    Q.    How old were you when it happened?
10   A.    I'm not sure.
11   Q.    Had you moved out of Burgundy Street when it
12   happened?
13   A.    No -- because -- I'm not sure.
14   Q.    And how many officers were involved in the, in
15   the fight?
16   A.    One.  It's an undercover cop, they don't never
17   come in groups, just one little cop.
18   Q.    So one individual officer went in and a group
19   attacked him?
20   A.    Yes.
21   Q.    How many shootings are you aware of that happened
22   at Burgundy Street before May 2020?
23   A.    I don't know the number.
24   Q.    Were there a lot?
25   A.    Yes.

Z. G.  November 18, 2022
Irving, Yolandav. The City Of Raleigh

Page 64

1       Q.   How about murders, how many murders happened at
2    Burgundy Street before May 2020?
3       A.   I don't know.
4       Q.   And I think you already said drug transactions
5    were frequent in the area.
6            How many times do you think you saw what might
7    have been a drug purchase?
8       A.   I don't know.
9            MR. DAVIS:  Objection to form.
10   BY MS. KIBLER:
11      Q.   Have you ever seen somebody who isn't a law
12   enforcement officer with a firearm in the Burgundy Street
13   neighborhood?
14      A.   Yes.
15      Q.   What have you seen?
16      A.   What do you mean?
17      Q.   What have you seen?
18      A.   The kind of gun or what --
19      Q.   Sure.  What was the person doing with the gun?
20      A.   Just have it for protection.
21      Q.   And how many times have you seen guns with people
22   in Burgundy Street?
23      A.   Often.
24      Q.   What kind of guns were they?
25      A.   Different.

Z. G.  November 18, 2022
Irving, Yolandav. The City Of Raleigh

Page 107

1  back around the corner and be laughing and see what they was
2  going to do.  But I ain't come back, none of that.  Like I
3  just took off.
4          And they look eventually, and they seen them too.
5          So Dyamond came behind me.  And he came there, he
6  seen me, I'm over there trying to catch myself because I'm
7  slipping.  I ran too quick in the house, left the door open
8  too.
9          And it shows that in the video -- the door was
10 closed and then they opened it.  And that was the wrong
11 house that they weren't supposed to go in.  But they was
12 chasing, too busy trying to chase us.  They thought they had
13 the right people.
14         J.I. -- I said J.I. -- Dyamond was helping me up.
15 I was trying to get up, get up and run in the kitchen.  My
16 first instinct was to go through the back door.
17         But I'm smart, I'm not stupid, you can't play me
18 like I'm dumb.  So I'm like they got this whole place
19 surrounded.  So I'm not just going to go through the back
20 and get shot.  And they got this big old AR in my face.
21         So I go straight upstairs and go tell Kamisha.
22 And Kamisha at the time was pregnant with Taylin, which is
23 her son.
24         So we run in her room, let her know, we're like
25 da, da, da, police downstairs.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 5:22-cv-00068-BO   Document 235-7   Filed 03/01/23   Page 5 of 5