1  detectives.  We went to the apartment to see if they
 2  needed help with that.
 3       Q.   What do you remember about that car situation?
 4       A.   I want to say it was occupied by two people.
 5  There was a gun in the car.  I think the car was blue.  We
 6  got compliance with them and then detectives came up and
 7  we went to the house.
 8       Q.   Do you remember which side of the house you were
 9  in?
10       A.   I think we came up the back side.
11       Q.   And what were -- what was your mission at that
12  time?
13       A.   To check in with the officers that the SEU guys
14  are there and see what work needed to be done and help out
15  with it.
16       Q.   Had you been to that apartment complex prior to
17  that day?
18       A.   Yeah.
19       Q.   What do you know about that apartment complex?
20       A.   It's called Raleigh North.  It stretches along
21  Raleigh Boulevard on one side, and the other part --
22  there's a couple little cul de sacs and stuff, like
23  Campbell Court and all that.  Then you go down Millbank,
24  is the other part of Raleigh North, and then Burgundy
25  Street kind of splits off and you have like a 1500 block