FILED: May 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1399
(5:22-cv-00068-BO)

_____

YOLANDA IRVING, individually and as the natural parent of J.I.; JUWAN HARRINGTON; CYDNEEA HARRINGTON; KENYA WALTON, individually and as the natural parent and guardian of R.W.; ZIYEL WHITLEY; DYAMOND WHITLEY; KAMISHA WHITLEY; NANETTA GRANT, as the natural parent and guardian of Z.G.; EMANCIPATE NC, INC.

    Plaintiffs - Appellants

v.

THE CITY OF RALEIGH; OMAR I. ABDULLAH, Officer, in their individual capacity; WILLIAM ROLFE, Sergeant, in their individual capacity; RISHAR PIERRE MONROE, Officer, in their individual capacity; JULIEN DAVID RATTELADE, Officer, in their individual capacity; MEGHAN CAROLINE GAY, Officer, in their individual capacity; DAVID MEAD, Officer, in their individual capacity; DAVID MCDONALD, Officer, in their individual capacity; JESUS ORTIZ, Officer, in their individual capacity; KYLE PERRIN, Officer, in their individual capacity; MICHAEL MOLLERE, Officer, in their individual capacity; KYLE THOMPSON, Officer, in their individual capacity; VINCENT DEBONIS, Officer, in their individual capacity; DANIEL TWIDDY, Officer, in their individual capacity; THOMAS WEBB, Officer, in their individual capacity; DAVID GARNER, Officer, in their individual capacity

    Defendants - Appellees

and

ESTELLA PATTERSON, Chief of Police, in their official capacity; MARCHELL

ADAMS-DAVID, City Manager, in their official capacity

Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk