IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.<br><br>      Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities.<br><br>      Defendants. | **SUBSTITUTION OF COUNSEL FOR OFFICER R.P. MONROE, OFFICER J.D. RATTELADE AND OFFICER M.C. GAY, IN THEIR INDIVIDUAL CAPACITIES** |

  Rodney E. Pettey and Alayna M. Poole, now practicing with **Pettey & Partrick, LLP**, give notice of their continued appearance in this action as counsel for Defendants Officer R.P. Monroe, Officer J.D. Rattelade and Officer M.C. Gay, in their individual capacities, and request that all pleadings, discovery, and documents required to be served upon any party to this litigation

be served up on the undersigned at the address indicated below in accordance with the requirements of the North Carolina Rules of Civil Procedure.

The undersigned also states that as of **May 15, 2023**, the address for Pettey & Partrick, L.L.P. will be 4800 Falls of Neuse Road, St. 160, Raleigh, N.C. 27609 and the email addresses for each attorney has changed as indicated in the signature line.

This the 17th day of May, 2023.

        /s/ Alayna M. Poole_____
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@rpsplaw.com
ALAYNA M. POOLE
N.C. State Bar No.: 57880
apoole@rpsplaw.com
PETTEY & PARTRICK, LLP
4800 Falls of Neuse Road, Suite 160
Raleigh, North Carolina 27609
Tel: (919) 719-6019/(919) 719-6043
Fax: (919) 835-0910
*Counsel for R.P. Monroe, J.D. Rattelade, and M.C. Gay in their individual capacities*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-cv-00068-BO

| | |
|---|---|
| YOLANDA IRVING, individually and as the natural parent and guardian of J. I., JUWAN HARRINGTON, CYDNEEA HARRINGTON, KENYA WALTON, individually and as the natural parent and guardian of R.W., ZIYEL WHITLEY, DYAMOND WHITLEY, KAMISHA WHITLEY, NANETTA GRANT as the natural parent and guardian of Z. G., and EMANCIPATE NC., INC.,<br><br>                Plaintiffs,<br>vs.<br><br>THE CITY OF RALEIGH, Officer OMAR I. ABDULLAH, Sergeant WILLIAM ROLFE, Officer RISHAR PIERRE MONROE, Officer JULIEN DAVID RATTELADE, and Officer MEGHAN CAROLINE GAY, Officer DAVID MEAD, Officer JESUS ORTIZ, Officer KYLE PERRIN, Officer MICHAEL MOLLERE, Officer, KYLE THOMPSON, Officer VINCENT DEBONIS, Officer DANIEL TWIDDY, Officer THOMAS WEBB, Officer DAVID MCDONALD, Officer DAVID GARNER, Chief of Police ESTELLA PATTERSON and City Manager MARCHELL ADAMS-DAVID, in their official capacities,<br><br>              Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on May 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Abraham Rubert-Schewel (schewel@tinfulton.com), Emily D. Gladden (Egladden@tinfulton.com), Michael L. Littlejohn, Jr. (mll@littlejohn-law.com), Nichad

- 3 -

Davis (ndavis@tinfulton.com), Ian A. Mance (ian@emancipatenc.com) and Elizabeth Simpson (elizabeth@emancipatenc.com), *Counsel for Plaintiffs;* Amy C. Petty (Amy.Petty@raleighnc.gov), Dorothy V. Kibler (Dorothy.Kibler@raleighnc.gov), Leslie C. Packer (leslie.packer@elliswinters.com), and Michelle A. Liguori (michelle.liguori@elliswinters.com) *Counsel for Defendant The City of Raleigh;* Daniel E. Peterson (danielpeterson@parkerpoe.com), Jason R. Benton (jasonbenton@parkerpoe.com) and Jessica C. Dixon (jessicadixon@parkerpoe.com), *Counsel for Defendant Omar Abdullah;* and Norwood P. Blanchard, III (norwood@cmclawfirm.com), *Counsel for Defendant William Rolfe,* and I hereby certify that I have mailed the document to the following non-CM/ECF participants: None.

Respectfully submitted,

BY: /s/ Alayna M. Poole
RODNEY E. PETTEY
N.C. State Bar No.: 17715
rpettey@rpsplaw.com
ALAYNA M. POOLE
N.C. State Bar No.: 57880
apoole@rpsplaw.com
PETTEY & PARTRICK, LLP
4800 Falls of Neuse Road, Suite 160
Raleigh, North Carolina 27609
Tel: (919) 719-6019/(919) 719-6043
Fax: (919) 835-0910
*Counsel for R.P. Monroe, J.D. Rattelade, and M.C. Gay in their individual capacities*