# PLAINTIFFS' RESPONSE TO ABDULLAH AND ROLFE'S 56.1 STATEMENT FILED UNDER SEAL