IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00068-BO

YOLANDA IRVING, et al.,

    Plaintiffs,

v.

THE CITY OF RALEIGH, et al.,

    Defendants.

**PLAINTIFFS' APPENDIX TO LOCAL RULE 56.1(A)(1) STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## TABLE OF CONTENTS

| Description | Plaintiff's App. Page No. | Appendix Number |
|---|---|---|
| Excerpts from Deposition of Omar I. Abdullah taken December 15, 2022 | PA 1-51 | 1 |
| Excerpts from Deposition of Officer Meghan Gay taken October 28, 2022 | PA 52-93 | 1 |
| Excerpts from Deposition of Officer William Rolfe taken January 17, 2023 | PA 94-144 | 1 |
| Excerpts from Deposition of Officer Rishar P. Monroe taken January 31, 2023 | PA 145-168 | 1 |
| Excerpts from Deposition of Sergeant Julien David Rattelade taken February 28, 2023 | PA 169-187 | 1 |
| Excerpts from Deposition of Detective Jason C. Gwinn taken December 19, 2022 | PA 188-195 | 1 |
| Excerpts from Deposition of Jalen Irving taken November 16, 2022 | PA 196-202 | 1 |
| Excerpts from Deposition of Ziyel Whitley taken November 17, 2022 | PA 203-209 | 1 |
| Exhibit D, VICE team text message thread | PA 210-214 | 2 |
| VanIrvin Warrant | PA 215-220 | 2 |
| Abdullah Termination Letter | PA 221-22 | 2 |

| | | |
|---|---|---|
| IA Findings and Recommendations Abdullah | PA 223-236 | 2 |
| IA Termination Interview Abdullah | PA 237-239 | 2 |
| Abdullah Indictment | PA 240 | 2 |
| IA Findings and Recommendations Rolfe | PA 241-249 | 2 |
| IA Interview Gwinn, RD Ex. L | PA 250-254 | 2 |
| IA Determination of Appeal Hearing Rolfe, RD Exhibit X | PA 255-270 | 2 |
| IA Written Appeal Rolfe, RD Exhibit U | PA 271-281 | 2 |
| Monroe IA Interview 10-19-21 | PA 282-285 | 2 |
| Monroe SBI Interview | PA 286-291 | 2 |
| IA Interview Abdullah, 8-25-20, RD Ex. J | PA 292-298 | 2 |
| IA Interview Rattelade 8-14-20 | PA 299-301 | 2 |
| IA Interview Rattelade, 10-20-21, RD Ex. M | PA 302 | 2 |
| Mario King Settlement | PA 303-304 | 2 |
| RPD Policy 1110-08 Search and Seizures | PA 305-307 | 2 |
| Plaintiffs' Expert Report on Police Practices by David Sweeney | PA 308-322 | 2 |
| IA Interview Rattelade, RD Ex. E | PA 323-328 | 2 |
| Abdullah Evaluation, RD Ex. F, G | PA 329-322 | 2 |
| IA Interview Abdullah, RD Ex. H | PA 333-335 | 2 |
| IA Interview Rolfe, RD Ex. I | PA 336 | 2 |
| IA Interview Abdullah, 8-25-20, RD Ex. J | PA 337-338 | 2 |
| IA Interview Rattelade, RD Ex. K | PA 339-343 | 2 |
| Rolfe Deposition Exhibits | 344-388 | 2 |

| | | |
|---|---|---|
| Abdullah Text Excerpts with Aspirin | PA 389-393 | 3 |
| CCBI Reports for Heroin Aspirin's Fake Heroin Cases | PA 394-459 | 3 |
| Evidence Processing Sheets Aspirin's Fake Heroin | PA 460-472 | 3 |
| Receipt of Informant Funds and Buy Money to Aspirin | PA 473-478 | 3 |
| Incident and Investigation Reports for Other Individuals Arrested by Abdullah for Fake Heroin Planted by Aspirin | PA 479-518 | 3 |
| Aspirin CI Packet | PA 519-522 | 3 |
| Roll Call Sheet Showing Officer Gay off Duty on 5.20.20 | PA 523-524 | 3 |
| Yolanda Irving Affidavit (Filed in Hard Copy) | PA 525 | 3 |
| **All of Appendix 4 are Videos to be Filed in Hard Copy** | **Video Exhibits ("VE")** | |
| VanIrvin Addendum Video Normal | VE1 | |
| Body Camera of Raid of Plaintiffs' Homes | VE2 | |
| Aspirin 2018 Buy Videos | VE3 | |
| Aspirin 2019-2020 Buy Videos | VE4 | |
| Selection of SEU Operations with Abdullah and Aspirin | VE5 | |
| Aspirin Buy Videos with Marcus VanIrvin | VE6 | |
| Body Cam from Banks/ Howard Operation | VE7 | |
| Mario King Buy Video | VE8 | |
| David Weaver Buy Video | VE9 | |
| Howard Banks Buy Video | VE10 | |
| Logan Buy Video | VE11 | |
| Miles Buy Video | VE12 | |
| Washington Buy Video | VE13 | |