# PLAINTIFFS' APPENDIX 1 FILED UNDER SEAL