# PLAINTIFFS' APPENDIX 2 FILED UNDER SEAL