# PLAINTIFFS' APPENDIX 3 FILED UNDER SEAL