# PLAINTIFFS' VIDEO EXHIBITS FILED MANUALLY