# PLAINTIFFS' RESPONSE TO VICE DEFENDANTS 56.1 STATEMENT FILED UNDER SEAL