## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### Case No. 5:22-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF RALEIGH, et al.,<br><br>Defendants. | **ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |

This matter is before the Court on the motion of Defendants Omar I. Abdullah, William Rolfe, Officer Rishar Pierre Monroe, Officer Julien David Rattelade, and Officer Meghan Caroline Gay ("Defendants") and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an Order extending the deadline for filing replies in support of Defendants' Motions for Summary Judgment by an thirty (30) days. The Plaintiffs consent to the requested extension. Having carefully considered the motion, the consent of Plaintiffs, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**, that Defendants Omar I. Abdullah, William Rolfe, Officer Rishar Pierre Monroe, Officer Julien David Rattelade, and Officer Meghan Caroline Gay shall have through and including **July 14, 2023** to file Replies in support of their Motions for Summary Judgment.

SO ORDERED, this the _____ day of _____, 2023.


_____
United States District Court