UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22:CV-0068-BO

YOLANDA IRVING, individually and as the natural parent and guardian of J.I., et al.,

        *Plaintiffs,*

  v.

THE CITY OF RALEIGH, et al.,

        *Defendants.*

## MOTION FOR APPROVAL OF MINOR SETTLEMENT

NOW COMES Yolanda Irving as the natural parent and guardian of J.I., through undersigned counsel, and hereby moves the Court for approval of minor settlement with the consent of Defendants. Attached to this motion is a Proposed Order of Approval of Minor Settlement consented to by all parties, in compliance with Local Rule 17.1(b).

WHEREFORE, Yolanda Irving as the natural parent and guardian of J.I., respectfully requests that this Court grant the attached order approving minor settlement.

Respectfully submitted July 13, 2023.

*/s/ Abraham Rubert-Schewel*
Abraham Rubert-Schewel
N.C. Bar No. 56863
TIN FULTON WALKER & OWEN, PLLC
119 E. Main St.
Durham, North Carolina 27701
Tel: (919) 451-9216
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

*/s/ Emily Gladden*
Emily D. Gladden
N.C. Bar No. 49224
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
Tel: (919) 720-4201
Fax: (919) 400-4516
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

<div style="display: flex;">
<div>

*/s/ Ian Mance*
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (828) 719-5755
Email: ian@emancipatenc.org
*Counsel for Plaintiffs*

</div>
<div>

*/s/ Elizabeth Simpson*
Elizabeth G. Simpson
N.C. Bar No. 41596
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (919) 682-1149
Email: elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

</div>
</div>