UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22:CV-0068-BO

YOLANDA IRVING, individually and as
the natural parent and guardian of J.I., et al.,

    *Plaintiffs,*

v.

THE CITY OF RALEIGH, et al.,

    *Defendants.*

## ORDER OF APPROVAL OF MINOR SETTLEMENT

Plaintiff, Yolanda Irving as the natural parent and guardian of J.I., through undersigned counsel, hereby moves the Court for approval of this minor settlement with the consent of Defendants. In support of this order, Plaintiff, Defendants and the Court show the following:

1. Counsel for all parties consent to this order and approve this minor settlement. Plaintiff, Yolanda Irving, in her capacity as natural parent and guardian of her minor son, (hereafter "Guardian on Behalf of the Minor") J.I., (hereafter "Minor") also approves this minor settlement. Written consent of counsel and Yolanda Irving is provided below.

2. All parties are properly represented and are properly before the Court; no questions exist as to misjoinder or nonjoinder of parties; and this Court has jurisdiction over the subject matter and the parties.

3. Guardian on behalf of Minor alleges that on or about May 21, 2020, Minor's civil and common law rights under federal and North Carolina law were violated in connection with a search warrant obtained by former Raleigh Police Department ("RPD") Detective Omar Abdullah and served by other officers in the RPD (collectively referred to as "the Warrant"). Defendants deny this allegation.

4. Guardian on Behalf of the Minor filed this civil action in the U.S. District Court for the Eastern District of North Carolina against the City of Raleigh and others concerning the Warrant. Thereafter the parties participated in a Court-hosted settlement conference on August 15, 2022, and a mediation on February 6, 2023, which resumed on May 24, 2023.

5. The parties now agree to a settlement of all claims relating to the Warrant and all claims that are or could be raised in this action. The parties acknowledge that they wish to fully and finally resolve all disputes between them, and they, their attorneys and the Court agree that the resolution of this matter as described herein is fair, just, reasonable, and in the parties' best interests. This settlement agreement aids the parties in bringing much needed certainty and finality to a matter that has been outstanding for a significant period of time and that has caused significant hardship.

6. Abraham Rubert-Schewel, Emily Gladden and the law firm of Tin Fulton Walker & Owen, PLLC, and Elizabeth Simpson and Ian Mance of Emancipate, NC, have

provided good and valuable service to Minor in pursuing his claims (hereafter "Minor's counsel").

7. As part of this action, Minor's counsel has briefed and argued a motion to dismiss, motions to compel and briefed responses to motions for summary judgment. Minor's counsel also conducted numerous depositions and retained liability and damages experts on behalf of Minor.

8. Minor's counsel have advanced costs and expenses totaling $3,788.88 to pursue Minor's claims. Minor's expenses include payment for a damages expert and Minor's portion of payment for a liability expert.

9. The City of Raleigh has agreed to pay, for the benefit of the Minor, the total amount of $45,652.17, to be distributed as follows:

   a. $3,788.88 to reimburse Minor's counsel for Minor's costs and expenses;

   b. $15,215.86 to Minor's counsel for attorney's fees associated with Minor's claims;

   c. $26,647.43 to be paid in trust to Minor's counsel and then deposited into The J.I. Settlement Preservation Trust.

   d. Minor's counsel affirms that Minor has no other outstanding medical liens, expenses or fees related to this action.

10. The City of Raleigh shall initiate a payment of $45,652.17 to Tin, Fulton, Walker & Owen, PLLC, in trust, as counsel for the Guardian on Behalf of the Minor, within 10 days of entry of this order.

3

Case 5:22-cv-00068-BO   Document 260-1   Filed 07/13/23   Page 3 of 6

11. Tin, Fulton, Walker and Owen, PLLC is directed and required to fund The J.I. Settlement Preservation Trust in the amount of $26,647.43 upon receipt of payment of the settlement funds.

12. Pursuant to Local Rule 17.1(b)(4), the Minor is not claiming "actual and foreseeable medical, hospital, and related expenses."

13. This minor settlement is hereby approved and the Minor's claims in this action are hereby DISMISSED WITH PREJUDICE.

**Ordered this \_\_\_ day of _____**

_____

**CONSENTED TO BY:**

*Guardian on Behalf of Minor*

_____
Yolanda Irving

*Counsel for Plaintiffs*

| /s/ Abraham Rubert-Schewel | /s/ Emily Gladden |
|---|---|
| Abraham Rubert-Schewel | Emily D. Gladden |
| N.C. Bar No. 56863 | N.C. Bar No. 49224 |
| TIN FULTON WALKER & OWEN, PLLC | TIN FULTON WALKER & OWEN, PLLC |
| 119 E. Main St. | 204 N. Person Street |
| Durham, North Carolina 27701 | Raleigh, NC 27601 |
| Tel: (919) 451-9216 | Tel: (919) 720-4201 |

4

Email: schewel@tinfulton.com
*Counsel for Plaintiffs*

Fax: (919) 400-4516
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*

*/s/ Ian Mance*
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (828) 719-5755
Email: ian@emancipatenc.org
*Counsel for Plaintiffs*

*/s/ Elizabeth Simpson*
Elizabeth G. Simpson
N.C. Bar No. 41596
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (919) 682-1149
Email: elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

*Counsel for Defendants*

**/s/ Amy C. Petty**
**Amy C. Petty**
N.C. Bar No. 20894
Senior Associate City Attorney
CITY OF RALEIGH ATTORNEY'S OFFICEP.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Email: Amy.Petty@raleighnc.gov

**/s/ Leslie C. Packer**
Leslie C. Packer
N.C. Bar No. 13640
Michelle A. Liguori
N.C. Bar No. 52505
Ellis & Winters LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
leslie.packer@elliswinters.com
michelle.liguori@elliswinters.com

**/s/ Jason R. Benton**
**Jason R. Benton**
N.C. Bar No. 27710
**Jessica C. Dixon**
N.C. Bar No. 36719
**Daniel E. Peterson**
N.C. Bar No. 41251
PARKER POE ADAMS & BERNSTEIN, LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Tel: (704) 372-9000
Fax: (704) 334-4706
Email: jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com
danielpeterson@parkerpoe.com
*Counsel for Omar Abdullah in his individual capacity*

*Counsel for City of Raleigh, Police Chief Patterson in her official capacity, and City Manager Adams-David in her official capacity*


**/s/ Rodney E. Pettey**
**Rodney E. Pettey**
N.C. Bar No. 17715
Alayna M. Poole
N.C. Bar. No. 57880
Pettey & Partrick, L.L.P.
4800 Falls of Neuse Road
Suite 160
Raleigh, NC 27609
Email:  rpettey@rpsplaw.com
             apoole@rpsplaw.com
*Counsel for Rishar Monroe, Julien Rattelade, and Meghan Gay in their individual capacities*

**/s/ Norwood P. Blanchard, III**
**Norwood P. Blanchard, III**
N.C. Bar No. 26470
CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Tel: (910) 762-9711
Fax: (910) 256-0310
Email: Norwood@cmclawfirm.com
*Counsel for William Rolfe in his individual capacity*