IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-00068-BO

| | |
|---|---|
| YOLANDA IRVING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RALEIGH, et al., <br><br> Defendants. | **ORDER GRANTING INDIVIDUAL DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |

This matter is before the Court on the motion of Defendants Omar I. Abdullah, William Rolfe, Officer Rishar Pierre Monroe, Officer Julien David Rattelade, and Officer Meghan Caroline Gay ("Defendants") and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an Order extending the deadline for filing replies in support of Defendants' Motions for Summary Judgment by fourteen (14) days. The Plaintiffs consent to the requested extension. Having carefully considered the motion, the consent of Plaintiffs, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**, that the deadline for Defendants Omar I. Abdullah, William Rolfe, Officer Rishar Pierre Monroe, Officer Julien David Rattelade, and Officer Meghan Caroline Gay to file Replies is hereby extended fourteen (14) days after this Court's Order concerning the parties' request for approval of minor settlement (to the extent such Order declines to approve such settlement).

SO ORDERED, this the ____ day of _____, 2023.

_____
United States District Court