IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-CV-0068-BO

| | | |
|---|---|---|
| YOLANDA IRVING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **JOINT STIPULATION OF DISMISSAL** |
| | ) | |
| THE CITY OF RALEIGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

All Plaintiffs and Defendants who have appeared in this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action is dismissed with prejudice. Each party shall bear their own costs and expenses, including attorney's fees.

Stipulated and agreed to, this the 17th day of September 2023.

*Counsel for Plaintiffs*

*/s/ Abraham Rubert-Schewel*
Abraham Rubert-Schewel
N.C. Bar No. 56863
TIN FULTON WALKER & OWEN, PLLC
119 E. Main St.
Durham, North Carolina 27701
Tel: (919) 451-9216
Email: schewel@tinfulton.com
*Counsel for Plaintiffs*


*/s/ Ian Mance*
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (828) 719-5755
Email: ian@emancipatenc.org
*Counsel for Plaintiffs*

*/s/ Emily Gladden*
Emily D. Gladden
N.C. Bar No. 49224
TIN FULTON WALKER & OWEN, PLLC
204 N. Person Street
Raleigh, NC 27601
Tel: (919) 720-4201
Fax: (919) 400-4516
Email: Egladden@tinfulton.com
*Counsel for Plaintiffs*


*/s/ Elizabeth Simpson*
Elizabeth G. Simpson
N.C. Bar No. 41596
EMANCIPATE NC
Post Office Box 309
Durham, NC 27702
Tel: (919) 682-1149
Email: elizabeth@emancipatenc.org
*Counsel for Plaintiffs*

*Counsel for Defendants*

**/s/ Amy C. Petty**
**Amy C. Petty**
N.C. Bar No. 20894
Senior Associate City Attorney
CITY OF RALEIGH ATTORNEY'S OFFICE
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Email: Amy.Petty@raleighnc.gov

*Counsel for City of Raleigh, Police Chief*
*Patterson in her official capacity, and City*
*Manager Adams-David in her official capacity*

**/s/ Leslie C. Packer**
Leslie C. Packer
N.C. Bar No. 13640
Michelle A. Liguori
N.C. Bar No. 52505
Ellis & Winters LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
leslie.packer@elliswinters.com
michelle.liguori@elliswinters.com

*Counsel for City of Raleigh and the SEU Officer*
*Defendants*

**/s/ Rodney E. Pettey**
**Rodney E. Pettey**
N.C. Bar No. 17715
**Alayna M. Poole**
N.C. Bar No. 57880
Pettey & Partrick, L.L.P.
Email: rpettey@rpsplaw.com
        apoole@rpsplaw.com
*Counsel for Rishar Monroe,*

**/s/ Jason R. Benton**
**Jason R. Benton**
N.C. Bar No. 27710
**Jessica C. Dixon**
N.C. Bar No. 36719
**Daniel E. Peterson**
N.C. Bar No. 41251
PARKER POE ADAMS & BERNSTEIN, LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Tel: (704) 372-9000
Fax: (704) 334-4706
Email: jasonbenton@parkerpoe.com
        danielpeterson@parkerpoe.com
        jessicadixon@parkerpoe.com
*Counsel for Omar Abdullah in his individual*
*capacity*

**/s/ Norwood P. Blanchard, III**
**Norwood P. Blanchard, III**
N.C. Bar No. 26470
CROSSLEY MCINTOSH COLLIER HANLEY
& EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
Tel: (910) 762-9711
Fax: (910) 256-0310

2

*Julien Rattelade, and Meghan Gay in their individual capacities*

Email: Norwood@cmclawfirm.com
*Counsel for William Rolfe in his individual capacity*