UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-68-BO

| YOLANDA IRVING, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | **SEU DEFENDANTS' NOTICE OF** |
| | ) | **WITHDRAWAL OF BILL OF COSTS** |
| v. | ) | |
| | ) | |
| THE CITY OF RALEIGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendant Officers David Mead, Jesus Ortiz, Kyle Perrin, Michael Mollere, Kyle Thompson, Vincent Debonis, Daniel Twiddy, Thomas Webb, David McDonald, and David Garner (collectively the "SEU Defendants"), by and through undersigned counsel, and respectfully file this notice of withdrawal of their Bill of Costs, DE 198, filed on March 27, 2023.

The parties have fully settled all claims in this action.

This the 18th day of September, 2023.

/s/ Leslie C. Packer
Leslie C. Packer
N.C. State Bar No. 13640
Michelle A. Liguori
N.C. State Bar No. 52505
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
leslie.packer@elliswinters.com
michelle.liguori@elliswinters.com

*Counsel for SEU Officer Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on 18th September 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    /s/ Leslie C. Packer
                                                    Leslie C. Packer